United States District Court
For the Northern District of California

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

NOT FOR CITATION

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| Plumbers & Pipefitters Local 572 Pension fund et a, | NO. 5:01-cv-20418 JW |
| Plaintiff, | **ORDER OF CONSOLIDATION** |
| v. | |
| Cisco Systems, Inc. et al , | |
| Defendant. | |

Pursuant to the Court's Order Granting Cisco Investors Group's Motion to Consolidate and Appointment as Lead Plaintiff and Approval of Lead Counsel, dated November 14, 2001, the consolidated cases shall be identified as: *In re Cisco Systems, Inc., Sec. Litig.,* Case No. C-01-20418-JW and the files of this action shall be maintained in one file under Master File No. C-01-20418-JW.  Any other actions now pending or hereafter filed in this district which arise out of the same facts and claims as alleged in these related actions shall be consolidated for all purposes if, as and when the Court is apprised of them.  The parties shall notify the Court of any other action which is pending or filed outside of this district which may be related to the subject matter of these consolidated actions if and when they become aware of such actions.

1    Every pleading filed in these consolidated actions, or in any separate action included

2    herein, shall bear the following caption:

3

4                   IN THE UNITED STATES DISTRICT COURT

5                   FOR THE NORTHERN DISTRICT OF CALIFORNIA

6                                  SAN JOSE DIVISION

7    In re CISCO SYSTEMS, INC.
     SECURITIES  LITIGATION                        Master File No. C-01-20418 JW
8    _____

     This Document Relates To:
9    _____/

10   When a pleading is intended to be applicable to all actions to which this order is

11   applicable, the words "All Actions" shall appear immediately after the words "This Document

12   Relates To:" in the above caption. When a pleading is intended to be applicable only to some,

13   but not all, of such actions, the court's docket number for each individual action to which the

14   document is intended to be applicable and the last name of the first-named

15   plaintiff in said action shall appear immediately after the words "This Document Relates To:"

16   in the caption described above.

17   From the date of entry of this order, the parties shall comply with 15 USC §

18   78u-4(b)(3)(C)(i), without regard to whether a stay under 15 USC § 78u- 4(b)(3)(B) is in effect,

19   and shall comply with 15 USC § 78u-4(b)(3)(C)(i)'s provisions concerning documents relevant

20   to allegations contained in any and all of the pleadings in these actions, including any

21   consolidated complaint.

22   The consolidated class action complaint shall be treated as if it were the original

23   complaint, and all defendants shall have 45 days after the filing and service of the consolidated

24   class action complaint to answer or otherwise respond. Notwithstanding the filing of the

25   consolidated class action complaint pursuant to FRCP 15(a), in the event that defendants file any

26   motions directed at the consolidated class action complaint, counsel are to meet and confer and

27

28                                         2

United States District Court
For the Northern District of California

1   report to the court with regard to an acceptable briefing and hearing schedule for such motions.

2   The briefing schedule, however, shall be governed by the local rules unless the court orders

3   otherwise.

4   IT IS SO ORDERED.

5

6

7

8

9   Dated: November 15, 2001                                    /S/

10   01116094civJWLC2                                    JAMES WARE
                                                          United States District Judge

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

**United States District Court**
For the Northern District of California

3

**United States District Court**
For the Northern District of California

1  **THIS IS TO CERTIFY THAT COPIES OF THIS ORDER HAVE BEEN DELIVERED
2  TO:**

3  George E. Barrett      gbarrett@barrettjohnston.com,

   Stuart L. Berman       sberman@sbclasslaw.com,
4
   Patrice L. Bishop      service@secfraud.com
5
   Michael D. Braun      service@secfraud.com
6
   George H. Brown      gbrown@hewm.com,
7
   Spencer A. Burkholz      ,
8
   Spencer A. Burkholz      spenceb@mwbhl.com,
9
   Spencer A. Burkolz      ,
10
   Frederick B. Burnside      fredb@mwbhl.com,
11
   Daniel S. Drosman      ,
12
   Daniel S. Drosman      DanD@MWBHL.com,
13
   Daniel C. Girard      gg@classcounsel.com,
14
   Lionel Z. Glancy      info@glancylaw.com,
15
   Mark Gordon      ,
16
   Thomas J. Harrison      tharrison@whhf.com,
17
   Marc S. Henzel      mhenzel182@aol.com
18
   Robert A. Jigarjian      gg@classcounsel.com,
19
   Willem F. Jonckheer      wjonckheer@schubert-reed.com,
20
   Reed R. Kathrein      REEDK@mwbhl.com
21
   Michele F. Kyrouz      mkyrouz@brobeck.com,
22
   Michele F. Kyrouz      mkyrouz@brobeck.com,
23
   Felix Lee      flee@brobeck.com,
24
   William S. Lerach      regank@mwbhl.com;susannah@mwbhl.com
25
   Jordan L. Lurie      service@wyca.com
26
   Betsy C. Manifold      , manifold@whafh.com
27

28                                          4

1   Kevin P. Muck      kmuck@brobeck.com

2   Michael R.R. Reese      ,

3   Brian J. Robbins      robbins@classlawyer.com,

4   Darren J. Robbins      ,

5   Darren J. Robbins      DRobbins@mwbhl.com,

6   Stuart H. Savett      mail@savettlaw.com,

7   James G. Stranch      jgs@branstetterlaw.com,

8

9

**Dated:**                                    **Richard W. Wieking, Clerk**

10

11                                             **By:**_____

12                                                  **Ronald L. Davis**
                                                    **Courtroom Deputy**

**United States District Court**
For the Northern District of California