| | |
|---|---|
| 1 | MILBERG WEISS BERSHAD |
|   |   HYNES & LERACH LLP |
| 2 | WILLIAM S. LERACH (68581) |
|   | DARREN J. ROBBINS (168593) |
| 3 | SPENCER A. BURKHOLZ (147029) |
|   | DANIEL S. DROSMAN (200643) |
| 4 | 401 B Street, Suite 1700 |
|   | San Diego, CA  92101 |
| 5 | Telephone: 619/231-1058 |
|   | 619/231-7423 (fax) |
| 6 | |
|   | LEVIN, PAPANTONIO, THOMAS, MITCHELL, |
| 7 |   ECHSNER & PROCTOR, P.A. |
|   | FREDRIC G. LEVIN (*pro hac vice*) |
| 8 | J. MICHAEL PAPANTONIO (*pro hac vice*) |
|   | JOE SCARBOROUGH (*pro hac vice*) |
| 9 | TIMOTHY M. O'BRIEN (*pro hac vice*) |
|   | 316 South Baylen Street, Suite 600 |
| 10 | Pensacola, FL  32501 |
|   | Telephone: 850/435-7000 |
| 11 | 850/436-6084 (fax) |
| 12 | Co-Lead Counsel for Plaintiffs |
| 13 | [Additional counsel appear on signature page.] |

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| In re CISCO SYSTEMS, INC. SECURITIES LITIGATION | Master File No. C-01-20418-JW |
| | CLASS ACTION |
| This Document Relates To: | STIPULATION AND [PROPOSED] ORDER SCHEDULING FILING AND |
| ALL ACTIONS. | HEARING DATES |

1  WHEREAS, on November 14, 2001, the Court entered an Order permitting plaintiffs 30 days
2  from entry of the Order to file a consolidated complaint;

3  WHEREAS, on December 3, 2001, the parties filed a stipulation and proposed order setting
4  forth filing and hearing dates;

5  WHEREAS, on December 5, 2001, the Court entered an Order adopting the filing and hearing
6  schedule agreed to by the parties;

7  WHEREAS, on January 11, 2002, the parties filed a stipulation and proposed order extending
8  the filing and hearing dates by 30 days;

9  WHEREAS, on January 15, 2002, the Court entered an Order adopting the filing and hearing
10  schedule agreed to by the parties;

11  WHEREAS, on February 14, 2002, the parties filed a stipulation and proposed order
12  extending the filing and hearing dates by approximately 30 days;

13  WHEREAS, due to the complexity of the legal issues presented in this case, the parties have
14  agreed to continue the filing and hearing dates for a period of approximately 60 days, subject to the
15  Court's approval; and

16  WHEREAS, the parties have agreed to the following schedule for the filing of the
17  consolidated complaint, defendants' motion to dismiss, plaintiffs' opposition to defendants' motion
18  to dismiss, defendants' reply in support of motion to dismiss, and the hearing on defendants' motion
19  to dismiss;

20  NOW THEREFORE, the parties hereby stipulate to the following schedule:

21  1. Plaintiffs' consolidated complaint shall be filed on or before May 15, 2002;

22  2. Defendants' motion to dismiss the consolidated complaint shall be filed on or before
23  July 15, 2002;

24  3. Plaintiffs' opposition to defendants' motion to dismiss shall be filed on or before
25  August 19, 2002;

26  4. Defendants' reply in support of their motion to dismiss shall be filed on or before
27  September 9, 2002; and

28

STIPULATION AND [PROPOSED] ORDER SCHEDULING FILING AND HEARING
DATES- C-01-20418-JW                                                                                      - 1 -

| | | |
|---|---|---|
| 1 | 5. | The hearing on defendants' motion to dismiss shall be on September 23, 2002. @9:00a.m. |
| 2 | | IT IS SO STIPULATED. |

DATED: March 11, 2002                MILBERG WEISS BERSHAD
                                      HYNES & LERACH LLP
                                     WILLIAM S. LERACH
                                     DARREN J. ROBBINS
                                     SPENCER A. BURKHOLZ
                                     DANIEL S. DROSMAN


                                            /S/ SPENCER A. BURKHOLZ
                                     _____
                                            SPENCER A. BURKHOLZ

                                     401 B Street, Suite 1700
                                     San Diego, CA 92101
                                     Telephone: 619/231-1058
                                     619/231-7423 (fax)

                                     MILBERG WEISS BERSHAD
                                      HYNES & LERACH LLP
                                     SANDRA STEIN
                                     1845 Walnut Street, 25th Floor
                                     Philadelphia, PA 19103
                                     Telephone: 215/988-9546
                                     215/988-9885 (fax)

                                     LEVIN, PAPANTONIO, THOMAS, MITCHELL,
                                      ECHSNER & PROCTOR, P.A.
                                     FREDRIC G. LEVIN
                                     J. MICHAEL PAPANTONIO
                                     JOE SCARBOROUGH
                                     TIMOTHY M. O'BRIEN
                                     316 South Baylen Street, Suite 600
                                     Pensacola, FL 32501
                                     Telephone: 850/435-7000
                                     850/436-6084 (fax)

                                     Co-Lead Counsel for Plaintiffs

DATED: March 12, 2002                BROBECK, PHLEGER & HARRISON LLP
                                     TOWER SNOW
                                     KEVIN P. MUCK
                                     DEAN S. KRISTY
                                     MICHELE KYROUZ


                                            /S/ KEVIN P. MUCK
                                     _____
                                            KEVIN P. MUCK

STIPULATION AND [PROPOSED] ORDER SCHEDULING FILING AND HEARING
DATES- C-01-20418-JW                                                          - 2 -

|   |   |
|---|---|
| 1 | One Market Plaza |
| 2 | Spear Street Tower |
|   | San Francisco, CA 94105 |
| 3 | Telephone: 415/442-0900 |
|   | 415/442-1010 (fax) |
| 4 |   |
|   | Counsel for Defendant Cisco Systems, Inc. and the |
| 5 | Individual Defendants |

6   DATED: March 14, 2002    HELLER, EHRMAN, WHITE
                                & McAULIFFE
7                             NORMAN J. BLEARS

8

9                                   /S/ NORMAN J. BLEARS
                                    NORMAN J. BLEARS
10

11                            275 Middlefield Road
                              Menlo Park, CA 94925
12                            Telephone: 650/324-7000
                              650/324-0638 (fax)
13
                              Counsel for Defendant PricewaterhouseCoopers
14                            LLP

15                                 *   *   *

16                                **O R D E R**

17        IT IS SO ORDERED.

18

19   DATED: 3/22/02            /S/ JAMES WARE
                              THE HONORABLE JAMES WARE
20                            UNITED STATES DISTRICT JUDGE

21

22

23

24

25

26

27

28   N:\CASES\Cisco\CJN81183.stp

STIPULATION AND [PROPOSED] ORDER SCHEDULING FILING AND HEARING
DATES- C-01-20418-JW                                              - 3 -

# DECLARATION OF SERVICE BY MAIL

I, the undersigned, declare:

1.  That declarant is and was, at all times herein mentioned, a citizen of the United States and a resident of the County of San Diego, over the age of 18 years, and not a party to or interest in the within action; that declarant's business address is 401 B Street, Suite 1700, San Diego, California 92101.

2.  That on March 15, 2002, declarant served the STIPULATION AND [PROPOSED] ORDER SCHEDULING FILING AND HEARING DATES by depositing a true copy thereof in a United States mailbox at San Diego, California in a sealed envelope with postage thereon fully prepaid and addressed to the parties listed on the attached Service List.

3.  That there is a regular communication by mail between the place of mailing and the places so addressed.

I declare under penalty of perjury that the foregoing is true and correct. Executed this 15th day of March 2002, at San Diego, California.

                                       /S/ KATHLEEN R. JONES
                                       KATHLEEN R. JONES

```
CISCO (FEDERAL/LEAD)
Service List - 03/15/02
Page   1


COUNSEL FOR PLAINTIFF(S)

Patrick J. Coughlin                      Sandra Stein
MILBERG WEISS BERSHAD HYNES &            MILBERG WEISS BERSHAD HYNES &
  LERACH LLP                               LERACH LLP
100 Pine Street, Suite 2600              1845 Walnut Street, 25th Floor
San Francisco, CA  94111                 Philadelphia, PA  19103
  415/288-4545                             215/988-4546
  415/288-4534 (fax)                       215/988-9885 (fax)

Fredric G. Levin                         Darren J. Robbins
J. Michael Papantonio                    Spencer A. Burkholz
Joe Scarborough                          Daniel S. Drosman
LEVIN, PAPANTONIO, THOMAS,               MILBERG WEISS BERSHAD HYNES &
  MITCHELL, ECHSNER & PROCTOR, P.A.        LERACH LLP
316 South Baylen St., Suite 600          401 B Street, Suite 1700
Pensacola, FL  32501                     San Diego, CA  92101-5050
  850/435-7000                             619/231-1058
  850/436-6084 (fax)                       619/231-7423 (fax)

John Halebian
James G. Flynn
WECHSLER HARWOOD HALEBIAN &
  FEFFER LLP
488 Madison Avenue, 8th Floor
New York, NY  10022
  212/935-7400
  212/753-3630 (fax)


COUNSEL FOR DEFENDANTS

Norman J. Blears                         Theodore P. Senger
HELLER, EHRMAN, WHITE &                  PRICEWATERHOUSECOOPERS LLP
  MCAULIFFE LLP                          333 Market Street
275 Middlefield Road                     San Francisco, CA  94104
Menlo Park, CA  94025                      415/498-5000
  650/324-7000                             415/498-7135 (fax)
  650/324-0638 (fax)

Michael L. Rugen                         Tower Snow
HELLER, EHRMAN, WHITE &                  Kevin P. Muck
  MCAULIFFE LLP                          Dean S. Kristy
333 Bush Street                          BROBECK, PHLEGER & HARRISON LLP
San Francisco, CA  94104-2878            One Market Plaza
  415/772-6000                           Spear Street Tower
  415/772-6268 (fax)                     San Francisco, CA  94105
                                           415/442-0900
                                           415/442-1010 (fax)


*
```