IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| Plumbers & Pipefitters Local 572 Pension fund et al., | NO. C 01-20418 JW |
| Plaintiff(s), | **ORDER SCHEDULING ORAL ARGUMENTS ON PLAINTIFFS' MOTION TO VACATE SPECIAL DISCOVERY MASTER'S ORDER** |
| v. | |
| Cisco Systems, Inc. et al., | |
| Defendant(s). | |

Pending before this Court is Plaintiffs' Motion to Vacate Special Master's Discovery Order. Pursuant to Local Rule 7-1(b), this Court deemed the matter submitted on May 4, 2005. Having further reviewed the parties' papers, this Court deems it beneficial to have oral arguments on the motion. Thus, the parties shall appear on **June 13, 2005 at 9 a.m.** to make their respective arguments on the matter.

Dated: May 31, 2005

/s/ James Ware
JAMES WARE
United States District Judge

**THIS IS TO CERTIFY THAT COPIES OF THIS ORDER HAVE BEEN DELIVERED TO:**

Alice L. Jensen ajensen@fenwick.com
Brian J. Robbins robbins@ruflaw.com
Bruce C. Gibney bgibney@hewm.com
Connie Cheung conniec@milberg.com
Daniel C. Girard girardgibbs@girardgibbs.com
Daniel S. Drosman DanD@lerachlaw.com
Daniel T. Rockey drockey@hewm.com
Darren J. Robbins e_file_sd@lerachlaw.com
Dean S. Kristy dkristy@fenwick.com
Eric J. Belfi ebelfi@murrayfrank.com
Ethan Richard York eyork@winston.com
Felix Lee flee@fenwick.com
George E. Barrett gbarrett@barrettjohnston.com
George H. Brown gbrown@hewm.com
James G. Stranch jgs@branstetterlaw.com
Kevin P. Muck kmuck@fenwick.com
Lesley E. Weaver lesleyw@milberg.com
Lionel Z. Glancy info@glancylaw.com
Matthew Paul Montgomery mattm@lerachlaw.com
Michael L. Rugen mrugen@hewm.com
Norman J. Blears nblears@hewm.com
Patrice L. Bishop service@ssbla.com
Robert A. Jigarjian CAND.USCOURTS@CLASSCOUNSEL.COM
Ruth Marian Bond Rbond@hewm.com
Spencer A. Burkholz SpenceB@lerachlaw.com
Stuart L. Berman sberman@sbclasslaw.com
Willem F. Jonckheer wjonckheer@schubert-reed.com
William S. Lerach billl@lerachlaw.com

**Dated: May 31, 2005**                                **Richard W. Wieking, Clerk**

                                                        **By:   /s/ JW Chambers**
                                                        **Ronald L. Davis**
                                                        **Courtroom Deputy**