IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| Plumbers & Pipefitters Local 572 Pension fund et al., | NO. C 01-20418 JW |
| Plaintiff(s), | **ORDER VACATING HEARING ON CISCO DEFENDANTS' MOTION FOR JUDGMENT ON THE PLEADINGS** |
| v. | |
| Cisco Systems, Inc. et al., | |
| Defendant(s). | |

Pursuant to Local Rule 7-1(b), Cisco Defendants' Motion for Judgment on the Pleadings is deemed submitted. Thus, the Court vacates the hearing on this motion presently scheduled for **June 27, 2005 at 9 a.m.**

Dated: June 21, 2005                              /s/ James Ware
                                                  JAMES WARE
                                                  United States District Judge

United States District Court
For the Northern District of California

1 | **THIS IS TO CERTIFY THAT COPIES OF THIS ORDER HAVE BEEN DELIVERED TO:**

2 | Alice L. Jensen ajensen@fenwick.com
Brian J. Robbins robbins@ruflaw.com
3 | Bruce C. Gibney bgibney@hewm.com
Connie Cheung conniec@milberg.com
4 | Daniel C. Girard girardgibbs@girardgibbs.com
Daniel S. Drosman DanD@lerachlaw.com
5 | Daniel T. Rockey drockey@hewm.com
Darren J. Robbins e_file_sd@lerachlaw.com
6 | Dean S. Kristy dkristy@fenwick.com
Eric J. Belfi ebelfi@murrayfrank.com
7 | Ethan Richard York eyork@winston.com
Felix Lee flee@fenwick.com
8 | George E. Barrett gbarrett@barrettjohnston.com
George H. Brown gbrown@hewm.com
9 | James G. Stranch jgs@branstetterlaw.com
Kevin P. Muck kmuck@fenwick.com
10 | Lesley E. Weaver lesleyw@milberg.com
Lionel Z. Glancy info@glancylaw.com
11 | Matthew Paul Montgomery mattm@lerachlaw.com
Michael L. Rugen mrugen@hewm.com
12 | Norman J. Blears nblears@hewm.com
Patrice L. Bishop service@ssbla.com
13 | Robert A. Jigarjian CAND.USCOURTS@CLASSCOUNSEL.COM
Ruth Marian Bond Rbond@hewm.com
14 | Spencer A. Burkholz SpenceB@lerachlaw.com
Stuart L. Berman sberman@sbclasslaw.com
15 | Willem F. Jonckheer wjonckheer@schubert-reed.com
William S. Lerach billl@lerachlaw.com

17 | **Dated: June 21, 2005**                                    **Richard W. Wieking, Clerk**

19 |                                                              **By:   /s/ JW Chambers**
                                                                **Ronald L. Davis**
                                                                **Courtroom Deputy**