1  LERACH COUGHLIN STOIA GELLER
     RUDMAN & ROBBINS LLP
2  WILLIAM S. LERACH (68581)
   SPENCER A. BURKHOLZ (147029)
3  DANIEL S. DROSMAN (200643)
   JONAH H. GOLDSTEIN (193777)
4  MATTHEW P. MONTGOMERY (180196)
   LUCAS F. OLTS (234843)
5  401 B Street, Suite 1600
   San Diego, CA  92101
6  Telephone:  619/231-1058
   619/231-7423 (fax)
7         – and –
   PATRICK J. COUGHLIN (111070)
8  LESLEY E. WEAVER (191305)
   100 Pine Street, Suite 2600
9  San Francisco, CA  94111
   Telephone:  415/288-4545
10 415/288-4534 (fax)

11 LEVIN, PAPANTONIO, THOMAS, MITCHELL,
     ECHSNER & PROCTOR, P.A.
12 FREDRIC G. LEVIN *(pro hac vice)*
   J. MICHAEL PAPANTONIO *(pro hac vice)*
13 TIMOTHY M. O'BRIEN *(pro hac vice)*
   316 South Baylen Street, Suite 600
14 Pensacola, FL  32501
   Telephone:  850/435-7000
15 850/436-6084 (fax)

16 Co-Lead Counsel for Plaintiffs

17 [Additional counsel appear on signature page.]

18                UNITED STATES DISTRICT COURT

19                NORTHERN DISTRICT OF CALIFORNIA

20                        SAN JOSE DIVISION

| | |
|---|---|
| 21  In re CISCO SYSTEMS, INC. SECURITIES LITIGATION | )  Master File No. C-01-20418-JW(PVT) |
| 22 | )  CLASS ACTION |
| 23  This Document Relates To: | )  *Corrected*<br>)  STIPULATION AND [~~PROPOSED~~] ORDER<br>)  REGARDING PRETRIAL SCHEDULE |
| 24       ALL ACTIONS. | )   ***MODIFIED BY THE COURT*** |
| 25 | ) |

IT IS SO ORDERED
Judge James Ware

WHEREAS, the July 2, 2003 Amended Scheduling Order provides for a pretrial schedule as follows:

| | |
|---|---|
| Plaintiffs' Expert Reports Due | July 29, 2005 |
| Defendants' Expert Reports Due | July 29, 2005 |
| Plaintiffs' Rebuttal Reports Due | August 8, 2005 |
| Defendants' Rebuttal Reports Due | August 8, 2005 |
| Objections to Experts Due | September 12, 2005 |
| Fact Discovery Cut-Off | September 30, 2005 |
| Expert Discovery Cut-Off | September 30, 2005 |
| Pretrial Motions Due | January 24, 2006 |
| Pretrial Motion Hearing | February 27, 2006 |
| Pretrial Conference | April 24, 2006 |
| Joint Pretrial Statement Due | May 12, 2006 |
| Motions in *Limine* Due | June 2, 2006 |
| Final Pretrial Conference | June 12, 2006 |
| Trial | June 27, 2006 |

WHEREAS, the parties have engaged in substantial fact discovery to date, including written discovery, document production and depositions;

WHEREAS, the parties anticipate completing all fact discovery by September 30, 2005;

WHEREAS, the parties believe it would be more efficient to conduct expert discovery after fact discovery is concluded;

WHEREAS, the parties have been unable to agree on the proper sequencing of the disclosure of experts and expert reports.  The parties intend to submit to the Court alternative proposed orders on this issue accompanied by a brief supporting memorandum from each party;

THEREFORE, the parties, through their counsel of record, hereby stipulate to the following pretrial schedule which does not alter the existing fact discovery cut-off:

| | | |
|---|---|---|
| 1 | Fact Discovery Cut-Off | September 30, 2005 |
| 2 | Plaintiffs' Expert Reports Due | TBD |
| 3 | Defendants' Expert Reports Due | TBD |
| 4 | Rebuttal Reports Due | TBD |
| 5 | Expert Discovery Cut-Off | February 24, 2006 |
| 6 | Dispositive Motions Filed | March 6, 2006 |
| 7 | Oppositions to Dispositive Motions Filed | April 24, 2006 |
| 8 | Replies to Dispositive Motions Filed | May 22, 2006 |
| 9 | Hearing on Dispositive Motions | ~~June 9, 2006~~ June 12, 2006 @ 9am |
| 10 | Objection to Experts Due | June 30, 2006 |
| 11 | Pretrial Conference (Preliminary) | ~~July 14, 2006~~ 7/17/05 @ 10am |
| 12 | Joint Pretrial Statement Due | August 14, 2006 |
| 13 | Motions in *Limine* Due | September 8, 2006 |
| 14 | Final Pretrial Conference | September 18, 2006 @ 3pm |
| 15 | Trial | Oct. 04, 2006 @ 9am ~~September 29, 2006~~ |

IT IS SO STIPULATED.

DATED: April 4, 2005                    LERACH COUGHLIN STOIA GELLER
                                          RUDMAN & ROBBINS LLP
                                        WILLIAM S. LERACH
                                        SPENCER A. BURKHOLZ
                                        DANIEL S. DROSMAN
                                        JONAH H. GOLDSTEIN
                                        MATTHEW P. MONTGOMERY
                                        LUCAS F. OLTS


                                              /s/ Daniel S. Drosman
                                            DANIEL S. DROSMAN

                                        401 B Street, Suite 1600
                                        San Diego, CA  92101
                                        Telephone:  619/231-1058
                                        619/231-7423 (fax)

                                        Co-Lead Counsel for Plaintiffs

STIPULATION & PROPOSED ORDER RE PRETRIAL SCHEDULE - C-01-20418-JW(PVT)      - 2 -

1     I, Daniel S. Drosman, am the ECF User whose ID and password are being used to file this Stipulation and [Proposed] Order Regarding Pretrial Schedule in compliance with General Order 45, X.B., I hereby attest that Carol Lynn Thompson has concurred in this filing.

DATED: April 4, 2005           HELLER EHRMAN WHITE & MCAULIFFE LLP
                                        CAROL LYNN THOMPSON

                                              /s/ Carol Lynn Thompson
                                           CAROL LYNN THOMPSON

333 Bush Street
San Francisco, CA 94104-2878
Telephone: 415/772-6000
415/772-6268 (Fax)

Counsel for PricewaterhouseCoopers LLP

    I, Daniel S. Drosman, am the ECF User whose ID and password are being used to file this Stipulation and [Proposed] Order Regarding Pretrial Schedule in compliance with General Order 45, X.B., I hereby attest that Robert Y. Sperling has concurred in this filing.

DATED: April 4, 2005           WINSTON & STRAWN LLP
                                        ROBERT Y. SPERLING

                                              /s/ Robert Y. Sperling
                                           ROBERT Y. SPERLING

35 West Wacker Drive, Suite 4200
Chicago, IL 60601-9703
Telephone: 312/558-5600
312/558-5700 (Fax)

Counsel for the Cisco Defendants

\*     \*     \*

**O R D E R**

PURSUANT TO STIPULATION, IT IS SO ORDERED.

DATED: 7/8/05                            /s/ James Ware
                                    THE HONORABLE JAMES WARE
                                    UNITED STATES DISTRICT JUDGE

S:\CasesSD\Cisco\S_O 00019798.doc

## DECLARATION OF SERVICE

I hereby certify that on April 4, 2005, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system, which will send notification of such filing to the attorneys denoted on the attached Service List. I hereby certify that I have caused this document to be mailed by the United States Postal Service and/or faxed to the non-CM/ECF participants listed on the attached Service List.

I declare under penalty of perjury that the foregoing is true and correct. Executed this 4th day of April, 2005, at San Diego, California.

s/Daniel S. Drosman
DANIEL S. DROSMAN

CISCO (FEDERAL-LEAD)

Service List - 4/4/2005    (201-110-1)

Page 1 of 2

**Counsel For Defendant(s)**

Dean S. Kristy
Kevin P. Muck
Felix Lee
Fenwick & West LLP
275 Battery Street, Suite 1500
San Francisco, CA 94111
   415/875-2300
   415/281-1350(Fax)

Carol Lynn Thompson
Heller Ehrman White & McAuliffe LLP
333 Bush Street, Suite 3100
San Francisco, CA 94104-2878
   415/772-6000
   415/772-6268(Fax)

Dan K. Webb
Robert Y. Sperling
Robert L. Michels
Winston & Strawn LLP
35 West Wacker Drive, Suite 4200
Chicago, IL 60601-9703
   312/558-5600
   312/558-5700(Fax)

Norman J. Blears
Daniel T. Rockey
Heller Ehrman White & McAuliffe LLP
275 Middlefield Road
Menlo Park, CA 94025
   650/324-7000
   650/324-0638(Fax)

Theodore P. Senger
PricewaterhouseCoopers LLP
333 Market Street
San Francisco, CA 94104
   415/498-5000
   415/498-7135(Fax)

**Counsel For Plaintiff(s)**

J. Nixon Daniel, III
David L. McGee
Terri L. Didier
Beggs & Lane
501 Commendencia Street, P.O. Box 12950
Pensacola, FL 32591
   850/432-2451
   850/469-3330(Fax)

Scot Bernstein
Law Office of Scot Bernstein
10510 Superfortress Avenue, Suite C
Mather Field, CA 95655
   916/447-0100
   916/933-5533(Fax)

CISCO (FEDERAL-LEAD)
Service List - 4/4/2005     (201-110-1)
Page 2 of 2

Darren J. Robbins
Spencer A. Burkholz
Daniel S. Drosman
Lerach Coughlin Stoia Geller Rudman & Robbins LLP
401 B Street, Suite 1600
San Diego, CA  92101-4297
   619/231-1058
   619/231-7423(Fax)

Patrick J. Coughlin
Lesley E. Weaver
Connie M. Cheung
Lerach Coughlin Stoia Geller Rudman & Robbins LLP
100 Pine Street, Suite 2600
San Francisco, CA  94111-5238
   415/288-4545
   415/288-4534(Fax)

Fredric G. Levin
J. Michael Papantonio
Levin, Papantonio, Thomas, Mitchell, Echsner & Proctor, P.A.
316 South Baylen St., Suite 600
Pensacola, FL  32501
   850/435-7000
   850/436-6084(Fax)