1
2
3
4
5
6
7
8

IT IS SO ORDERED

*[signature]*

Judge James Ware

UNITED STATES DISTRICT COURT

9

10

11

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

12

13 | In re CISCO SYSTEMS, INC.
14 | SECURITIES LITIGATION

Case No. C-01-20418 JW

<u>CLASS ACTION</u>

15

16 | This Document Relates To:

17 | ALL ACTIONS.

18

**STIPULATION AND ORDER
REGARDING SCHEDULING OF EXPERT
DISCOVERY AND DISPOSITIVE MOTIONS**

19
20
21
22
23
24
25
26
27
28

FENWICK & WEST LLP
ATTORNEYS AT LAW
MOUNTAIN VIEW

This stipulation is entered into by and among plaintiffs Central States, Southeast and Southwest Areas Pension Fund, Carpenters Pension Fund of Illinois, Plumbers & Pipefitters National Pension Fund, and Alexander Nehring, and defendants Cisco Systems, Inc., John T. Chambers, Larry R. Carter, Carol A. Bartz, Steven M. West, Edward R. Kozel, Donald T. Valentine, Robert L. Puette, Judith L. Estrin, Gary J. Daichendt, Donald J. Listwin, Carl Redfield, Michelangelo Volpi, and PricewaterhouseCoopers LLP through their respective attorneys of record.

WHEREAS, pursuant to orders entered by the Court in this action on June 20 and July 8, 2005, the current deadlines pertaining to expert discovery and filing of dispositive motions are as follows:

| | | |
|---|---|---|
| 1. | Plaintiffs' Expert Reports Due | October 10, 2005 |
| 2. | Defendants' Expert Reports Due | November 16, 2005 |
| 3. | Plaintiffs' Rebuttal Reports Due | November 30, 2005 |
| 4. | Expert Discovery Cut-Off | February 24, 2006 |
| 5. | Dispositive Motions Filed | March 6, 2006 |

WHEREAS, plaintiffs requested an additional week to prepare and serve their expert reports based on the scope of discovery in this action and the amount of time required for their experts to review relevant evidence; and

WHEREAS, defendants have agreed to an additional week for the filing of plaintiffs' initial expert reports conditioned on changing certain other dates set by the Court which were impacted by the extension of time;

THEREFORE, IT IS HEREBY STIPULATED by and between plaintiffs and defendants that the schedule in this action shall be modified as follows:

| | | |
|---|---|---|
| 1. | Plaintiffs' Expert Reports Due | October 17, 2005; |
| 2. | Defendants' Expert Reports Due | November 30, 2005; |
| 3. | Plaintiffs' Rebuttal Reports Due | December 14, 2005; |
| 4. | Expert Discovery Cut-Off | March 3, 2006; |
| 5. | Dispositive Motions Filed | March 13, 2006 |

FENWICK & WEST LLP
ATTORNEYS AT LAW
MOUNTAIN VIEW

1

1   All other currently ordered deadlines in this action shall remain unchanged.

2

3   Dated: October 19, 2005                 LERACH COUGHLIN STOIA GELLER
                                            RUDMAN & ROBBINS, LLP

4

5   By:_____/s/_____
                                            Daniel Drosman

6                                           Attorneys for Plaintiffs Central States, Southeast and
7                                           Southwest Areas Pension Fund, Carpenters Pension
                                            Fund of Illinois, Plumbers & Pipefitters National
                                            Pension Fund, and Alexander Nehring
8

9   Dated: October 19, 2005                 FENWICK & WEST LLP
                                            WINSTON & STRAWN LLP

10

11  By: :_____/s/_____
                                            Kevin P. Muck

12                                          Attorneys for Defendants Defendants Cisco Systems,
13                                          Inc., John T. Chambers, Larry R. Carter, Carol A.
                                            Bartz, Steven M. West, Edward R. Kozel, Donald T.
14                                          Valentine, Robert L. Puette, Judith L. Estrin, Gary J.
                                            Daichendt, Donald J. Listwin, Carl Redfield and
15                                          Michelangelo Volpi

16  Dated: October 19, 2005                 HELLER EHRMAN WHITE AND McAULLIFE
                                            LLP
17

18  By: :_____/s/_____
                                            Norman Blears
19

20                                          Attorneys for Defendant PricewaterhouseCoopers
                                            LLP
21
    **IT IS SO ORDERED.**
22
    DATED: ____10/20/05____, 2005
23
                                            _____
                                            The Honorable James Ware
24                                          United States District Court Judge

25  24367/00402/SF/5153053.1

26

27

28

2

FENWICK & WEST LLP
ATTORNEYS AT LAW
MOUNTAIN VIEW