```
 1  KEVIN P. MUCK (State Bar No. 120918)
    KATHRYN J. FRITZ (State Bar No. 148200)
 2  ILANA S. RUBEL (State Bar No. 221517)
    FENWICK & WEST LLP
 3  Embarcadero Center West
    275 Battery Street, Suite 1500
 4  San Francisco, CA  94111
    Telephone:    (415) 875-2300
 5  Facsimile:    (415) 281-1350

 6  Attorneys for Defendant
    Cisco Systems, Inc.
 7
```

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| IAN ROGERS, COLLEEN ROGERS, and THE IAN ROGERS, M.D. DEFINED CONTRIBUTION PLAN,<br><br>Plaintiffs,<br><br>vs.<br><br>CISCO SYSTEMS, INC.,<br><br>Defendant. | Case No. CV-03-03293-JW<br><br>[MDL No. 1527] |

## STIPULATION

This stipulation is entered into by and among plaintiffs Ian Rogers, Colleen Rogers, and The Ian Rogers, M.D. Defined Contribution Plan (collectively, "Rogers Plaintiffs") and defendant Cisco Systems, Inc. ("Defendant").

WHEREAS the Class Plaintiffs in the Cisco Systems, Inc. Securities Litigation submitted their Expert Reports on October 17, 2005; and

WHEREAS on November 16, 2005 the Rogers Plaintiffs filed a Notice of Intent to Rely on Class Plaintiffs' Named Experts;

;

1 THEREFORE, IT IS HEREBY STIPULATED by and between Plaintiffs and Defendant
2 that the deadline for the submission of Defendant's Expert Reports in the above-captioned action
3 shall be January 10, 2006.
4 All other currently ordered deadlines in this action shall remain unchanged.

Dated: November 22, 2005        BEGGS & LANE, RLLP

By /s/ J. NIXON DANIEL, III

Attorneys for Plaintiffs Ian Rogers, Colleen Rogers, and The Ian Rogers, M.D. Defined Contribution Plan

Dated: November 28, 2005        FENWICK & WEST LLP

By /s/ KATHRYN FRITZ

Attorneys for Defendant Cisco Systems, Inc.

**IT IS SO ORDERED.**

DATED: Nov. 29, 2005

/s/ James Ware
The Honorable James Ware
United States District Court Judge

STIPULATION -2- CASE NO. CV 03-03293-JW
[MDL NO. 1527]