| | |
|---|---|
| 1 | LERACH COUGHLIN STOIA GELLER |
| | RUDMAN & ROBBINS LLP |
| 2 | WILLIAM S. LERACH (68581) |
| | SPENCER A. BURKHOLZ (147029) |
| 3 | DANIEL S. DROSMAN (200643) |
| | JONAH H. GOLDSTEIN (193777) |
| 4 | MATTHEW P. MONTGOMERY (180196) |
| | LUCAS F. OLTS (234843) |
| 5 | JESSICA D. TALLY (234432) |
| | 655 West Broadway, Suite 1900 |
| 6 | San Diego, CA 92101 |
| | Telephone: 619/231-1058 |
| 7 | 619/231-7423 (fax) |
| | BillL@lerachlaw.com |
| 8 | SpenceB@lerachlaw.com |
| | DanD@lerachlaw.com |
| 9 | JonahG@lerachlaw.com |
| | MattG@lerachlaw.com |
| 10 | LukeO@lerachlaw.com |
| | JessicaT@lerachlaw.com |
| 11 | – and – |

| | | |
|---|---|---|
| 12 | PATRICK J. COUGHLIN (111070) | LEVIN, PAPANTONIO, THOMAS, |
| | LESLEY E. WEAVER (191305) | MITCHELL, |
| 13 | 100 Pine Street, Suite 2600 | ECHSNER & PROCTOR, P.A. |
| | San Francisco, CA 94111 | TIMOTHY M. O'BRIEN *(pro hac vice)* |
| 14 | Telephone: 415/288-4545 | 316 South Baylen Street, Suite 600 |
| | 415/288-4534 (fax) | Pensacola, FL 32501 |
| 15 | PatC@lerachlaw.com | Telephone: 850/435-7000 |
| | LesleyW@lerachlaw.com | 850/497-7057 (fax) |

16 Co-Lead Counsel for Plaintiffs

17 [Additional counsel appear on signature page.]

18 UNITED STATES DISTRICT COURT

19 NORTHERN DISTRICT OF CALIFORNIA

20 SAN JOSE DIVISION

| | | |
|---|---|---|
| 21 | In re CISCO SYSTEMS, INC. SECURITIES LITIGATION | ) Master File No. C-01-20418-JW(PVT) |
| 22 | | ) CLASS ACTION |
| 23 | This Document Relates To: | ) [XXPROPOSEDXX] ORDER RE EXTENSION OF TIME TO SUBMIT REBUTTAL EXPERT |
| 24 | ALL ACTIONS. | ) REPORTS |

1  The Court, having reviewed Plaintiffs' Motion for Extension of Time to Submit Rebuttal
2  Expert Reports and good cause appearing therefor, hereby orders that plaintiffs shall serve their
3  expert reports rebutting: (1) the Expert Report of Ronald J. Gilson, (2) the Expert Report of Kevin J.
4  Murphy, (3) the Expert Report of Jeffrey P. Williams, and (4) the Expert Report of James H. Vander
5  Weide on or before January 11, 2006.
6  IT IS SO ORDERED.

8  DATED: December 12, 2005

THE HONORABLE JAMES WARE
UNITED STATES DISTRICT JUDGE

Submitted by:

LERACH COUGHLIN STOIA GELLER
  RUDMAN & ROBBINS LLP
WILLIAM S. LERACH
SPENCER A. BURKHOLZ
DANIEL S. DROSMAN
JONAH H. GOLDSTEIN
MATTHEW P. MONTGOMERY
LUCAS F. OLTS
JESSICA D. TALLY

    s/ DANIEL S. DROSMAN
    DANIEL S. DROSMAN

655 West Broadway, Suite 1900
San Diego, CA 92101
Telephone: 619/231-1058
619/231-7423 (fax)

LERACH COUGHLIN STOIA GELLER
  RUDMAN & ROBBINS LLP
PATRICK J. COUGHLIN
LESLEY E. WEAVER
100 Pine Street, Suite 2600
San Francisco, CA 94111
Telephone: 415/288-4545
415/288-4534 (fax)

1
2  LERACH COUGHLIN STOIA GELLER
     RUDMAN & ROBBINS LLP
   SANDRA STEIN
3  1845 Walnut Street, 25th Floor
   Philadelphia, PA 19103
4  Telephone: 215/988-9546
   215/988-9885 (fax)
5
   LEVIN, PAPANTONIO, THOMAS,
6  MITCHELL,
     ECHSNER & PROCTOR, P.A.
7  TIMOTHY M. O'BRIEN
   316 South Baylen Street, Suite 600
8  Pensacola, FL 32501
   Telephone: 850/435-7000
9  850/497-7057 (fax)

10 Co-Lead Counsel for Plaintiffs

11 S:\CasesSD\Cisco\ORD0026560.doc
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28