*IT IS SO ORDERED*
*Judge James Ware*

DEAN S. KRISTY (State Bar No. 157646)
KEVIN P. MUCK (State Bar No. 120918)
FELIX S. LEE (State Bar No. 197084)
ALICE L. JENSEN (State Bar No. 203327)
CHRISTOPHER A. GARCIA (State Bar No. 215184)
FENWICK & WEST LLP
275 Battery Street
San Francisco, California 94111
Telephone: (415) 875-2300
Facsimile:  (415) 281-1350
e-mail address:  kmuck@fenwick.com

DAN K. WEBB (*Pro Hac Vice 2/16/05*)
ROBERT Y. SPERLING (*Pro Hac Vice 2/16/05*)
ROBERT L. MICHELS (*Pro Hac Vice 2/16/05*)
RONALD S. BETMAN (*Pro Hac Vice 2/16/05*)
WINSTON & STRAWN LLP
35 West Wacker Drive
Chicago, Illinois 60601-9703
Telephone: (312) 558-5600
Facsimile:   (312) 558-5700
e-mail address:  rbetman@winston.com

Attorneys for Defendants Cisco Systems, Inc., John T. Chambers, Larry R. Carter, Carol A. Bartz, Steven M. West, Edward R. Kozel, Donald T. Valentine, Robert L. Puette, Judith L. Estrin, Gary J. Daichendt, Donald J. Listwin, Carl Redfield and Michelangelo Volpi

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| In re CISCO SYSTEMS, INC. SECURITIES LITIGATION | Case No. C-01-20418 JW<br><br>CLASS ACTION |
| This Document Relates To:<br>ALL ACTIONS. | **STIPULATION AND [PROPOSED] ORDER MODIFYING PAGE LIMITS ON MOTIONS FOR SUMMARY JUDGMENT** |

This stipulation is entered into by and among: (i) plaintiffs Central States, Southeast and Southwest Areas Pension Fund, Carpenters Pension Fund of Illinois, Plumbers & Pipefitters National Pension Fund, and Alexander Nehring (collectively, "plaintiffs"); (ii) defendants Cisco

Systems, Inc. ("Cisco"), John T. Chambers, Larry R. Carter, Carol A. Bartz, Steven M. West, Edward R. Kozel, Donald T. Valentine, Robert L. Puette, Judith L. Estrin, Gary J. Daichendt, Donald J. Listwin, Carl Redfield, and Michelangelo Volpi (collectively, "Cisco Defendants"); and (iii) defendant PricewaterhouseCoopers LLP ("PwC").

WHEREAS, defendants will be filing motions for summary judgment on or before March 13, 2006, pursuant to the scheduling order previously entered by the Court;

WHEREAS, the issues that will be addressed on summary judgment require expanded briefing, given the breadth and complexity of the issues addressed, especially inasmuch as: (i) the operative complaint is 198 pages long, and contains claims asserted against 14 different defendants; (ii) the case involves allegations relating to numerous alleged statements over a class period of fifteen months (*i.e.*, November 1999 to February 2001); (iii) all defendants, including each of the 13 Cisco Defendants, have issues unique to each of them that require separate discussion; (iv) the alleged damages in this action exceed $6 billion; and (v) extensive fact and expert discovery has been undertaken in this case over approximately a three-year period;

WHEREAS, rather than burdening the Court will separate briefs filed by each of the moving defendants, the parties believe that the interests of judicial efficiency and economy would be furthered by the filing of a smaller number of briefs with expanded page limits, and have met and conferred on mutually agreeable limitations in that regard;

THEREFORE, IT IS HEREBY STIPULATED by and among the parties that:

1. The Cisco Defendants shall collectively be permitted to file briefs in support of their various summary judgment motions of up to one hundred fifteen (115) pages in cumulative length, not including tables, with such pages to be allocated among the Cisco Defendants' briefs in the manner they deem appropriate;

2. PwC may file one or more briefs in support of its summary judgment motions of up to sixty-six (66) pages in cumulative length, not including tables;

3. Plaintiffs shall collectively be permitted to file briefs in opposition to the Cisco Defendants' various summary judgment motions of up to one hundred fifteen (115) pages in cumulative length, not including tables, with such pages to be allocated among plaintiffs' briefs in

the manner they deem appropriate;

4. Plaintiffs shall collectively be permitted to file one or more briefs in opposition to PwC's summary judgment motions of up to sixty-six (66) pages in cumulative length, not including tables;

5. The Cisco Defendants shall collectively be permitted to file reply briefs in support of their various summary judgment motions of up to sixty (60) pages in cumulative length, not including tables, with such pages to be allocated among the Cisco Defendants' briefs in the manner they deem appropriate;

6. PwC may file one or more reply briefs in support of its summary judgment motions of up to forty (40) pages in cumulative length, not including tables.

Dated: March 1, 2006         LERACH COUGHLIN STOIA GELLER
                             RUDMAN & ROBBINS, LLP

                             By:          /s/
                                      Spencer Burkholz

                             Attorneys for Plaintiffs

Dated: March 1, 2006         FENWICK & WEST LLP
                             WINSTON & STRAWN LLP

                             By:          /s/
                                      Kevin P. Muck

                             Attorneys for Defendants Cisco Systems, Inc., John T. Chambers, Larry R. Carter, Carol A. Bartz, Steven M. West, Edward R. Kozel, Donald T. Valentine, Robert L. Puette, Judith L. Estrin, Gary J. Daichendt, Donald J. Listwin, Carl Redfield and Michelangelo Volpi

Dated: March 1, 2006         HELLER EHRMAN WHITE AND McAULLIFE LLP

                             By:          /s/
                                      Carol Lynn Thompson

                             Attorneys for Defendant PricewaterhouseCoopers LLP

## ORDER

**IT IS SO ORDERED.**

DATED: March 8, 2006

_____
The Honorable James Ware
United States District Judge