*IT IS SO ORDERED*
*Judge James Ware*

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| In re CISCO SYSTEMS, INC. SECURITIES LITIGATION | Master File No. C-01-20418-JW(PVT) |
| | CLASS ACTION |
| This Document Relates To: | STIPULATION AND [PROPOSED] ORDER DISMISSING CERTAIN INDIVIDUAL DEFENDANTS |
| ALL ACTIONS. | |

1  This Stipulation is entered into by and among plaintiffs Central States, Southeast and
2  Southwest Areas Pension Fund, Carpenters Pension Fund of Illinois, Plumbers & Pipefitters
3  National Pension Fund, and Alex Nehring ("plaintiffs"), and defendants Carol A. Bartz and Robert
4  L. Puette.

5  Plaintiffs agree to dismiss this action with prejudice against Bartz and Puette and release and
6  fully discharge all claims against Bartz and Puette arising out of or related to the the purchase,
7  acquisition, sale or disposition of Cisco Systems, Inc. securities by any plaintiff or any class member
8  during the Class Period of November 10, 1999 through February 6, 2001, and the allegations that
9  were made or could have been made in this action.  Bartz and Puette agree to release and fully
10 discharge all of the plaintiffs, class members, and Co-Lead Counsel (Lerach Coughlin Stoia Geller
11 Rudman & Robbins, LLP and Levin, Papantonio, Thomas, Mitchell, Echsner & Proctor, P.A.) from
12 all claims arising out of, relating to, or in connection with the institution, prosecution, assertion,
13 settlement or resolution of this action.

14 Each of the plaintiffs, Bartz and Puette is to bear his, her or its own costs and expenses
15 incurred in litigating the released claims described above, including attorneys' fees.

16 IT IS SO STIPULATED.

17 DATED:  March 8, 2006                    LERACH COUGHLIN STOIA GELLER
                                              RUDMAN & ROBBINS LLP
18                                            WILLIAM S. LERACH
                                              SPENCER A. BURKHOLZ
19                                            DANIEL S. DROSMAN
                                              JONAH H. GOLDSTEIN
20                                            MATTHEW P. MONTGOMERY
                                              LUCAS F. OLTS
21                                            JESSICA D. TALLY

22

23                                                    s/SPENCER A. BURKHOLZ
                                                      SPENCER A. BURKHOLZ
24
                                              655 West Broadway, Suite 1900
25                                            San Diego, CA  92101
                                              Telephone:  619/231-1058
26                                            619/231-7423 (fax)

27

28

STIPULATION AND [PROPOSED] ORDER DISMISSING CERTAIN INDIVIDUAL
DEFENDANTS - C-01-20418-JW(PVT)                                                          - 1 -

| | |
|---|---|
| 1 | |
| 2 | LERACH COUGHLIN STOIA GELLER<br>  RUDMAN & ROBBINS LLP |
| 3 | PATRICK J. COUGHLIN<br>LESLEY E. WEAVER |
| 4 | 100 Pine Street, Suite 2600<br>San Francisco, CA  94111 |
| 5 | Telephone:  415/288-4545<br>415/288-4534 (fax) |
| 6 | LERACH COUGHLIN STOIA GELLER<br>  RUDMAN & ROBBINS LLP |
| 7 | SANDRA STEIN |
| 8 | 1845 Walnut Street, 25th Floor<br>Philadelphia, PA  19103 |
| 9 | Telephone:  215/988-9546<br>215/988-9885 (fax) |
| 10 | LEVIN, PAPANTONIO, THOMAS, MITCHELL,<br>  ECHSNER & PROCTOR, P.A. |
| 11 | TIMOTHY M. O'BRIEN |
| 12 | 316 South Baylen Street, Suite 600<br>Pensacola, FL  32501 |
| 13 | Telephone:  850/435-7000<br>850/497-7057 (fax) |
| 14 | Co-Lead Counsel for Plaintiffs |
| 15 | |
| 16 | I, Spencer A. Burkholz, am the ECF user whose ID and password are being used to file this Stipulation |
| 17 | and [Proposed] Order Dismissing Certain Individual Defendants.  In compliance with General Order 45, X.B., I hereby attest that Kevin P. Muck has |
| 18 | concurred in this filing. |
| 19 | DATED:  March 8, 2006      FENWICK & WEST, LLP<br>DEAN S. KRISTY |
| 20 | KEVIN P. MUCK<br>FELIX S. LEE |
| 21 | |
| 22 | |
| 23 |           s/KEVIN P. MUCK<br>KEVIN P. MUCK |
| 24 | 275 Battery Street, Suite 1600 |
| 25 | San Francisco, CA  94111<br>Telephone:  415/875-2300 |
| 26 | 415/281-1350 (fax) |
| 27 | |
| 28 | |

STIPULATION AND [PROPOSED] ORDER DISMISSING CERTAIN INDIVIDUAL
DEFENDANTS - C-01-20418-JW(PVT)     - 2 -

1
2  WINSTON & STRAWN LLP
   DAN K. WEBB
3  ROBERT Y. SPERLING
   RONALD S. BETMAN
4  35 West Wacker Drive
   Chiago, IL 60601-9703
5  Telephone: 312/558-5600
   312/558-5700 (fax)
6
   Attorneys for Defendants Carol A. Bartz and Robert L. Puette
7

8                           *     *     *

9       PURSUANT TO STIPULATION, IT IS SO ORDERED.

10  DATED:  03/09/06                    _____
                                        THE HONORABLE JAMES WARE
11                                      UNITED STATES DISTRICT JUDGE

12  S:\CasesSD\Cisco\S&O00028673.doc

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

STIPULATION AND [PROPOSED] ORDER DISMISSING CERTAIN INDIVIDUAL
DEFENDANTS - C-01-20418-JW(PVT)                                    - 3 -

CERTIFICATE OF SERVICE

I hereby certify that on March 8, 2006, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the e-mail addresses denoted on the attached Electronic Mail Notice List, and I hereby certify that I have mailed the foregoing document or paper via the United States Postal Service to the non-CM/ECF participants indicated on the attached Manual Notice List.

 s/SPENCER A. BURKHOLZ
SPENCER A. BURKHOLZ

LERACH COUGHLIN STOIA GELLER
   RUDMAN & ROBBINS LLP
655 West Broadway, Suite 1900
San Diego, CA  92101
Telephone:  619/231-1058
619/231-7423 (fax)
E-mail:spenceb@lerachlaw.com

# Mailing Information for a Case 5:01-cv-20418-JW

## Electronic Mail Notice List

The following are those who are currently on the list to receive e-mail notices for this case.

- **George E. Barrett**
  gbarrett@barrettjohnston.com
- **Eric J. Belfi**
  ebelfi@murrayfrank.com
- **Stuart L. Berman**
  sberman@sbclasslaw.com
- **Ronald S Betman**
  rbetman@winston.com
- **Patrice L. Bishop**
  service@ssbla.com
- **Norman J. Blears**
  nblears@hewm.com susan.griffin-preston@hellerehrman.com;yvonne.somek@hellerehrman.com
- **Ruth Marian Bond, Esq**
  ruth.bond@sfgov.org blanca.martin@sfgov.org
- **George H. Brown**
  gbrown@hewm.com nsims@hewm.com;rsazegari@hewm.com
- **Spencer A. Burkholz**
  SpenceB@lerachlaw.com e_file_sd@lerachlaw.com;e_file_sf@lerachlaw.com
- **Connie Cheung**
  conniec@lerachlaw.com e_file_sd@lerachlaw.com;e_file_sf@lerachlaw.com
- **James Nixon Daniel**
  jnd@beggslane.com
- **Daniel S. Drosman**
  DanD@lerachlaw.com e_file_sd@lerachlaw.com;e_file_sf@lerachlaw.com
- **Kathryn Fritz**
  kfritz@fenwick.com
- **Donald P. Gagliardi**
  dgagliardi@be-law.com cgrenon@be-law.com
- **Bruce C. Gibney**
  bgibney@hewm.com
- **Daniel C. Girard**
  girardgibbs@girardgibbs.com
- **Lionel Z. Glancy**
  info@glancylaw.com
- **Jonah Goldstein**
  jonahg@lerachlaw.com
- **Mark Gordon**
- **Thomas J. Harrison**

- **Alice L. Jensen**
  ajensen@fenwick.com vadelman@fenwick.com
- **Robert A. Jigarjian**
  CAND.USCOURTS@CLASSCOUNSEL.COM
- **Willem F. Jonckheer**
  wjonckheer@schubert-reed.com
- **Dean S. Kristy**
  dkristy@fenwick.com
- **Felix Lee**
  flee@fenwick.com
- **William S. Lerach**
  e_file_sd@lerachlaw.com e_file_sf@lerachlaw.com
- **Robert L. Michels**
  rmichels@winston.com
- **Matthew Paul Montgomery**
  mattm@lerachlaw.com e_file_sd@lerachlaw.com;e_file_sf@lerachlaw.com
- **Kevin P. Muck**
  kmuck@fenwick.com
- **Lucas Olts**
  LukeO@Lerachlaw.com
- **Brian J. Robbins**
  robbins@ruflaw.com zimmer@ruflaw.com;maytorena@ruflaw.com
- **Darren J. Robbins**
  e_file_sd@lerachlaw.com e_file_sf@lerachlaw.com
- **Daniel T. Rockey**
  drockey@hewm.com nsims@hewm.com;rsazegari@hewm.com
- **Michael L. Rugen**
  mrugen@hewm.com
- **Robert Yale Sperling**
  rsperling@winston.com
- **James G. Stranch, III**
  jgs@branstetterlaw.com cresha@branstetterlaw.com
- **Jessica Tally**
  JessicaT@lerachlaw.com
- **Carol Lynn Thompson**
  CTHOMPSON@HEWM.COM
- **Lesley E. Weaver**
  lesleyw@lerachlaw.com e_file_sd@lerachlaw.com;e_file_sf@lerachlaw.com
- **Dan Keith Webb**
  dwebb@winston.com
- **Ethan Richard York**
  eyork@winston.com

**Manual Notice List**

The following is the list of attorneys who are **not** on the list to receive e-mail notices for this case (who therefore require manual noticing). You may wish to use your mouse to select and copy this list into your word processing program in order to create notices or labels for these recipients.

**J. Erik Connolly**
Winston & Strawn LLP
West  Wacker Drive
Chicago, IL 60601-9703

**Frederick W. Gerkens, III**
Wechsler Harwood Halebian & Feffer, LLP
488 Madison Avenue, 8th Floor
New York,, NY 10022

**John Halebian**
Wechsler Harwood Halebian & Feffer LLP
488 Madison Avenue
8th Floor
New York, NY 10022

**Corey D. Holzer**
Holzer Holzer & Cannon LLC
1117 Perimeter Center West
Suite E-107
Atlanta, GA 30338

**Peter Lawrence Kaufman**
Levin Papantonio Thomas Mitchell Echsner
316 South Baylen Street, Suite 600
Pensacola, FL 32502

**Frederick T. Kuykendall**
Levin Papantonio Thomas Mitchell Echsner
316 South Baylen Street, Suite 600
Pensacola, Fl 32501

**Christopher R. Leclerc**
Heller Ehrman LLP
275 Middlefield Road
Menlo Park, Ca 94025-3506

**Fredric G. Levin**
Levin PapantonioThomas Mitchell Echsner
316 South Baylen Street, Suite 600
Pensacola, fL 32501

**Timothy M. O'Brien**
Levin Papantonio Thomas Mitcgell Echsner
316 South Baylen Street, Suite 600
Pensacola, Fl 32501

**J. Papantonio Papantonio**
Levin, Papantonio, Thomas, Mitchell, Ech
316 South Baylen Street, Suite 600
Pensacola,, Fl 32501

**Troy A. Rafferty**
Levin Papantonio Thomas Mitchell Echsner
600 West Broadway, Suite 1800
San Diego, Ca 92101

**Joe Scarborough**
Levin, Papantonio, Thomas, Mitchell, Ech
316 South Baylen Street, Suite 600
Pensacola,, Fl 32501

**Robert E. Smith, JR**
Levin Papantonio thomas Mitchell Echsner
316 South Baylen St., Ste 400
Pensacola, FL 32502

**Melvyn I. Weiss**
Attorney at Law
One Pennsylvania Plaza
New York, NY 10119-1063