

IT IS SO ORDERED

Judge James Ware

**UNITED STATES DISTRICT COURT**

**NORTHERN DISTRICT OF CALIFORNIA**

**SAN JOSE DIVISION**

| | |
|---|---|
| In re | Case No. C 01-cv-20418 JW |
| CISCO SYSTEMS, INC. SECURITIES LITIGATION, | <u>CLASS ACTION</u> |
| Defendant. | **STIPULATION AND [PROPOSED] ORDER MODIFYING THE CLASS DEFINITION** |
| This Document Relates To: ALL ACTIONS | |

1    This stipulation is entered into by and among plaintiffs Central States, Southeast and

2  Southwest Areas Pension Fund, Carpenters Pension Fund of Illinois, Plumbers & Pipefitters

3  National Pension Fund, and Alexander Nehring, and defendants Cisco Systems, Inc. ("Cisco"), John

4  T. Chambers, Larry R. Carter, Carol A. Bartz, Steven M. West, Edward R. Kozel, Donald T.

5  Valentine, Robert L. Puette, Judith L. Estrin, Gary J. Daichendt, Donald J. Listwin, Carl Redfield,

6  Michelangelo Volpi, and PricewaterhouseCoopers LLP through their respective attorneys of record.

7    WHEREAS, on May 27, 2004, this Court granted plaintiffs' motion to certify a class

8  consisting of all persons or entities that purchased or acquired Cisco securities between August 10,

9  1999 and February 6, 2001, at artificially inflated prices;

10   WHEREAS, plaintiffs' expert Dr. Blaine F. Nye has issued reports in which he states that the

11  first date on which the price for Cisco securities was artificially inflated was November 10, 1999,

12  and in which he does not include in his damage estimate any damages based upon sales of securities

13  before February 7, 2001;

14   WHEREAS, in light of the above, the parties agree that the class as presently defined is

15  overinclusive.

16   IT IS THEREFORE HEREBY STIPULATED by and among plaintiffs and defendants that

17  the class in this action shall be modified and the new class definition will be as follows:

18   **All persons and entities that purchased Cisco securities between November 10, 1999**

19   **and February 6, 2001 and held those securities on the last day of that period.**

20  This stipulation is entered into without prejudice to any party's seeking further refinement or

21  modification of the class definition at a later stage of the proceedings.

22

23

24

25

26

27

28

STIPULATION AND [PROPOSED] ORDER
MODIFYING THE CLASS DEFINITION - C01-20418-JW

1

2  Dated: March 6, 2006                 LERACH COUGHLIN STOIA GELLER RUDMAN
                                        & ROBBINS LLP
3

4                                       By: _____
                                            Spencer A. Burkholz
5

6                                       *Attorneys For Plaintiffs Central States, Southeast
                                        and Southwest Areas Pension Fund, Carpenters
                                        Pension Fund of Illinois, Plumbers & Pipefitters
7                                       National Pension Fund, and Alexander Nehring*

8  Dated: March 10, 2006                FENWICK & WEST LLP
                                        WINSTON & STRAWN LLP
9

10                                      By: _____
                                            Ronald S. Betman
11

12                                      *Attorneys For Defendants Cisco Systems, Inc.,
                                        John T. Chambers, Larry R. Carter, Carol A. Bartz,
13                                      Steven M. West, Edward R. Kozel, Donald T.
                                        Valentine, Robert L. Puette, Judith L. Estrin, Gary J.
14                                      Daichendt, Donald J. Listwin, Carl Redfield, and
                                        Michelangelo Volpi*
15

16  Dated: March 10, 2006               HELLER EHRMAN WHITE & MCAULIFFE LLP

17

18                                      By: _____
                                            Norman Blears
19

20                                      *Attorneys For Defendant Pricewaterhouse Coopers*

21  **IT IS SO ORDERED.**

22  Dated: April 14, 2006  , ____

23                                      _____
                                        The Honorable James Ware
24                                      United States District Court Judge

25

26

27

28

2

**WINSTON & STRAWN LLP**

1

2

3

4

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

## CERTIFICATE OF SERVICE

I, Nancy R. Bultena, hereby declare:

I am over the age of 18 years and not a party to or interested in the within entitled cause. I am an employee of Winston & Strawn LLP and my business address is 101 California, 39th Floor, San Francisco, California 94111. I am employed in the office of a member of the bar of this Court at whose direction the service was made. On the date stated below, I served a true copy of:

### STIPULATION AND [PROPOSED] ORDER MODIFYING
### THE CLASS DEFINITION

☐    by first class mail. I am familiar with the business practice at my place of business for collection and processing of correspondence for mailing with the United States Postal Service. Correspondence so collected and processed is deposited with the United States Postal Service that same day in the ordinary course of business. The document(s) was (were) placed for deposit in the United States Postal Service in a sealed envelope(s), with postage fully prepaid, addressed as set forth the attached service list.

☒    by facsimile transmission to the parties and facsimile number(s) set forth on the attached service list.

☐    by overnight delivery by enclosing a true and correct copy of said document(s) in a Federal Express envelope(s) addressed as set forth on the attached service list. The envelope(s) was (were) sealed and deposited with Federal Express that same day in the ordinary course of business at San Francisco, California.

☐    by its agent to the person(s) at the address(es) set forth on the attached service list.

☐    by personally handing copies to our messenger service, Western Messenger, for delivery of the document(s) to the person(s) at the address(es) set forth below:

I declare under penalty of perjury, under the laws of the United States of America that the foregoing is true and correct, and that this declaration was executed at San Francisco, California on March 10, 2006.

_Nancy R. Bultena_
Nancy R. Bultena

SF:71543.1

CERTIFICATE OF SERVICE

# CISCO SECURITIES LITIGATION
## SERVICE LIST

### Plaintiffs' Counsel

Lerach Coughlin Stoia Geller Rudman &
Robbins LLP
Matthew P. Montgomery, Esq.
William S. Lerach, Esq.
Daniel S. Drosman, Esq.
Darren J. Robbins, Esq.
Spencer A. Burkholz, Esq.
Frederick B. Burnside, Esq.
401 B Street, Suite 1700
San Diego, CA 92101
Tel.: (619) 231-1058
Fax: (619) 231-7423

Levin, Papantonio, Thomas, Mitchell
Echsner & Proctor, P.A.
Frederic G. Levin, Esq.
Frederick T. Kuykendall, Esq.
J. Michael Papantonio, Esq.
Joe Scarborough, Esq.
Timothy M. O'Brien, Esq.
316 South Baylen Street, Suite 600
Pensacola, FL 32501
Tel.: (850) 435-7000
Fax: (850) 435-7020

Lerach Coughlin Stoia Geller Rudman &
Robbins LLP
Patrick J. Coughlin, Esq.
Lesley E. Weaver, Esq.
100 Pine Street, Suite 2600
San Francisco, CA 94111-5238
Tel.: (415) 288-4545
Fax: (415) 288-4534

Wechsler Harwood LLP
Frederick W. Gerkens, III, Esq.
John Halebian, Esq.
Thomas J. Harrison, Esq.
James G. Flynn, Esq.
488 Madison Avenue
New York, NY 10022
Tel.: (212) 935-7400
Fax: (212) 753-3630

Beggs & Lane
J. Nixon Daniel, III, Esq.
David L. McGee, Esq.
Terri L. Didier, Esq.
501 Commendencia Street
Pensacola, FL 32502
Tel.: (850) 432-2451
Fax: (850) 469-3330

Law Offices of Scot Bernstein
Scot Bernstein, Esq.
10510 Superfortress Ave., Suite C
Mather Field, CA 95655
Tel: (916) 447-0100
Fax: (916) 933-5533

1

**<u>Defendants' Counsel</u>**

2

Heller Ehrman White & McAuliffe, LLP      Heller Ehrman White & McAuliffe, LLP
Norman J. Blears, Esq.      Carol Lynn Thompson, Esq.

3

George Brown, Esq.      333 Bush Street
Daniel T. Rockey, Esq.      San Francisco, CA  94104-2878

4

275 Middlefield Road      Tel.: (415) 772-6000
Menlo Park, CA  94025-3506      Fax: (415) 772-6268

5

Tel.: (650) 324-7000
Fax: (650) 324-6010

6

7

Fenwick & West LLP
Dean S. Kristy, Esq.

8

Kevin P. Muck, Esq.
Felix S. Lee, Esq.

9

Alice L. Jenson, Esq.
Christopher A. Garcia, Esq.

10

275 Battery Street
San Francisco, CA  94111

11

Tel: (415) 875-2300
Fax: (415) 281-1350

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28