1  MICHAEL L. RUGEN (Bar No. 85578)
   CAROL LYNN THOMPSON (Bar No. 148079)
2  NICOLE M. RYAN (Bar No. 175980)
   HELLER EHRMAN LLP
3  333 Bush Street
   San Francisco, CA 94105-2878
4  Telephone: (415) 772-6000
   Facsimile: (415) 772-6268
5  michael.rugen@hellerehrman.com
   carollynn.thompson@hellerehrman.com
6  nicole.ryan@hellerehrman.com

7  NORMAN J. BLEARS (Bar No. 95600)
   DANIEL T. ROCKEY (Bar No. 178604)
8  HELLER EHRMAN LLP
   275 Middlefield Road
9  Menlo Park, CA  94025-3506
   Telephone: (650) 324-7000
10 Facsimile: (650) 324-0638
   norman.blears@hellerehrman.com
11 daniel.rockey@hellerehrman.com

12 Attorneys for Defendant
   PRICEWATERHOUSECOOPERS LLP

13

14              UNITED STATES DISTRICT COURT

15          NORTHERN DISTRICT OF CALIFORNIA
                  SAN JOSE DIVISION
16

17 In re CISCO SYSTEMS INC. SECURITIES      No. C-01-20418-JW (PVT)
   LITIGATION
18                                           CLASS ACTION

19                                           STIPULATION AND ~~PROPOSED~~ ORDER
                                             REGARDING CASE MANAGEMENT
20                                           CONFERENCE AND BRIEFING
   This Document Relates To:                 SCHEDULE FOR EXPERT OBJECTIONS
21
       ALL ACTIONS
22                                           The Honorable James Ware
                                             Date:  June 13, 2006
23                                           Time:  9:00 a.m.
                                             Courtroom 8, Fourth Floor
24                                           Trial Date:  October 4, 2006

25

26

27

28

STIPULATION RE CASE MANAGEMENT CONFERENCE & EXPERT OBJECTIONS SCHEDULE
CASE NO. C-01-20418-JW

IT IS SO ORDERED

*James Ware*

Judge James Ware

1   The parties have met and conferred regarding the upcoming hearing on defendants' motions

2   for summary judgment.  With the understanding that the Court has devoted substantial time to that

3   hearing on the morning of June 13, 2006, the parties respectfully request 45 minutes total time for

4   argument for plaintiffs, 45 minutes total for Cisco Systems, Inc. and the individual defendants, and 45

5   minutes total for PricewaterhouseCoopers LLP.

6   The parties to this litigation further request that a Case Management Conference be conducted

7   immediately following the hearing on the pending summary judgment motions on June 13, 2006 at

8   9:00 a.m.  The parties would like to address the following matters at the Case Management

9   Conference:  class notice; the content and date(s) for filing various pre-trial submissions, including

10  the joint pretrial statement; and the trial date and estimates of trial length.

11  In addition, the parties have stipulated to modify the briefing schedule with respect to

12  Objections to Experts.  Pursuant to the Court's order dated July 8, 2005, Objections to Experts are

13  now due on June 30, 2006.  The parties have agreed that the Objections to Experts will encompass all

14  pre-trial objections the parties have to the admissibility of expert opinions, including *Daubert*

15  challenges.  The parties have agreed to the following modifications to that schedule:

16      Objections to Experts                July 7, 2006

17      Responses to Objections            August 4, 2006

18      Replies in Support of Objections     August 18, 2006

19  The Court has not yet scheduled a date for hearing the parties' Objections to Experts.  The parties

20  request that the Court set such a date at the Case Management Conference on June 13, 2006 and

21  propose that those objections be heard on September 8, 2006 as part of the Final Pre-Trial

22  Conference.

23  **IT IS SO STIPULATED**:

           Respectfully submitted,

24  DATED:  June 7, 2006         HELLER EHRMAN LLP

25

26

        By: /s/_____

27                  Michael L. Rugen

28          Attorneys for Defendant
        PRICEWATERHOUSECOOPERS LLP

1

STIPULATION RE CASE MANAGEMENT CONFERENCE & EXPERT OBJECTIONS SCHEDULE
CASE NO. C-01-20418-JW

Respectfully submitted,

DATED:  June 7, 2006                    WINSTON & STRAWN, LLP
                                        RONALD BETMAN


                                        By: /s/_____
                                                Ronald Betman

                                        Attorneys for the Cisco Defendants




                                        Respectfully submitted,

DATED:  June 7, 2006                    LERACH COUGHLIN STOIA GELLER RUDMAN
                                        & ROBBINS LLP
                                        SPENCER A. BURKHOLZ


                                        By: /s/_____
                                                Spencer A. Burkholz

                                        Co-Lead Counsel for Plaintiffs


**IT IS SO ORDERED:**


                                        UNITED STATES DISTRICT COURT
                                        NORTHERN DISTRICT OF CALIFORNIA

DATED:  June 09, 2006
                                        By: _____
                                                The Honorable James Ware

2

STIPULATION RE CASE MANAGEMENT CONFERENCE & EXPERT OBJECTIONS SCHEDULE
CASE NO. C-01-20418-JW