1   LERACH COUGHLIN STOIA GELLER
        RUDMAN & ROBBINS LLP
2   WILLIAM S. LERACH (68581)
    SPENCER A. BURKHOLZ (147029)
3   DANIEL S. DROSMAN (200643)
    JONAH H. GOLDSTEIN (193777)
4   MATTHEW P. MONTGOMERY (180196)
    LUCAS F. OLTS (234843)
5   JESSICA D. TALLY (234432)
    655 West Broadway, Suite 1900
6   San Diego, CA  92101
    Telephone:  619/231-1058
7   619/231-7423 (fax)
    BillL@lerachlaw.com
8   SpenceB@lerachlaw.com
    DanD@lerachlaw.com
9   JonahG@lerachlaw.com
    MattM@lerachlaw.com
10  LukeO@lerachlaw.com
    JessicaT@lerachlaw.com
11       – and –
    PATRICK J. COUGHLIN (111070)
12  LESLEY E. WEAVER (191305)          LEVIN, PAPANTONIO, THOMAS, MITCHELL,
    100 Pine Street, Suite 2600            ECHSNER & PROCTOR, P.A.
13  San Francisco, CA  94111          TIMOTHY M. O'BRIEN *(pro hac vice)*
    Telephone:  415/288-4545          316 South Baylen Street, Suite 600
14  415/288-4534 (fax)                Pensacola, FL  32501
    PatC@lerachlaw.com                Telephone:  850/435-7000
15  LesleyW@lerachlaw.com             850/497-7057 (fax)

16  Co-Lead Counsel for Plaintiffs

17  [Additional counsel appear on signature page.]

18                    UNITED STATES DISTRICT COURT

19                  NORTHERN DISTRICT OF CALIFORNIA

20                         SAN JOSE DIVISION

21  In re CISCO SYSTEMS, INC. SECURITIES   )   Master File No. C-01-20418-JW(PVT)
    LITIGATION                             )
22  _____      )   CLASS ACTION
                                           )
23  This Document Relates To:              )   STIPULATION AND [PROPOSED] ORDER
                                           )   DIRECTING CLASS NOTICE
24      ALL ACTIONS.                        )   PROCEDURES
    _____      )
25

26

27

28

1     WHEREAS, this Court certified this action as a Class Action on May 27, 2004;

2     WHEREAS, the United States Supreme Court issued *Dura Pharmaceuticals, Inc. v. Broudo*,

3  544 U.S. 336 (2005) on April 19, 2005;

4     WHEREAS, defendants filed a motion for judgment on the pleadings which was decided by

5  the Court on October 26, 2005;

6     WHEREAS, the plaintiffs have changed the Class Period by modifying the starting date of

7  the Class Period to November 10, 1999, and by excluding from the Class those who sold their shares

8  before the end of the Class Period, February 6, 2001;

9     WHEREAS, on April 14, 2006, the Court modified its prior order certifying the Class to

10  change the Class Period;

11     WHEREAS, the parties have met and conferred regarding the appropriate procedures for

12  notifying the Class;

13     THEREFORE, the Court orders as follows:

14     1.     The Court has previously certified this action as a class action under Rule 23 of the

15  Federal Rules of Civil Procedure in its Order Granting Motion for Class Certification dated May 27,

16  2004 and modified that Order on April 14, 2006.

17     2.     For purposes of giving notice, the Class consists of:

18     ALL PERSONS OR ENTITIES WHO PURCHASED CISCO SYSTEMS,
    INC. COMMON STOCK BETWEEN NOVEMBER 10, 1999 AND FEBRUARY 6,
19     2001, INCLUSIVE OF THOSE DATES AND RETAINED THOSE SHARES ON
    FEBRUARY 6, 2001 ("CLASS PERIOD").  EXCLUDED FROM THE CLASS
20     ARE ALL PERSONS NAMED AS DEFENDANTS IN THE FIRST AMENDED
    CONSOLIDATED COMPLAINT FOR VIOLATIONS OF THE SECURITIES
21     EXCHANGE ACT OF 1934, MEMBERS OF THE IMMEDIATE FAMILY OF
    EACH OF THE INDIVIDUAL DEFENDANTS, ANY ENTITY IN WHICH ANY
22     DEFENDANT HAS A CONTROLLING INTEREST AND THE LEGAL
    REPRESENTATIVES, OFFICERS AND DIRECTORS, HEIRS, SUCCESSORS
23     OR ASSIGNS OF ANY SUCH EXCLUDED PARTY.

24     3.     The procedures for giving notice to the Class ordered herein comply with the

25  requirements of due process and with Rule 23 of the Federal Rules of Civil Procedure and constitute

26  the best notice practicable under the circumstances.

27     4.     The firm of Gilardi & Co. LLC ("Claims Administrator") is retained to supervise and

28  administer the notice procedure.

1    5.    The Claims Administrator shall compile a list of names and addresses of registered

2  purchasers of Cisco common stock during the Class Period as they appear on the Cisco stock transfer

3  records that Cisco shall cause to be produced within 25 days of this Order.

4    6.    The Claims Administrator shall, not later than 10 business days from receipt of Cisco

5  stock transfer records, send through the United States mail the form of Notice, substantially in the

6  form attached hereto as Exhibit A, to each purchaser identified on said list (the "Notice Date").

7    7.    The Claims Administrator, upon request, shall send additional copies of the Notice

8  attached hereto as Exhibit A to nominees who were purchasers of Cisco common stock during the

9  Class Period.

10    8.    The Claims Administrator shall cause to be published on one occasion in the national

11  edition of *Investor's Business Daily* the Summary Notice, substantially in the form attached hereto as

12  Exhibit B, not later than seven days after the mailing of the Class Notice, which will give those who

13  did not receive such Notice an opportunity to request it and to protect their rights in this action.

14    9.    The Notice and Summary Notice shall provide an address for the purpose of receiving

15  requests for exclusion from the Class, requests for appearances through counsel from Class members

16  and requests for additional copies of the Notice from, *inter alia*, nominee purchasers of Cisco

17  securities.  After the period allowed for Class members to request exclusion has expired, plaintiffs

18  shall promptly file all such requests for exclusion and serve copies of the same on all parties and

19  shall promptly respond to all requests for additional copies of this Notice.

20    10.    The deadline for exclusion from the Class shall be 45 days after the Notice Date.

21

22

23

24

25

26

27

28

STIPULATION AND [PROPOSED] ORDER DIRECTING CLASS NOTICE
PROCEDURES - C-01-20418-JW(PVT)                                    - 2 -

1       11.     The costs of notice shall be borne by plaintiffs and the Class, and not by defendants.

2    IT IS SO STIPULATED.

3  DATED: May 4, 2006          LERACH COUGHLIN STOIA GELLER

4                             RUDMAN & ROBBINS LLP
                         WILLIAM S. LERACH
                         SPENCER A. BURKHOLZ

5                         DANIEL S. DROSMAN
                         JONAH H. GOLDSTEIN

6                         MATTHEW P. MONTGOMERY
                         LUCAS F. OLTS

7                         JESSICA D. TALLY

8

9                                   s/ SPENCER A. BURKHOLZ
                                 SPENCER A. BURKHOLZ

10

11                       655 West Broadway, Suite 1900
                         San Diego, CA  92101
                         Telephone:  619/231-1058

12                       619/231-7423 (fax)

13                       LERACH COUGHLIN STOIA GELLER
                               RUDMAN & ROBBINS LLP

14                       PATRICK J. COUGHLIN
                         LESLEY E. WEAVER

15                       100 Pine Street, Suite 2600
                         San Francisco, CA  94111

16                       Telephone:  415/288-4545
                         415/288-4534 (fax)

17

18                       LERACH COUGHLIN STOIA GELLER
                               RUDMAN & ROBBINS LLP
                       SANDRA STEIN

19                       1845 Walnut Street, 25th Floor
                       Philadelphia, PA  19103

20                       Telephone:  215/988-9546
                         215/988-9885 (fax)

21

22                       LEVIN, PAPANTONIO, THOMAS, MITCHELL,
                           ECHSNER & PROCTOR, P.A.

23                       TIMOTHY M. O'BRIEN
                       316 South Baylen Street, Suite 600
                       Pensacola, FL  32501

24                       Telephone:  850/435-7000
                       850/497-7057 (fax)

25                       Co-Lead Counsel for Plaintiffs

26

27

28

STIPULATION AND [PROPOSED] ORDER DIRECTING CLASS NOTICE
PROCEDURES - C-01-20418-JW(PVT)                        - 3 -

1

2

3

4

I, Spencer A. Burkholz, am the ECF user whose ID and password are being used to file this STIPULATION AND [PROPOSED] ORDER DIRECTING CLASS NOTICE PROCEDURES. In compliance with General Order 45, X.B., I hereby attest that defense counsel Ronald S. Betman has concurred in this filing.

5  DATED:  May 4, 2006

WINSTON & STRAWN LLP
DAN K. WEBB
ROBERT Y. SPERLING
ROBERT L. MICHELS
RONALD S. BETMAN

6

7

8

9

_____ s/ RONALD S. BETMAN _____
RONALD S. BETMAN

10

11

12

35 West Wacker Drive
Chicago, IL  60601
Telephone:  312/558-5600
312/558-5700 (fax)

13

14

15

16

FENWICK & WEST LLP
DEAN S. KRISTY
KEVIN P. MUCK
275 Battery Street, Suite 1500
San Francisco, CA  94111
Telephone:  415/875-2300
415/281-1350 (fax)

17

18

19

Attorneys for Defendants Cisco Systems, Inc., John T. Chambers, Larry R. Carter, Steven M. West, Edward R. Kozel, Donald T. Valentine, Judith L. Estrin, Gary J. Daichendt, Donald J. Listwin, Carl Redfield and Michaelangelo Volpi

20

21

22

23

24

25

26

27

28

STIPULATION AND [PROPOSED] ORDER DIRECTING CLASS NOTICE PROCEDURES - C-01-20418-JW(PVT)                                    - 4 -

1

2                       I, Spencer A. Burkholz, am the ECF user whose ID and password are being used to file this

3                       STIPULATION AND [PROPOSED] ORDER DIRECTING CLASS NOTICE PROCEDURES.

4                       In compliance with General Order 45, X.B., I hereby attest that defense counsel Norman J. Blears

5                       has concurred in this filing.

6  DATED:  May 4, 2006               HELLER EHRMAN LLP

7                       NORMAN J. BLEARS

8

9                       _____

                                  s/ NORMAN J. BLEARS

                               NORMAN J. BLEARS

10                    275 Middlefield Road

11                    Menlo Park, CA  94025-3506

                       Telephone:  650/324-7000

12                    650/324-0638 (fax)

13                    Attorneys for Defendant

                       PricewaterhouseCoopers LLP

14

15                         *     *     *

16                       **O R D E R**

17      IT IS SO ORDERED.

18  DATED:    June 15, 2006        _____

                       THE HONORABLE JAMES WARE

19                    UNITED STATES DISTRICT JUDGE

20  S:\CasesSD\Cisco\STP00030576.doc

21

22

23

24

25

26

27

28

STIPULATION AND [PROPOSED] ORDER DIRECTING CLASS NOTICE
PROCEDURES - C-01-20418-JW(PVT)                          - 5 -

<u>CERTIFICATE OF SERVICE</u>

I hereby certify that on May 4, 2006, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the e-mail addresses denoted on the attached Electronic Mail Notice List, and I hereby certify that I have mailed the foregoing document or paper via the United States Postal Service to the non-CM/ECF participants indicated on the attached Manual Notice List.

s/ SPENCER A. BURKHOLZ
SPENCER A. BURKHOLZ

LERACH COUGHLIN STOIA GELLER
    RUDMAN & ROBBINS LLP
655 West Broadway, Suite 1900
San Diego, CA  92101
Telephone:  619/231-1058
619/231-7423 (fax)
E-mail:Sburkholz@lerachlaw.com

# Mailing Information for a Case 5:01-cv-20418-JW

## Electronic Mail Notice List

The following are those who are currently on the list to receive e-mail notices for this case.

- **George E. Barrett**
  gbarrett@barrettjohnston.com
- **Eric J. Belfi**
  ebelfi@murrayfrank.com
- **Stuart L. Berman**
  sberman@sbclasslaw.com
- **Ronald S Betman**
  rbetman@winston.com
- **Patrice L. Bishop**
  service@ssbla.com
- **Norman J. Blears**
  nblears@hewm.com susan.griffin-preston@hellerehrman.com;yvonne.somek@hellerehrman.com
- **Ruth Marian Bond, Esq**
  ruth.bond@sfgov.org blanca.martin@sfgov.org
- **Jennifer Corinne Bretan**
  jbretan@fenwick.com
- **George H. Brown**
  gbrown@hewm.com nsims@hewm.com;rsazegari@hewm.com
- **Spencer A. Burkholz**
  SpenceB@lerachlaw.com e_file_sd@lerachlaw.com;e_file_sf@lerachlaw.com
- **Connie Cheung**
  conniec@lerachlaw.com e_file_sd@lerachlaw.com;e_file_sf@lerachlaw.com
- **James Nixon Daniel**
  jnd@beggslane.com
- **Daniel S. Drosman**
  DanD@lerachlaw.com e_file_sd@lerachlaw.com;e_file_sf@lerachlaw.com
- **Krista M. Enns**
  kenns@winston.com hhammon@winston.com
- **Kathryn Fritz**
  kfritz@fenwick.com
- **Donald P. Gagliardi**
  dgagliardi@be-law.com njones@be-law.com
- **Christopher Alan Garcia**
  cgarcia@fenwick.com
- **Bruce C. Gibney**
  bgibney@hewm.com
- **Daniel C. Girard**
  girardgibbs@girardgibbs.com
- **Lionel Z. Glancy**
  info@glancylaw.com

- **Jonah Goldstein**
  jonahg@lerachlaw.com
- **Mark Gordon**
- **Thomas J. Harrison**
- **Alice L. Jensen**
  ajensen@fenwick.com vadelman@fenwick.com
- **Robert A. Jigarjian**
  CAND.USCOURTS@CLASSCOUNSEL.COM
- **Willem F. Jonckheer**
  wjonckheer@schubert-reed.com
- **Dean S. Kristy**
  dkristy@fenwick.com
- **Felix Lee**
  flee@fenwick.com
- **William S. Lerach**
  e_file_sd@lerachlaw.com e_file_sf@lerachlaw.com
- **Robert L. Michels**
  rmichels@winston.com
- **Matthew Paul Montgomery**
  mattm@lerachlaw.com e_file_sd@lerachlaw.com;e_file_sf@lerachlaw.com
- **Kevin P. Muck**
  kmuck@fenwick.com
- **Lucas Olts**
  LukeO@Lerachlaw.com
- **Brian J. Robbins**
  robbins@ruflaw.com zimmer@ruflaw.com;maytorena@ruflaw.com
- **Darren J. Robbins**
  e_file_sd@lerachlaw.com e_file_sf@lerachlaw.com
- **Daniel T. Rockey**
  drockey@hewm.com nsims@hewm.com;rsazegari@hewm.com
- **Michael L. Rugen**
  mrugen@hewm.com
- **Robert Yale Sperling**
  rsperling@winston.com
- **James G. Stranch, III**
  jgs@branstetterlaw.com cbatey@branstetterlaw.com
- **Jessica Tally**
  JessicaT@lerachlaw.com
- **Carol Lynn Thompson**
  CTHOMPSON@HEWM.COM
- **Lesley E. Weaver**
  lesleyw@lerachlaw.com e_file_sd@lerachlaw.com;e_file_sf@lerachlaw.com
- **Dan Keith Webb**
  dwebb@winston.com
- **Ethan Richard York**
  eyork@winston.com

1

## Manual Notice List

2

The following is the list of attorneys who are **not** on the list to receive e-mail notices for this case
(who therefore require manual noticing). You may wish to use your mouse to select and copy
this list into your word processing program in order to create notices or labels for these
recipients.

3

4

5

**J. Erik Connolly**
Winston & Strawn LLP
West  Wacker Drive
Chicago, IL 60601-9703

6

7

**Frederick W. Gerkens, III**
Wechsler Harwood Halebian & Feffer, LLP
488 Madison Avenue, 8th Floor
New York,, NY 10022

8

9

**John Halebian**
Wechsler Harwood Halebian & Feffer LLP
488 Madison Avenue
8th Floor
New York, NY 10022

10

11

12

**Corey D. Holzer**
Holzer Holzer & Cannon LLC
1117 Perimeter Center West
Suite E-107
Atlanta, GA 30338

13

14

15

**Peter Lawrence Kaufman**
Levin Papantonio Thomas Mitchell Echsner
316 South Baylen Street, Suite 600
Pensacola, FL 32502

16

17

18

**Frederick T. Kuykendall**
Levin Papantonio Thomas Mitchell Echsner
316 South Baylen Street, Suite 600
Pensacola, Fl 32501

19

20

**Christopher R. Leclerc**
Heller Ehrman LLP
275 Middlefield Road
Menlo Park, Ca 94025-3506

21

22

23

**Fredric G. Levin**
Levin PapantonioThomas Mitchell Echsner
316 South Baylen Street, Suite 600
Pensacola, fL 32501

24

25

**Timothy M. O'Brien**
Levin Papantonio Thomas Mitcgell Echsner
316 South Baylen Street, Suite 600
Pensacola, Fl 32501

26

27

28

1

**J. Papantonio Papantonio**
Levin, Papantonio, Thomas, Mitchell, Ech
2  316 South Baylen Street, Suite 600
Pensacola,, Fl 32501

3

**Troy A. Rafferty**
4  Levin Papantonio Thomas Mitchell Echsner
600 West Broadway, Suite 1800
5  San Diego, Ca 92101

6  **Joe Scarborough**
Levin, Papantonio, Thomas, Mitchell, Ech
7  316 South Baylen Street, Suite 600
Pensacola,, Fl 32501

8

**Robert E. Smith, JR**
9  Levin Papantonio thomas Mitchell Echsner
316 South Baylen St., Ste 400
10  Pensacola, FL 32502

11  **Melvyn I. Weiss**
Attorney at Law
12  One Pennsylvania Plaza
New York, NY 10119-1063

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28