IT IS SO ORDERED

Judge James Ware

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| In re CISCO SYSTEMS, INC. SECURITIES LITIGATION | Case No. C-01-20418 JW <br><br> <u>CLASS ACTION</u> |
| This Document Relates To: <br><br> ALL ACTIONS. | **STIPULATION AND [PROPOSED] ORDER REGARDING CONTINUED SUMMARY JUDGMENT HEARING AND PRE-TRIAL SCHEDULE** |

This stipulation is entered into by and among plaintiffs Central States, Southeast and Southwest Areas Pension Fund, Carpenters Pension Fund of Illinois, Plumbers & Pipefitters National Pension Fund, and Alexander Nehring, and defendants Cisco Systems, Inc., John T. Chambers, Larry R. Carter, Carol A. Bartz, Steven M. West, Edward R. Kozel, Donald T. Valentine, Robert L. Puette, Judith L. Estrin, Gary J. Daichendt, Donald J. Listwin, Carl Redfield, Michelangelo Volpi, and PricewaterhouseCoopers LLP through their respective attorneys of record.

Pursuant to the minute Order entered by the Court on June 13, 2006, the hearing on defendants' motions for summary judgment conducted on June 13 was continued for further argument on July 13, 2006. The parties have met and conferred and respectfully request that the issues of: 1) loss causation, 2) the motions for summary judgment submitted by the individual Cisco officers and directors, and 3) PwC's liability for statements related to unaudited quarterly financial statements, be argued at the hearing, in that order. The parties request that they be allocated the following amounts of time for argument at the hearing:

    1. <u>Cisco Defendants</u>: 30 minutes total time for argument on the issue of loss causation, and 15 minutes total time for argument on the two motions submitted by the ten individual defendants for summary judgment;

    2. <u>Pricewaterhouse Coopers LLP</u>: 30 minutes total time for argument on the issue of loss causation, and 15 minutes of total time for argument on the issue of PwC's liability for statements related to unaudited quarterly financial statements;

    3. <u>Plaintiffs</u>: 30 minutes total time for argument on the issue of loss causation; 15 minutes total time for argument on the two motions submitted by the ten individual defendants for summary judgment; and 15 minutes of total time for argument on the issue of PwC's liability for statements related to unaudited quarterly financial statements.

The parties also request that the case management conference originally scheduled to follow the June 13, 2006 summary judgment hearing also be continued until July 13, 2006.

The parties also respectfully request the following modifications to the pre-trial schedule as set forth in the Court's July 8, 2005 and June 7, 2006 Orders, which will supercede the remaining dates on the current schedule:

1. The preliminary Pretrial Conference set for July 17, 2006 is rescheduled for July 13, 2006, immediately following the summary judgment hearing.

2. The Joint Pretrial Statement currently due on August 14, 2006 will be due on

September 8, 2006.

3. The hearing on the parties' Objections to Experts set for September 8, 2006 is rescheduled for September 18, 2006, concurrent with the currently scheduled Final Pretrial Conference.

4. Responses to motions in limine (due to be filed on September 8, 2006), will be due on September 14, 2006.

5. The Final Pretrial Conference will remain on September 18, 2006.

Dated: June 19, 2006

LERACH COUGHLIN STOIA GELLER
RUDMAN & ROBBINS, LLP

By: /s/ Daniel Drosman
    Daniel Drosman

Attorneys for Plaintiffs Central States, Southeast and Southwest Areas Pension Fund, Carpenters Pension Fund of Illinois, Plumbers & Pipefitters National Pension Fund, and Alexander Nehring

Dated: June 19, 2006

FENWICK & WEST LLP
WINSTON & STRAWN LLP

By: /s/ Kevin P. Muck
    Kevin P. Muck

Attorneys for Defendants Defendants Cisco Systems, Inc., John T. Chambers, Larry R. Carter, Carol A. Bartz, Steven M. West, Edward R. Kozel, Donald T. Valentine, Robert L. Puette, Judith L. Estrin, Gary J. Daichendt, Donald J. Listwin, Carl Redfield and Michelangelo Volpi

Dated: June 19, 2006

HELLER EHRMAN WHITE AND McAULLIFE LLP

By: /s/ Michael L. Rugen
    Michael L. Rugen

Attorneys for Defendant PricewaterhouseCoopers LLP

**IT IS SO ORDERED.**

DATED: June 26, 2006

*James Ware*
The Honorable James Ware
United States District Court Judge

## CERTIFICATE OF SERVICE

I, Carmelita Procida, declare:

I am a resident of the State of California and over the age of eighteen years, and not a party to the within action; my business address is 275 Battery, Suite 1600, San Francisco, California 94111. On June 19, 2006, I served the within documents:

**STIPULATION AND [PROPOSED] ORDER REGARDING CONTINUED SUMMARY JUDGMENT HEARING AND PRE-TRIAL SCHEDULE**

☐ by transmitting via facsimile a copy of the document(s) listed above to the fax number(s) noted set forth below on this date.

☒ by placing the document(s) listed above in a sealed envelope with postage thereon fully prepaid, in the United States mail at San Francisco, California addressed as set forth below.

☐ by placing the document(s) listed above in a sealed envelope and affixing a pre-paid air bill, and causing the envelope to be delivered to a Federal Express agent for delivery.

☐ by hand delivering the document(s) listed above to the person(s) at the address(es) set forth below.

### *Plaintiffs' Counsel*

| | |
|---|---|
| Levin, Papantonio, Thomas, Mitchell, Echsner & Proctor, P.A. | Wechsler Harwood LLP |
| Frederic G. Levin, Esq. | Frederick W. Gerkens, III, Esq. |
| Frederick T. Kuykendall, Esq. | John Halebian, Esq. |
| J. Michael Papantonio, Esq. | Thomas J. Harrison, Esq. |
| Joe Scarborough, Esq. | James G. Flynn, Esq. |
| Timothy M. O'Brien, Esq. | 488 Madison Avenue |
| 316 South Baylen Street, Suite 600 | New York, NY 10022 |
| Pensacola, FL 32501 | Tel.: 212-935-7400 |
| Tel.: 850-435-7000 | Fax: 212-753-3630 |
| Fax: 850-435-7020 | |

I am readily familiar with the firm's practice of collection and processing correspondence for mailing. Under that practice it would be deposited with the U.S. Postal Service on that same day with postage thereon fully prepaid in the ordinary course of business.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on June 19, 2006, at San Francisco, California.

/s/ Carmelita Procida
Carmelita Procida

FENWICK & WEST LLP
ATTORNEYS AT LAW
MOUNTAIN VIEW