DEAN S. KRISTY (State Bar No. 157646)
KEVIN P. MUCK (State Bar No. 120918)
FELIX S. LEE (State Bar No. 197084)
CHRISTOPHER A. GARCIA (State Bar No. 215184)
FENWICK & WEST LLP
275 Battery Street
San Francisco, California 94111
Telephone: (415) 875-2300
Facsimile: (415) 281-1350
email address: kmuck@fenwick.com

DAN K. WEBB (*Pro Hac Vice* 2/16/05)
ROBERT Y. SPERLING (*Pro Hac Vice* 2/16/05)
ROBERT L. MICHELS (*Pro Hac Vice* 2/16/05)
RONALD S. BETMAN (*Pro Hac Vice* 2/16/05)
WINSTON & STRAWN LLP
35 West Wacker Drive
Chicago, Illinois 60601-9703
Telephone: (312) 558-5600
Facsimile: (312) 558-5700
email address: rbetman@winston.com

Attorneys For Defendants Cisco Systems, Inc.,
John T. Chambers, Larry R. Carter, Steven M. West,
Edward R. Kozel, Donald T. Valentine,
Judith L. Estrin, Gary J. Daichendt, Donald J. Listwin,
Carl Redfield and Michelangelo Volpi

## UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

### SAN JOSE DIVISION

| | |
|---|---|
| In re<br><br>CISCO SYSTEMS, INC. SECURITIES LITIGATION,<br><br>Defendant.<br><br>This Document Relates To:<br>ALL ACTIONS | Case No. C 01-cv-20418 JW<br><br>CLASS ACTION<br><br>**PROOF OF SERVICE**<br><br>Date: September 18, 2006<br>Time: 3:00 p.m.<br>Place: Courtroom of the Hon. James Ware |

# PROOF OF SERVICE

I, Robert W. Lewis, hereby declare:

I am over the I am over the age of 18 years and not a party to or interested in the within entitled cause. I am an employee of Winston & Strawn LLP and my business address is 101 California, San Francisco, California 94111. On the date stated below, I served a true copy of:

1. **CISCO DEFENDANTS' NOTICE OF MOTION AND MOTION TO EXCLUDE EXPERT TESTIMONY OF ELI BARTOV; MEMORANDUM OF POINTS AND AUTHORITIES IN SUPPORT**

2. **DECLARATION OF RONALD S. BETMAN IN SUPPORT OF MOTION TO EXCLUDE TESTIMONY OF ELI BARTOV**

3. **[PROPOSED] ORDER GRANTING DEFENDANTS' MOTION TO EXCLUDE EXPERT TESTIMONY OF ELI BARTOV**

4. **CISCO DEFENDANTS' NOTICE OF MOTION AND MOTION TO EXCLUDE EXPERT TESTIMONY OF DR. BLAINE NYE; MEMORANDUM OF POINTS AND AUTHORITIES IN SUPPORT**

5. **DECLARATION OF RONALD S. BETMAN IN SUPPORT OF MOTION TO EXCLUDE TESTIMONY OF DR. BLAINE NYE**

6. **[PROPOSED] ORDER GRANTING DEFENDANTS' MOTION TO EXCLUDE EXPERT TESTIMONY OF DR. BLAINE NYE**

7. **CISCO DEFENDANTS' NOTICE OF MOTION AND MOTION TO EXCLUDE EXPERT TESTIMONY OF JOSEPH KRAEMER; MEMORANDUM OF POINTS AND AUTHORITIES IN SUPPORT**

8. **DECLARATION OF RONALD S. BETMAN IN SUPPORT OF MOTION TO EXCLUDE TESTIMONY OF JOSEPH KRAEMER**

9. **[PROPOSED] ORDER GRANTING DEFENDANTS' MOTION TO EXCLUDE EXPERT TESTIMONY OF JOSEPH KRAEMER**

10. **CISCO DEFENDANTS' NOTICE OF MOTION AND MOTION TO EXCLUDE EXPERT TESTIMONY OF PAUL REGAN; MEMORANDUM OF POINTS AND AUTHORITIES IN SUPPORT**

11. **DECLARATION OF RONALD S. BETMAN IN SUPPORT OF MOTION TO EXCLUDE TESTIMONY OF PAUL REGAN**

12. **[PROPOSED] ORDER GRANTING DEFENDANTS' MOTION TO EXCLUDE EXPERT TESTIMONY OF PAUL REGAN**

13. **CISCO DEFENDANTS' NOTICE OF MOTION AND MOTION TO EXCLUDE EXPERT TESTIMONY OF FRANK PARTNOY; MEMORANDUM OF POINTS AND AUTHORITIES IN SUPPORT**

14 **DECLARATION OF RONALD S. BETMAN IN SUPPORT OF MOTION TO EXCLUDE TESTIMONY OF FRANK PARTNOY**

15.  **[PROPOSED] ORDER GRANTING DEFENDANTS' MOTION TO EXCLUDE EXPERT TESTIMONY OF FRANK PARTNOY**

(X)  By mail, by placing said document(s) in an envelope addressed as shown below to those names denoted by an asterisk (*). I am readily familiar with my firm's practice for collection and processing of correspondence for mailing with the United States Postal Service. Said correspondence will be deposited with the United States Postal Service this same day in the ordinary course of business.  I sealed said envelope and placed it for collection and mailing on the date stated below to the addressee stated below, denoted by an asterisk (*), following the firm's ordinary business practices.

( )  By facsimile transmission to the individual and facsimile number set forth below. I caused the document(s) to be transmitted by facsimile machine to the addresses listed below at the facsimile number listed below.  I am readily familiar with my firm's practice for transmissions by facsimile. Said transmissions are sent as soon as possible and are repeated, if necessary, until they are reported as complete and without error.  In sending the above described document by facsimile, I followed the firm's ordinary business practices

( )  by overnight delivery by enclosing a true and correct copy of said document(s) in a Federal Express envelope(s) addressed as set forth below.  The envelope(s) was (were) sealed and deposited with Federal Express that same day in the ordinary course of business at San Francisco, California.

( )  by messenger by handing a copy of said document(s) to _____, for personal service by its agent to the person(s) at the address(es) set forth below.

( )  by personally delivering the document(s) to the person(s) at the address(es) set forth below.

**See attached Service List**

I declare under penalty of perjury, under the laws of the State of California that the foregoing is true and correct, and that this declaration was executed at San Francisco, California on July 7, 2006.

_Robert W. Lewis_
Robert W. Lewis

# CISCO SECURITIES LITIGATION
## SERVICE LIST

### Plaintiffs' Counsel

Lerach Coughlin Stoia Geller Rudman & Robbins LLP
Matthew P. Montgomery, Esq.
William S. Lerach, Esq.
Daniel S. Drosman, Esq.
Darren J. Robbins, Esq.
Spencer A. Burkholz, Esq.
Frederick B. Burnside, Esq.
401 B Street, Suite 1700
San Diego, CA 92101
Tel.: (619) 231-1058
Fax: (619) 231-7423

Lerach Coughlin Stoia Geller Rudman & Robbins LLP
Patrick J. Coughlin, Esq.
Lesley E. Weaver, Esq.
100 Pine Street, Suite 2600
San Francisco, CA 94111-5238
Tel.: (415) 288-4545
Fax: (415) 288-4534

Beggs & Lane  (*)
J. Nixon Daniel, III, Esq.
David L. McGee, Esq.
Terri L. Didier, Esq.
501 Commendencia Street
Pensacola, FL 32502
Tel.: (850) 432-2451
Fax: (850) 469-3330

Levin, Papantonio, Thomas, Mitchell, (*) Echsner & Proctor, P.A.
Frederic G. Levin, Esq.
Frederick T. Kuykendall, Esq.
J. Michael Papantonio, Esq.
Joe Scarborough, Esq.
Timothy M. O'Brien, Esq.
316 South Baylen Street, Suite 600
Pensacola, FL 32501
Tel.: (850) 435-7000
Fax: (850) 435-7020

Wechsler Harwood LLP  (*)
Frederick W. Gerkens, III, Esq.
John Halebian, Esq.
Thomas J. Harrison, Esq.
James G. Flynn, Esq.
488 Madison Avenue
New York, NY 10022
Tel.: (212) 935-7400
Fax: (212) 753-3630

Law Offices of Scot Bernstein (*)
Scot Bernstein, Esq.
10510 Superfortress Ave., Suite C
Mather Field, CA 95655
Tel: (916) 447-0100
Fax: (916) 933-5533

Winston & Strawn LLP
101 California Street
San Francisco, CA 94111-5894

...

### Defendants' Counsel

Heller Ehrman White & McAuliffe, LLP
Norman J. Blears, Esq.
George Brown, Esq.
Daniel T. Rockey, Esq.
275 Middlefield Road
Menlo Park, CA  94025-3506
Tel.: (650) 324-7000
Fax: (650) 324-6010

Heller Ehrman White & McAuliffe, LLP
Carol Lynn Thompson, Esq.
333 Bush Street
San Francisco, CA  94104-2878
Tel.: (415) 772-6000
Fax: (415) 772-6268

Fenwick & West LLP
Dean S. Kristy, Esq.
Kevin P. Muck, Esq.
Felix S. Lee, Esq.
Alice L. Jenson, Esq.
Christopher A. Garcia, Esq.
275 Battery Street
San Francisco, CA  94111
Tel:  (415) 875-2300
Fax: (415) 281-1350

Winston & Strawn LLP
101 California Street
San Francisco, CA 94111-5894