United States District Court
For the Northern District of California

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| In re CISCO SYSTEMS, INC. SECURITIES LITIGATION<br><br>_____<br><br>This Document Relates to:<br><br>ALL ACTIONS:<br>_____ / | NO. C 01-20418 JW<br><br>**ORDER VACATING HEARING DATE; SETTING CASE MANAGEMENT CONFERENCE** |

On July 11, 2006, Plaintiffs' counsel, Spencer A. Burkholz, informed the Court that the above-entitled matter has reached settlement. In light of the settlement, the Court vacates the hearing on Defendants' motions for summary judgment currently scheduled for July 13, 2006.

The parties shall appear for a case management conference on Monday July 17, 2006 at 10:00 a.m. to schedule the events necessary to finalize the proposed settlement. At the case management conference, the court may go on the record for the purposes of receiving an outline of the settlement.


Dated: July 11, 2006
01eciv20418settlcmc

JAMES WARE
United States District Judge

**United States District Court**
For the Northern District of California

1  **THIS IS TO CERTIFY THAT COPIES OF THIS ORDER HAVE BEEN DELIVERED TO:**

2  Alice L. Jensen ajensen@fenwick.com
Brian J. Robbins robbins@ruflaw.com
3  Bruce C. Gibney bgibney@hewm.com
Carol Lynn Thompson CTHOMPSON@HEWM.COM
4  Christopher Alan Garcia cgarcia@fenwick.com
Connie M. Cheung conniec@lerachlaw.com
5  Dan Keith Webb dwebb@winston.com
Daniel C. Girard girardgibbs@girardgibbs.com
6  Daniel S. Drosman DanD@lerachlaw.com
Daniel T. Rockey drockey@hewm.com
7  Dean S. Kristy dkristy@fenwick.com
Donald P. Gagliardi dgagliardi@be-law.com
8  Eric J. Belfi ebelfi@labaton.com
Ethan Richard York eyork@winston.com
9  Felix Lee flee@fenwick.com
George E. Barrett gbarrett@barrettjohnston.com
10 George H. Brown gbrown@hewm.com
James G. Stranch jgs@branstetterlaw.com
11 James Nixon Daniel jnd@beggslane.com
Jennifer Corinne Bretan jbretan@fenwick.com
12 Jessica Tally JessicaT@lerachlaw.com
Jonah Goldstein jonahg@lerachlaw.com
13 Kathryn Fritz kfritz@fenwick.com
Kevin P. Muck kmuck@fenwick.com
14 Krista M. Enns kenns@winston.com
Lesley E. Weaver lesleyw@lerachlaw.com
15 Lionel Z. Glancy info@glancylaw.com
Lucas Olts LukeO@Lerachlaw.com
16 Matthew Paul Montgomery mattm@lerachlaw.com
Michael L. Rugen mrugen@hewm.com
17 Norman J. Blears nblears@hewm.com
Patrice L. Bishop service@ssbla.com
18 Robert A. Jigarjian CAND.USCOURTS@CLASSCOUNSEL.COM
Robert L. Michels rmichels@winston.com
19 Robert Yale Sperling rsperling@winston.com
Ronald S Betman rbetman@winston.com
20 Ruth Marian Bond ruth.bond@sfgov.org
Spencer A. Burkholz SpenceB@lerachlaw.com
21 Stuart L. Berman sberman@sbclasslaw.com
Willem F. Jonckheer wjonckheer@schubert-reed.com
22 William S. Lerach e_file_sd@lerachlaw.com

23 **Dated: July 11, 2006**                    **Richard W. Wieking, Clerk**

24                                             **By:**_____
                                               **Melissa Peralta**
25                                             **Courtroom Deputy**

26

27

28