United States District Court
For the Northern District of California

1

2

3

4

5

6

7                      IN THE UNITED STATES DISTRICT COURT

8                  FOR THE NORTHERN DISTRICT OF CALIFORNIA

9                             SAN JOSE DIVISION

10    In re CISCO SYSTEMS, INC.              NO. C 01-20418 JW
      SECURITIES LITIGATION
11                                           ORDER VACATING JULY 11TH ORDER;
      _____        SETTING HEARING ON MOTIONS FOR
12                                           SUMMARY JUDGMENT
      This Document Relates to:
13
      ALL ACTIONS:
14    _____/

15          The Court vacates the Order Vacating Hearing Date; Setting Case Management Conference

16    (Docket Item No. 594) filed July 11, 2006.  The parties shall appear at a hearing on Defendants'

17    pending motions for summary judgment on July 17, 2006 at 10:00 a.m.

18

19    Dated: July 11, 2006                    /s/ James Ware_____
      01eciv20418reset                        JAMES WARE
20                                            United States District Judge

21

22

23

24

25

26

27

28

1    **THIS IS TO CERTIFY THAT COPIES OF THIS ORDER HAVE BEEN DELIVERED TO:**

2    Alice L. Jensen ajensen@fenwick.com
     Brian J. Robbins robbins@ruflaw.com
3    Bruce C. Gibney bgibney@hewm.com
     Carol Lynn Thompson CTHOMPSON@HEWM.COM
4    Christopher Alan Garcia cgarcia@fenwick.com
     Connie M. Cheung conniec@lerachlaw.com
5    Dan Keith Webb dwebb@winston.com
     Daniel C. Girard girardgibbs@girardgibbs.com
6    Daniel S. Drosman DanD@lerachlaw.com
     Daniel T. Rockey drockey@hewm.com
7    Dean S. Kristy dkristy@fenwick.com
     Donald P. Gagliardi dgagliardi@be-law.com
8    Eric J. Belfi ebelfi@labaton.com
     Ethan Richard York eyork@winston.com
9    Felix Lee flee@fenwick.com
     George E. Barrett gbarrett@barrettjohnston.com
10   George H. Brown gbrown@hewm.com
     James G. Stranch jgs@branstetterlaw.com
11   James Nixon Daniel jnd@beggslane.com
     Jennifer Corinne Bretan jbretan@fenwick.com
12   Jessica Tally JessicaT@lerachlaw.com
     Jonah Goldstein jonahg@lerachlaw.com
13   Kathryn Fritz kfritz@fenwick.com
     Kevin P. Muck kmuck@fenwick.com
14   Krista M. Enns kenns@winston.com
     Lesley E. Weaver lesleyw@lerachlaw.com
15   Lionel Z. Glancy info@glancylaw.com
     Lucas Olts LukeO@Lerachlaw.com
16   Matthew Paul Montgomery mattm@lerachlaw.com
     Michael L. Rugen mrugen@hewm.com
17   Norman J. Blears nblears@hewm.com
     Patrice L. Bishop service@ssbla.com
18   Robert A. Jigarjian CAND.USCOURTS@CLASSCOUNSEL.COM
     Robert L. Michels rmichels@winston.com
19   Robert Yale Sperling rsperling@winston.com
     Ronald S Betman rbetman@winston.com
20   Ruth Marian Bond ruth.bond@sfgov.org
     Spencer A. Burkholz SpenceB@lerachlaw.com
21   Stuart L. Berman sberman@sbclasslaw.com
     Willem F. Jonckheer wjonckheer@schubert-reed.com
22   William S. Lerach e_file_sd@lerachlaw.com

23   **Dated: July 11, 2006**                    **Richard W. Wieking, Clerk**

24                                               **By:_/s/ JW Chambers_____**
                                                 **Melissa Peralta**
25                                               **Courtroom Deputy**

26

27

28