LERACH COUGHLIN STOIA GELLER
  RUDMAN & ROBBINS LLP
WILLIAM S. LERACH (68581)
SPENCER A. BURKHOLZ (147029)
DANIEL S. DROSMAN (200643)
JONAH H. GOLDSTEIN (193777)
MATTHEW P. MONTGOMERY (180196)
LUCAS F. OLTS (234843)
JESSICA D. TALLY (234432)
655 West Broadway, Suite 1900
San Diego, CA 92101
Telephone: 619/231-1058
619/231-7423 (fax)
BillL@lerachlaw.com
SpenceB@lerachlaw.com
DanD@lerachlaw.com
JonahG@lerachlaw.com
MattM@lerachlaw.com
LukeO@lerachlaw.com
JessicaT@lerachlaw.com
    – and –
PATRICK J. COUGHLIN (111070)
LESLEY E. WEAVER (191305)
100 Pine Street, Suite 2600
San Francisco, CA 94111
Telephone: 415/288-4545
415/288-4534 (fax)
PatC@lerachlaw.com
LesleyW@lerachlaw.com

LEVIN, PAPANTONIO, THOMAS, MITCHELL,
  ECHSNER & PROCTOR, P.A.
TIMOTHY M. O'BRIEN *(pro hac vice)*
316 South Baylen Street, Suite 600
Pensacola, FL 32501
Telephone: 850/435-7000
850/497-7057 (fax)

Co-Lead Counsel for Plaintiffs

[Additional counsel appear on signature page.]

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| In re CISCO SYSTEMS, INC. SECURITIES LITIGATION | Master File No. C-01-20418-JW(PVT) |
| | <u>CLASS ACTION</u> |
| This Document Relates To: | STIPULATION AND [~~PROPOSED~~] ORDER REGARDING PRETRIAL AND TRIAL SCHEDULE |
| ALL ACTIONS. | |

1    This stipulation is entered into by and among plaintiffs Central States, Southeast and
2 Southwest Areas Pension Fund, Carpenters Pension Fund of Illinois, Plumbers & Pipefitters
3 National Pension Fund, and Alexander Nehring, and defendants Cisco Systems, Inc., John T,
4 Chambers, Larry R. Carter, Steven M. West, Edward R. Kozel, Donald T. Valentine, Judith L.
5 Estrin, Gary J. Daichendt, Donald J. Listwin, Carl Redfield, Michelangelo Volpi, and
6 PricewaterhouseCoopers LLP through their respective attorneys of record.

7    The parties have met and conferred and respectfully request the following modifications to
8 the pre-trial and trial schedule as set forth in the Court's July 8, 2005, June 7, 2006, June 26, 2006,
9 and July 11, 2006 Orders, which will supercede the remaining dates on the current schedule:

10   1.   The continued summary judgment hearing set for July 17, 2006 is rescheduled to
11 September 18, 2006 at 3:00 p.m.  The issues to be argued and the allocation of time set forth in the
12 Court's June 26, 2006 Order will remain unchanged.

13   2.   The case management conference set for July 17, 2006 is rescheduled for September
14 18, 2006, immediately following the summary judgment hearing.

15   3.   The oppositions to the parties' Objections to Experts currently due on August 4, 2006
16 will be due on August 18, 2006.

17   4.   The replies in support of the parties' Objections to Experts currently due on August
18 18, 2006 will be due on September 1, 2006.

19   5.   The following dates are vacated and will be rescheduled at the September 18, 2006
20 case management conference:

21        (a)   The hearing on the parties' Objections to Experts (currently scheduled for
22 September 18, 2006);

23        (b)   The Joint Pretrial Statement (currently due on September 8, 2006);

24        (c)   The non-expert motions *in limine* (currently due on September 8, 2006);

25        (d)   The responses to the non-expert motions *in limine* (currently due on
26 September 14, 2006);

27        (e)   The trial (currently set for October 4, 2006); and

28

STIPULATION AND [PROPOSED] ORDER REGARDING PRETRIAL AND TRIAL
SCHEDULE - C-01-20418-JW(PVT)                                              - 1 -

1           (f)      The Final Pretrial Conference (currently set for September 18, 2006).

2     IT IS SO STIPULATED.

3 DATED: July 13, 2006           LERACH COUGHLIN STOIA GELLER
                                                    RUDMAN & ROBBINS LLP
4                                           WILLIAM S. LERACH
                                          SPENCER A. BURKHOLZ
5                                           DANIEL S. DROSMAN
                                          JONAH H. GOLDSTEIN
6                                           MATTHEW P. MONTGOMERY
                                          LUCAS F. OLTS
7                                           JESSICA D. TALLY

8

9                                                 s/DANIEL S. DROSMAN
                                                  DANIEL S. DROSMAN
10

11                                           655 West Broadway, Suite 1900
                                          San Diego, CA  92101
12                                           Telephone:  619/231-1058
                                          619/231-7423 (fax)
13
                                          Attorneys for Plaintiffs Central States, Southeast
                                          and Southwest Areas Pension Fund, Carpenters
14                                           Pension Fund of Illinois, Plumbers & Pipefitters
                                          National Pension Fund, and Alexander Nehring
15

16     I, Daniel S. Drosman, am the ECF User whose ID and password are being used to file this

17 Stipulation and [Proposed] Order Regarding Pretrial and Trial Schedule.  In compliance with

General Order 45, X.B., I hereby attest that Ronald J. Betman has concurred in this filing.
18

19 DATED: July 13, 2006           WINSTON & STRAWN LLP

20

21

22                                               s/RONALD J. BETMAN
                                                  RONALD J. BETMAN
23
                                          35 W. Wacker Drive
                                          Chicago, IL 60601-9703
24                                           Telephone: 312/558-5600
                                          312/558-5700 (fax)
25

26

27

28

STIPULATION AND [PROPOSED] ORDER REGARDING PRETRIAL AND TRIAL
SCHEDULE - C-01-20418-JW(PVT)                                                           - 2 -

| | |
|---|---|
| | FENWICK & WEST LLP |
| | DEAN S. KRISTY |
| | KEVIN P. MUCK |
| | 275 Battery Street, Suite 1500 |
| | San Francisco, CA 94111 |
| | Telephone: 415/875-2300 |
| | 415/281-1350 (fax) |
| | |
| | Attorneys for Defendants Cisco Systems, Inc., John T. Chambers, Larry R. Carter, Carol A. Bartz, Steven M. West, Edward R. Kozel, Donald T. Valentine, Robert L. Puette, Judith L. Estrin, Gary J. Daichendi Donald J. Listwin, Carl Redfield and Michelangelo Volpi |

I, Daniel S. Drosman, am the ECF User whose ID and password are being used to file this Stipulation and [Proposed] Order Regarding Pretrial and Trial Schedule. In compliance with General Order 45, X.B., I hereby attest that Nicole M. Ryan has concurred in this filing.

DATED: July 13, 2006        HELLER ERHMAN WHITE AND McAULLIFE LLP


                                    s/NICOLE M. RYAN
                                   NICOLE M. RYAN

                             333 Bush Street
                             San Francisco, CA 94104-2878
                             Telephone: 415/772-6000
                             415/772-6268 (fax)

                             Attorneys for Defendant PricewaterhouseCoopers LLP

                  *       *       *

**O R D E R**

PURSUANT TO STIPULATION, IT IS SO ORDERED.

DATED: July 17, 2006         _____
                             THE HONORABLE JAMES WARE
                             UNITED STATES DISTRICT JUDGE

S:\CasesSD\Cisco\STP00032845.doc

STIPULATION AND [PROPOSED] ORDER REGARDING PRETRIAL AND TRIAL
SCHEDULE - C-01-20418-JW(PVT)                                         - 3 -