# EXHIBIT B

DEC.14'2004 13:24 650 298 0210          Stanford Consulting Group            #3523 P.003

# Stanford Consulting Group, Inc.

| For Accounting Use Only |
| --- |
| Date Received: _____ |
| Approval:  LA: ____ SD: ____ SP: ____ |
| Case Name/No.: 201110. Cisco Systems |
| Vendor No.: 1811 Disb. Code: 0014 |
| Employee No.: 00525 Voucher No.: _____ |
| Date sent to NY: OK to pay Spence Burkholz |

Cisco Systems Securities Litigation Case

Invoice # 1

March 23, 2004

Lerach, Coughlin, Stoia & Robbins
401 B Street, Suite 1700
San Diego, CA 92101-3356

Attention:   Spencer A. Burkholz, Esq.

| | |
| --- | --- |
| Professional Fees | $20,946 |
| Expenses | $599 |
| Total Professional Fees and Expenses | $21,545 |

### PLEASE REMIT PAYABLE TO

Stanford Consulting Group, Inc.
702 Marshall Street, Suite 200
Redwood City, CA 94063

Federal Employer ID Number  ➡  94-2809516

2

# Stanford Consulting Group, Inc.

## SUMMARY OF PROFESSIONAL FEES
### February 1, 2004 Thru February 29, 2004

|                       | Hours  | Rate  | Fees     |
|-----------------------|--------|-------|----------|
| Bernadette Burns      | 6.00   | $300  | $1,800   |
| Brian Dragun          | 7.00   | $405  | $2,835   |
| Christina U. Broadwin | 19.50  | $175  | $3,413   |
| Faye Fort             | 6.00   | $310  | $1,860   |
| Jane Nettesheim       | 24.00  | $405  | $9,720   |
| Jason Erpenbeck       | 3.25   | $175  | $569     |
| Tim Hoffman           | 2.50   | $300  | $750     |
| Total                 |        |       | $20,946  |

## SUMMARY OF EXPENSES
### February 1, 2004 Thru February 29, 2004

| Computer        | $400  |
|-----------------|-------|
| Copying         | $3    |
| Ground transport| $5    |
| Miscellaneous   | $150  |
| Package delivery| $14   |
| Telephone       | $26   |
| Total Expenses  | $599  |

3

# Stanford Consulting Group, Inc.

## PROFESSIONAL FEE DETAIL

### February 1, 2004 Thru February 29, 2004

| Date | Hours | Description |
|------|-------|-------------|
| **Bernadette Burns** | | |
| 17-Feb-04 | 0.50 | Troubleshoot trading model |
| 18-Feb-04 | 2.00 | Case meeting |
| 19-Feb-04 | 3.00 | Review documents; discuss case |
| 27-Feb-04 | 0.50 | Work on data issues |
| **Total** | **6.00** | |
| **Brian Dragun** | | |
| 06-Feb-04 | 3.25 | Meeting, reviewed case documents. |
| 18-Feb-04 | 2.00 | Case meeting, outlined report |
| 27-Feb-04 | 1.75 | Reviewed report. |
| **Total** | **7.00** | |
| **Christine U. Broadwin** | | |
| 09-Feb-04 | 1.00 | IBES and Zachs data collection at library |
| 17-Feb-04 | 2.50 | Read complaint, trading volume analysis, prelim. Regressions |
| 17-Feb-04 | 2.50 | Data downloading-stock prices, indices, sec filings, news, multex |
| 18-Feb-04 | 2.00 | Regressions, document list |
| 18-Feb-04 | 3.00 | Preliminary Cammer Factors analysis |
| 19-Feb-04 | 2.50 | Article Research |
| 26-Feb-04 | 1.50 | Reviewing articles and analyst reports |
| 27-Feb-04 | 4.50 | Academic article retrieval, analyst report analysis, Cammer Factors analysis |
| **Total** | **19.50** | |
| **Faye Fort** | | |
| 18-Feb-04 | 3.00 | Read fillings and participate in meeting |
| 19-Feb-04 | 3.00 | Meeting, Research articles, Read expert report |
| **Total** | **6.00** | |
| **Jane Nettesheim** | | |
| 05-Feb-04 | 3.00 | Review case documents; call |
| 06-Feb-04 | 2.00 | Review case documents; meeting |
| 17-Feb-04 | 3.00 | Review case documents |
| 18-Feb-04 | 4.00 | Research; organize report; meeting |
| 19-Feb-04 | 2.00 | Review case documents; research |
| 20-Feb-04 | 2.00 | Programming |
| 25-Feb-04 | 5.00 | Draft report and exhibits |
| 26-Feb-04 | 1.00 | Analyses |
| 28-Feb-04 | 2.00 | Research; review case documents |

4

# Stanford Consulting Group, Inc.

|  | | Total | 24.00 | |
|--|--|--|--|--|

**Jason Erpenbeck**

| | 17-Feb-04 | 0.75 | Input Zacks Data |
|--|--|--|--|
| | 18-Feb-04 | 2.00 | Meeting, Discuss Case |
| | 26-Feb-04 | 0.50 | TAQ Data, Help with trading model |
| | Total | 3.25 | |

**Tim Hoffman**

| | 06-Feb-04 | 2.50 | Review pleadings and document delivery |
|--|--|--|--|
| | Total | 2.50 | |

**Period Total**     **68.25**

5

# Stanford Consulting Group, Inc.

```
┌─────────────────────────────────────┐
│        For Accounting Use Only       │
│ Date Received: _____   ᴮᴹ  │
│  Approval:  LA:     SD:    SF:        │
│ Case Name/No.: 201110 Cisco Systems  │
│ Vendor No.: 1811 Disb. Code: 0014    │
│ Employee No.: 00525 Voucher No.: ___ │
│ Date sent to NY: oktoßer Spence Burkholz │
└─────────────────────────────────────┘
```

Cisco Systems Securities Litigation
Case
Invoice # 2
April 19, 2004

Lerach, Coughlin, Stoia & Robbins
401 B Street, Suite 1700
San Diego, CA 92101-3356

Attention:   Spencer A. Burkholz, Esq.

| | |
|---|---:|
| Professional Fees | $63,634 |
| Expenses | $3,251 |
| Total Professional Fees and Expenses | $66,885 |

PLEASE REMIT PAYABLE TO

Stanford Consulting Group, Inc.
702 Marshall Street, Suite 200
Redwood City, CA 94063

Federal Employer ID Number  ⇒  94-2809516

2

## Stanford Consulting Group, Inc.

### SUMMARY OF PROFESSIONAL FEES
#### March 1, 2004 Thru March 31, 2004

|  | Hours | Rate | Fees |
|---|---|---|---|
| Atulya Sarin | 15.50 | $425 | $6,588 |
| Bernadette Burns | 51.50 | $300 | $15,450 |
| Blaine F. Nye | 2.50 | $550 | $1,375 |
| Brian Dragun | 12.75 | $405 | $5,164 |
| Christina U. Broadwin | 43.00 | $175 | $7,525 |
| Faye Fort | 15.50 | $310 | $4,805 |
| Jane Nettesheim | 53.00 | $405 | $21,465 |
| Jason Erpenbeck | 5.50 | $175 | $963 |
| Tim Hoffman | 1.00 | $300 | $300 |
| Total |  |  | $63,634 |

### SUMMARY OF EXPENSES
#### March 1, 2004 Thru March 31, 2004

| | |
|---|---|
| Computer Programming | $500 |
| Computer supplies | $4 |
| Data | $2,254 |
| Miscellaneous | $375 |
| Package delivery | $37 |
| Telephone | $81 |
| Total Expenses | $3,251 |

3

# Stanford Consulting Group, Inc.

## PROFESSIONAL FEE DETAIL

### March 1, 2004 Thru March 31, 2004

| Date | Hours | Description |
|---|---|---|
| **Atulya Sarin** | | |
| 31-Mar-04 | 15.50 | Research; draft report and exhibits; review case documents |
| **Total** | **15.50** | |
| **Bernadette Burns** | | |
| 01-Mar-04 | 6.00 | Review case documents; meet; assist with draft |
| 02-Mar-04 | 1.25 | Extract data |
| 03-Mar-04 | 1.00 | Assist with report |
| 04-Mar-04 | 7.00 | Assist with report |
| 05-Mar-04 | 3.25 | Assist with report |
| 08-Mar-04 | 9.00 | Plaintiff share analysis; update report and exhibits |
| 09-Mar-04 | 6.75 | Assist with report |
| 10-Mar-04 | 6.25 | Assist with report and exhibits |
| 11-Mar-04 | 8.00 | Assist with report and exhibits |
| 12-Mar-04 | 3.00 | Finalize report |
| **Total** | **51.50** | |
| **Blaine F. Nye** | | |
| 04-Mar-04 | 2.50 | Review case documents |
| **Total** | **2.50** | |
| **Brian Dragan** | | |
| 01-Mar-04 | 2.50 | Reviewed report |
| 02-Mar-04 | 1.50 | Meeting, reviewed report |
| 03-Mar-04 | 1.50 | Reviewed report |
| 04-Mar-04 | 3.50 | Reviewed efficiency report, conference call with attorneys. |
| 09-Mar-04 | 3.75 | Reviewed efficiency report, conference call with attorneys. |
| **Total** | **12.75** | |
| **Christina U. Broadwin** | | |
| 02-Mar-04 | 5.00 | Market Maker Data gathering and analysis, Significant Days Analysis, S-3 filings analysis |
| 02-Mar-04 | 5.00 | Regression Analysis, Index searches, institutional trading data and analysis |
| 03-Mar-04 | 5.00 | Event Study Creation |
| 04-Mar-04 | 5.00 | Exhibit Creation, Regression Runs, Event Study Creation |
| 05-Mar-04 | 5.00 | Event Study Analysis and Creation, database manipulation |
| 08-Mar-04 | 5.00 | Event Study Creation, Short Interest Ratio |
| 09-Mar-04 | 5.00 | Analyst Report Analysis, Event Study with Headlines only |
| 10-Mar-04 | 4.00 | Exhibit Creation, Modifications to Event Study |

4

# Stanford Consulting Group, Inc.

|  | 11-Mar-04 | 4.00 | Final Exhibit Changes, News Research, Proofing |
|--|-----------|------|-------------------------------------------------|
|  | **Total** | **43.00** | |

**Faye Fort**

|  | 01-Mar-04 | 1.00 | Participate in meeting |
|--|-----------|------|-------------------------|
|  | 02-Mar-04 | 2.50 | Option analysis |
|  | 03-Mar-04 | 4.25 | Option analysis, Quote spread analysis |
|  | 04-Mar-04 | 1.25 | Call with counsel, event study |
|  | 08-Mar-04 | 1.00 | Event Study |
|  | 09-Mar-04 | 1.25 | Event Study (SAS Coding) |
|  | 10-Mar-04 | 4.25 | Put/call parity, bid/ask spread |
|  | **Total** | **15.50** | |

**Jane Nettesheim**

|  | 01-Mar-04 | 6.00 | Research; draft report and exhibits |
|--|-----------|------|--------------------------------------|
|  | 02-Mar-04 | 3.00 | Analyses; research; draft report and exhibits |
|  | 03-Mar-04 | 8.00 | Draft report and exhibits; research; review case documents |
|  | 04-Mar-04 | 7.00 | Call; draft report and exhibits; research; analyses |
|  | 05-Mar-04 | 5.00 | Draft report and exhibits |
|  | 08-Mar-04 | 7.00 | Review plaintiffs' records; draft report and exhibits |
|  | 09-Mar-04 | 8.00 | Draft report and exhibits |
|  | 10-Mar-04 | 1.50 | Draft report and exhibits |
|  | 11-Mar-04 | 4.50 | Draft report and exhibits |
|  | 12-Mar-04 | 3.00 | Draft report and exhibits |
|  | **Total** | **53.00** | |

**Jason Erpenbeck**

|  | 04-Mar-04 | 0.75 | Help with Event Study |
|--|-----------|------|------------------------|
|  | 05-Mar-04 | 1.00 | Taking Dictation from Drossman |
|  | 05-Mar-04 | 0.75 | Help with Event Study |
|  | 08-Mar-04 | 3.00 | Input Trading Data |
|  | **Total** | **5.50** | |

**Tim Hoffman**

|  | 11-Mar-04 | 1.00 | meeting |
|--|-----------|------|----------|
|  | **Total** | **1.00** | |

| **Period Total** | | **200.25** | |

5

# Stanford Consulting Group, Inc.

Only
SEP 0 5 2004

. . . No.: 20110 Cisco
. . . for No.: 1811  Disb. Code. 14
Employee No.: 00525 Voucher No.: ____ ___
Date sent to NY: _____

Cisco Systems Securities
Litigation Case
Invoice # 3
May 19, 2004

Lerach, Coughlin, Stoia & Robbins
401 B Street, Suite 1700
San Diego, CA 92101-3356

Attention:   Spencer A. Burkholz, Esq.

| | |
|---|---|
| Professional Fees | $10,754 |
| Expenses | $1,180 |
| Total Professional Fees and Expenses | $11,934 |

## PLEASE REMIT PAYABLE TO

Stanford Consulting Group, Inc.
702 Marshall Street, Suite 200
Redwood City, CA  94063

Federal Employer ID Number    94-2809516

→ Jim
Re Coulle

Pl. pay —
Space
B

2

# Stanford Consulting Group, Inc.

## SUMMARY OF PROFESSIONAL FEES
### April 1, 2004 Thru April 30, 2004

|                        | Hours | Rate  | Fees     |
|------------------------|-------|-------|----------|
| Bernadette Burns       | 12.00 | $300  | $3,600   |
| Christina U. Broadwin  | 16.00 | $175  | $2,800   |
| Jane Nettesheim        | 10.75 | $405  | $4,354   |
| Total                  |       |       | $10,754  |

## SUMMARY OF EXPENSES
### April 1, 2004 Thru April 30, 2004

| | |
|---|---|
| Computer services $\left(\$2,23+109.87+137.08+364.40\right)$ | $694 |
| Reference materials $\left(\$3.00 + \$84.19\right)$ | $97 |
| Telephone | $80 |
| Computer Programming | $200 |
| Miscellaneous | $110 |
| Total Expenses | $1,180 |

3

# Stanford Consulting Group, Inc.

## PROFESSIONAL FEE DETAIL

### April 1, 2004 Thru April 30, 2004

| Date | Hours | Description |
|------|-------|-------------|
| **Bernadette Buron** | | |
| 22-Apr-04 | 4.00 | Valuation analysis |
| 23-Apr-04 | 2.25 | Valuation analysis |
| 26-Apr-04 | 4.50 | Valuation analysis |
| 27-Apr-04 | 1.25 | Valuation analysis |
| **Total** | **12.00** | |
| **Christina U. Broadwin** | | |
| 22-Apr-04 | 4.00 | Scenario analysis for Gompers Fundamental Values for CSCO |
| 23-Apr-04 | 5.00 | Recreation of Gompers Fundamental Values for CSCO |
| 26-Apr-04 | 5.00 | Recreation of Gompers Fundamental Values for CSCO |
| 27-Apr-04 | 2.00 | Analysis of Gompers figures between Nortel report and Cisco report for Nortel |
| **Total** | **16.00** | |
| **Jane Nettesheim** | | |
| 22-Apr-04 | 4.75 | Valuation analysis |
| 26-Apr-04 | 4.00 | Valuation research |
| 27-Apr-04 | 2.00 | Valuation analysis; calls |
| **Total** | **10.75** | |
| **Period Total** | **38.75** | |

4



**SCG**

S T A N F O R D
C O N S U L T I N G
G R O U P , I N C

**Blaine F. Nye**
*President*

**702 Marshall Street, Suite 200**
**Radwood City, CA 94063**
Tel (650) 298-0200
Fax (650) 298-0210
blaine@scginc.com



January 24, 2005

Spencer A. Burkholz, Esq.
Lerach, Coughlin, Stoia & Robbins
401 B Street, Suite 1700
San Diego, CA 92101-3356

Dear Spence:

Please find enclosed SCG invoice #4 for fees and expenses incurred during the period May 1, 2004 through December 31, 2004 relative to the Cisco Systems Securities Litigation case. If you have any questions or concerns, please give me a call.

Best Regards,

Blaine F. Nye

For Account Use Only

Date Received: _____
Approval:   LA: ____ SD: ____ SF: ____
Case Name No.: 20110  CISCO
Vendor No.: 1811 ___ Dish. Code: LIO1
Employee No.: 00535  Voucher No.: _____

# Stanford Consulting Group, Inc.

Cisco Systems Securities Litigation
Case
Invoice # 4
January 24, 2005

Lerach, Coughlin, Stoia & Robbins
401 B Street, Suite 1700
San Diego, CA 92101-3356

Attention:  Spencer A. Burkholz, Esq.

| | |
|---|---|
| Professional Fees | $0 |
| Expenses | $870 |
| Total Professional Fees and Expenses | $870 |

PLEASE REMIT PAYABLE TO

Stanford Consulting Group, Inc.
702 Marshall Street, Suite 200
Redwood City, CA 94063

Federal Employer ID Number  ⇒  94-2809516

2

# Stanford Consulting Group, Inc.

## SUMMARY OF EXPENSES
### May 1, 2004 Thru December 31, 2004

| | |
|---|---|
| Data | $853 |
| Telephone | $17 |
| Total Expenses | $870 |

*Data detail*
*on attached*
*sheets*
*$151.97* *$52.68*
*$700.71*

3



**STANFORD
CONSULTING
GROUP, INC**

**Blaine F. Nye**
*President*

702 Marshall Street, Suite 200
Redwood City, CA 94063
Tel (650) 298-0200
Fax (650) 298-0210
blaine@scginc.com

May 19, 2005



Spencer A. Burkholz, Esq.
Lerach, Coughlin Stoia Geller Rudman & Robbins
401 B Street, Suite 1700
San Diego, CA 92101-3356

Dear Spence:

Please find enclosed SCG invoice #5 for fees and expenses incurred during the period
January 1, 2005 through April 30, 2005 relative to the Cisco Systems Securities Litigation
case. If you have any questions or concerns, please give me a call.

Best Regards,

Blaine F. Nye

ok to pay
S. Burkholz

| For Accounting Use Only | | |
|---|---|---|
| Date Received: | | |
| Approval: L.A: | SD: | SF: |
| Case Name/No.: 20110 Cisco | | |
| Vendor No.: 1811 | Disb. Code: L1017 | |
| Employee No: 00325 | Voucher No.: | |
| Date sent to NY: | | |

Lerach, Coughlin Stoia Geller Rudman & Robbins
401 B Street, Suite 1700
San Diego, CA 92101-3356

Attention:    Spencer A. Burkholz, Esq.

| | |
|---|---|
| Professional Fees | $8,675 |
| Expenses | $199 |
| Total Professional Fees and Expenses | $8,874 |

PLEASE REMIT PAYABLE TO

Stanford Consulting Group, Inc.
702 Marshall Street, Suite 200
Redwood City, CA  94063

Federal Employer ID Number    94-2809516

2

# Stanford Consulting Group, Inc.

Cisco Systems Securities Litigation
Case
Invoice # 5

# Stanford Consulting Group, Inc.

Cisco Systems Securities Litigation
Case
Invoice # 5
May 19, 2005

Lerach, Coughlin Stoia Geller Rudman & Robbins
401 B Street, Suite 1700
San Diego, CA 92101-3356

Attention:   Spencer A. Burkholz, Esq.

| | |
|---|---|
| Professional Fees | $8,675 |
| Expenses | $199 |
| Total Professional Fees and Expenses | $8,874 |

PLEASE REMIT PAYABLE TO

Stanford Consulting Group, Inc.
702 Marshall Street, Suite 200
Redwood City, CA 94063

Federal Employer ID Number  →  94-2809516

2

# Stanford Consulting Group, Inc.

## SUMMARY OF PROFESSIONAL FEES
### January 1, 2005 Thru April 30, 2005

|                 | Hours | Rate  | Fees    |
|-----------------|-------|-------|---------|
| Brian Dragun    | 7.00  | $450  | $3,150  |
| Jason Erpenbeck | 14.00 | $200  | $2,800  |
| Tim Hoffman     | 5.00  | $325  | $1,625  |
| Zachary R. Nye  | 4.00  | $275  | $1,100  |
| Total           |       |       | $8,675  |

## SUMMARY OF EXPENSES
### January 1, 2005 Thru April 30, 2005

| Telephone            | $9    |
|----------------------|-------|
| Computer Programming | $100  |
| Miscellaneous        | $90   |
| Total Expenses       | $199  |

3

# Stanford Consulting Group, Inc.

## PROFESSIONAL FEE DETAIL

### January 1, 2005 Thru April 30, 2005

| | Date | Hours | Description |
|---|---|---|---|
| **Brian Dragun** | | | |
| | 27-Apr-05 | 2.25 | Reviewed documents. Reviewed intial damage runs. |
| | 28-Apr-05 | 2.25 | Reviewed damage runs |
| | 29-Apr-05 | 2.50 | Reviewed damage analysis |
| **Total** | | **7.00** | |
| **Jason Erpenbeck** | | | |
| | 26-Apr-05 | 3.00 | Preliminary Damages |
| | 27-Apr-05 | 5.00 | Prelminary Damages and Insider Transactions |
| | 28-Apr-05 | 4.00 | Prelminary Damages and Insider Transactions |
| | 29-Apr-05 | 2.00 | Preliminary damages |
| **Total** | | **14.00** | |
| **Tim Hoffman** | | | |
| | 26-Apr-05 | 3.00 | Assist with damages analysis |
| | 29-Apr-05 | 2.00 | Assist BD with damages analysis |
| **Total** | | **5.00** | |
| **Zachary R. Nye** | | | |
| | 25-Apr-05 | 1.25 | Case discussion with Brian Dragun.  Read part of complaint. |
| | 26-Apr-05 | 1.00 | Worked on preliminary damages. |
| | 27-Apr-05 | 0.50 | Worked on preliminary damages. |
| | 28-Apr-05 | 1.25 | Worked on preliminary damages. |
| **Total** | | **4.00** | |
| **Period Total** | | **30.00** | |

4

**From:** Spence Burkholz
**To:** LaReina Contreras
**Date:** 6/22/2005 3:18:49 PM
**Subject:** Re: INVOICE APPROVAL

ok to pay

>>> LaReina Contreras 6/22/2005 2:29:45 PM >>>
Hemming Morse, Inc.
Case: Cisco 201110
May 19, 2005 Inv. # 128689
Prof. Services through April 30, 2005
**$97,959.25**

Hemming Morse, Inc.
Case: Cisco 201110
June 9, 2005 Inv. # 128868
Prof. Services through May 31, 2005
**$36,157.88**

Stanford Consulting Group
Case: Cisco 201110
May 19, 2005 Inv. # 5
Prof. Services from 01/01/05 - 04/30/05
**$8,874.00**

**Please take a moment to review the attached invoices. If ok to pay, please email me your approval ASAP.**

Thank you

## Stanford Consulting Group, Inc.



RECEIVED
AUG 18 2005
ACCOUNTING

Cisco Systems Securities Litigation
Case
Invoice # 6
June 25, 2005

Lerach, Coughlin Stoia Geller Rudman & Robbins
401 B Street, Suite 1700
San Diego, CA 92101-3356

Attention:    Spencer A. Burkholz, Esq.

W       For ...
Date Received:
Approved:                                          SP:
Case No:        201|10    CISCO SYSTEMS
Vendor          18|1          Code: 4017
Emp:            00525
Dat:

| | |
|---|---|
| Professional Fees | $11,713 |
| Expenses | $1,630 |
| Total Professional Fees and Expenses | $13,342 |

pls pay —
Spencer
Burkholz

PLEASE REMIT PAYABLE TO

Stanford Consulting Group, Inc.
702 Marshall Street, Suite 200
Redwood City, CA 94063

Federal Employer ID Number    94-2809516

## Stanford Consulting Group, Inc.

### SUMMARY OF PROFESSIONAL FEES

#### May 1, 2005 Thru May 31, 2005

|                   | Hours | Rate  | Fees     |
|-------------------|-------|-------|----------|
| Bernadette Burns  | 2.50  | $325  | $813     |
| Brian Dragun      | 19.00 | $450  | $8,550   |
| Jane Nettesheim   | 2.00  | $450  | $900     |
| Jason Erpenbeck   | 7.25  | $200  | $1,450   |
| Total             |       |       | $11,713  |

### SUMMARY OF EXPENSES

#### May 1, 2005 Thru May 31, 2005

| Data                  | $1,303 |
|-----------------------|--------|
| Telephone             | $17    |
| Miscellaneous         | $109   |
| Computer Programming  | $200   |
| Total Expenses        | $1,630 |

3

# Stanford Consulting Group, Inc.

## PROFESSIONAL FEE DETAIL

### May 1, 2005 Thru May 31, 2005

| | Date | Hours | Description |
|---|---|---|---|
| **Bernadette Burns** | | | |
| | 17-May-05 | 1.50 | Event study and Dura issues |
| | 18-May-05 | 1.00 | Dura discussions |
| | **Total** | **2.50** | |
| **Brian Dragun** | | | |
| | 19-May-05 | 4.00 | Events study analysis |
| | 23-May-05 | 6.50 | Event Study Analysis |
| | 24-May-05 | 6.00 | Event Study Analysis |
| | 25-May-05 | 2.50 | Event Study Analysis |
| | **Total** | **19.00** | |
| **Jane Nettesheim** | | | |
| | 18-May-05 | 2.00 | Review case documents; meeting; call |
| | **Total** | **2.00** | |
| **Jason Erpenbeck** | | | |
| | 18-May-05 | 2.50 | Conference Call and Event Study |
| | 19-May-05 | 0.75 | Event Study |
| | 23-May-05 | 2.50 | Event Study |
| | 24-May-05 | 1.50 | Analyst Reports |
| | **Total** | **7.25** | |
| **Period Total** | | **30.75** | |

4



## TAQ Data - Cost Allocation            5/18/2005

| Project # | Project Name | Amount to Allocate | |
|-----------|--------------|--------------------|---|
| ███████ | ███████ | $ | ███████ |
| ███████ | ███████ | $ | ███████ |
| ███████ | ███████ | $ | ███████ |
| ███████ | ███████ | $ | ███████ |
| ███████ | ███████ | $ | ███████ |
| ███████ | ███████ | $ | ███████ |
| ███████ | ███████ | $ | |
| 895 | Cisco | $ | 925.00 |
| ███████ | ███████ | $ | ███████ |
| ███████ | ███████ | $ | ███████ |
| ███████ | ███████ | $ | ███████ |

| Total Invoice: | $ | 13,639.50 |
|----------------|---|-----------|

 03-22133
04326745
04/30/2005

# Remittance Advice



**Customer:**

015-0264

it to:

**NEW YORK STOCK EXCHANGE, INC.**
**GRAND CENTRAL STATION**
**POST-OFFICE BOX 4695**
**NEW YORK, NY 10163**

ATTN :BROADWIN CHRISTINA
STANFORD CONSULTING GROUP, INC.
702 MARSHALL STREET, SUITE 200
REDWOOD CITY, CA 94063-1823
USA

A/C: 03-22133 / INVOICE: 04326745

| | | |
|---|---|---|
| 0.00 | 13,639.50 | 13,639.50 |

↕ Tear here and return ↕

 03-22133
04326745
04/30/2005

# Remittance Advice



**Customer:**

mit to:

**NEW YORK STOCK EXCHANGE, INC.**
**GRAND CENTRAL STATION**
**POST-OFFICE BOX 4695**
**NEW YORK, NY 10163**

ATTN :BROADWIN CHRISTINA
STANFORD CONSULTING GROUP, INC.
702 MARSHALL STREET, SUITE 200
REDWOOD CITY, CA 94063-1823
USA

A/C: 03-22133 / INVOICE: 04326745

| | | |
|---|---|---|
| 0.00 | 13,639.50 | 13,639.50 |

**PAYMENTS RECEIVED AFTER 04/28/2005 WILL BE REFLECTED ON NEXT MONTH'S INVOICE**

ACCOUNT ACTIVITY INCLUDED ON THIS INVOICE IS A REFLECTION OF WHAT WAS REPORTED BY YOUR VENDOR TO NYSE ON
YOUR BEHALF. DISCREPANCIES WITH THIS ACTIVITY SHOULD BE REPORTED DIRECTLY TO YOUR VENDOR.

FOR ALL OTHER BILLING OR ACCOUNT RELATED INQUIRIES, SUCH AS ADDRESS
CHANGES, NAME CHANGES, PURCHASE ORDERS AND CANCELLATIONS, PLEASE GO TO:

## HTTP://WWW.NYSEDATA.COM/MDS

226A011-015-0264

# Stanford Consulting Group, Inc.



Cisco Systems Securities Litigation
Case
Invoice # 7
July 21, 2005

Lerach, Coughlin Stoia Geller Rudman & Robbins
401 B Street, Suite 1700
San Diego, CA 92101-3356

Attention:    Spencer A. Burkholz, Esq.

For Account Use Only
Date Received:
Approval·
Case Name/No.: 201110  CISCO
Vendor No.: 1811    Disb. Code: L1017
Sequence No.: 00525    Voucher No.:
Date sent to:

| | |
|---|---|
| Professional Fees | $0 |
| Expenses | $3,012 |
| Total Professional Fees and Expenses | $3,012 |

PLEASE REMIT PAYABLE TO

Stanford Consulting Group, Inc.
702 Marshall Street, Suite 200
Redwood City, CA 94063

Federal Employer ID Number  ⇒  94-2809516

2

# Stanford Consulting Group, Inc.

## SUMMARY OF EXPENSES
### June 1, 2005  Thru  June 30, 2005

| | |
|---|---|
| Data | $3,001 |
| Telephone | $10 |
| Miscellaneous | $1 |
| Total Expenses | $3,012 |

3



# INVOICE



Dow Jones Reuters Business Interactive, LLC
P.O. Box 300, Princeton, NJ 08543-0300

Federal Tax ID # 22-3666528

Ms. CHRISTINA BROADWIN
702 MARSHALL STREET SUITE 200
REDWOOD CITY, CA 94063
UNITED STATES

|  |  |
|---|---|
|  | 9,502.00 |
|  | 00 00 9STA0083 |
|  | 10350786 |
|  | 01-Jun-2005 |

Track Usage or look-up invoices with Factiva's Membership Circle.
Click Support? in your Factiva product and then Billing & Usage

## SUMMARY OF CHARGES

**AMOUNT (USD)**

| | |
|---|---|
| Billing Period May 2005 Premium Usage | 9,502.00 |
| Account Total | 9,502.00 |
| SALES TAX | 0.00 |
| Invoice Total | 9,502.00 |

OR QUESTIONS ABOUT YOUR INVOICE OR TO
ONTACT CUSTOMER SERVICE, PLEASE VISIT
VW.FACTIVA.COM/CUSTOMERSERVICE/INVOICE

Pay-Per-View content fees,
where applicable,comprise an
Information Fee and a Service Fee

Registered Office: 1209 Orange Street
Wilmington, DE 19801
Registered in U.S.

---



PLEASE NOTE YOUR ACCOUNT NUMBER AND INVOICE NUMBER WHEN MAKING YOUR REMITTANCE

| ACCOUNT NO. | INVOICE AND INVOICE DATE | |
|---|---|---|
| 00 00 9STA0083 | 10350786 | 01 Jun 2005 |
| TERMS: DUE 30 DAYS FROM RECEIPT | | |
| AMOUNT DUE, USD | | |

**PLEASE REMIT TO:**

DJRBI, LLC
PO Box 7247-0237,
Philadelphia,
PA 19170-0237

1 00 00 919200100833 10350786 1 000950200

# Stanford Consulting Group, Inc.



Cisco Systems Securities Litigation
Case
Invoice # 8
September 26, 2005

Lerach, Coughlin Stoia Geller Rudman & Robbins
655 West Broadway, Suite 1900
San Diego, CA 92101-

Attention:    Spencer A. Burkholz, Esq.

Professional Fees                                          $13,681
Expenses                                                      $332
Total Professional Fees and Expenses                       $14,013

*ok to pay*
*Spence Burkholz*

PLEASE REMIT PAYABLE TO

Stanford Consulting Group, Inc.
702 Marshall Street, Suite 200
Redwood City, CA 94063

Federal Employer ID Number  →   94-2809516

**For Accounting Use Only**

Date Received:
Vendor No:            1811
Matter Name/No:   201110  Cisco
Employee ID:         00525
Disb. Code:           L1017
Voucher No:
Approval:

2

# Stanford Consulting Group, Inc.

## SUMMARY OF PROFESSIONAL FEES
### July 1, 2005 Thru August 31, 2005

|  | Hours | Rate | Fees |
|---|---|---|---|
| Bernadette Burns | 2.00 | $325 | $650 |
| Brian Dragun | 10.00 | $450 | $4,500 |
| Jason Erpenbeck | 6.50 | $200 | $1,300 |
| Tim Hoffman | 22.25 | $325 | $7,231 |
| Total |  |  | $13,681 |

## SUMMARY OF EXPENSES
### July 1, 2005 Thru August 31, 2005

| | |
|---|---|
| Telephone | $13 |
| Miscellaneous | $118 |
| Computer Programming | $200 |
| Total Expenses | $332 |

3

# Stanford Consulting Group, Inc.

## PROFESSIONAL FEE DETAIL

### July 1, 2005 Thru August 31, 2005

| Date | Hours | Description |
|------|-------|-------------|
| **Bernadette Burns** | | |
| 23-Aug-05 | 2.00 | Case meeting; conference call; review document needs |
| **Total** | **2.00** | |
| **Brian Dragun** | | |
| 22-Aug-05 | 3.50 | Reviewed documents |
| 27-Aug-05 | 6.50 | Reviewed documents |
| **Total** | **10.00** | |
| **Jason Erpenbeck** | | |
| 24-Aug-05 | 0.50 | Industry Index |
| 25-Aug-05 | 3.50 | Industry Index |
| 30-Aug-05 | 2.50 | Industry index, article search |
| **Total** | **6.50** | |
| **Tim Hoffman** | | |
| 22-Aug-05 | 5.50 | Review case documents |
| 23-Aug-05 | 5.00 | Review news and analyst data |
| 24-Aug-05 | 6.75 | Damages analysis |
| 25-Aug-05 | 5.00 | Damages analysis |
| **Total** | **22.25** | |
| **Period Total** | **40.75** | |

4

# Stanford Consulting Group, Inc.



Cisco Systems Securities Litigation
Case
Invoice # 9
October 24, 2005

Lerach, Coughlin Stoia Geller Rudman & Robbins
655 West Broadway, Suite 1900
San Diego, CA  92101-

Attention:   Spencer A. Burkholz, Esq.

**For Accounting Use Only**

Date Received:
Vendor No: 1811
Matter Name/No: 20110 CISCO
Employee ID: 005225
Dish. Code: L1017
Voucher No:
Approval:

| | |
|---|---|
| Professional Fees | $82,844 |
| Expenses | $1,329 |
| Total Professional Fees and Expenses | $84,173 |

### PLEASE REMIT PAYABLE TO

Stanford Consulting Group, Inc.
702 Marshall Street, Suite 200
Redwood City, CA  94063

Federal Employer ID Number   ⇒   94-2809516

2

## Stanford Consulting Group, Inc.

### SUMMARY OF PROFESSIONAL FEES
**September 1, 2005  Thru  September 30, 2005**

|                  | Hours  | Rate  | Fees     |
|------------------|--------|-------|----------|
| Blaine F. Nye    | 16.00  | $650  | $10,400  |
| Brian Dragun     | 42.00  | $450  | $18,900  |
| Jane Nettesheim  | 70.50  | $450  | $31,725  |
| Jason Erpenbeck  | 96.50  | $200  | $19,300  |
| Tim Hoffman      | 7.75   | $325  | $2,519   |
| Total            |        |       | $82,844  |

### SUMMARY OF EXPENSES
**September 1, 2005  Thru  September 30, 2005**

| | |
|---|---|
| Data                  | $247    |
| Telephone             | $91     |
| Miscellaneous         | $492    |
| Computer Programming  | $500    |
| Total Expenses        | $1,329  |

3

# Stanford Consulting Group, Inc.

## PROFESSIONAL FEE DETAIL

### September 1, 2005 Thru September 30, 2005

| Date | Hours | Description |
|------|-------|-------------|
| **Blaine F. Nye** | | |
| 02-Sep-05 | 1.50 | Review case documents |
| 08-Sep-05 | 2.50 | Meetings/discussions; review case documents |
| 14-Sep-05 | 4.50 | Meetings/discussions: review case documents |
| 26-Sep-05 | 4.50 | Meetings/discussions; review case documents |
| 30-Sep-05 | 3.00 | Meetings/discussions; review case documents |
| **Total** | **16.00** | |
| **Brian Dragun** | | |
| 06-Sep-05 | 2.50 | Reviewed analysis |
| 08-Sep-05 | 4.00 | Reviewed analysis |
| 10-Sep-05 | 2.50 | Reviewed analysis |
| 12-Sep-05 | 2.50 | Reviewed analysis |
| 26-Sep-05 | 4.00 | Worked on expert report, conference call with attorneys |
| 27-Sep-05 | 4.00 | Worked on expert report |
| 28-Sep-05 | 8.00 | Reviewed documents, worked on expert report |
| 29-Sep-05 | 8.00 | Reviewed conference calls, Chambers deposition |
| 30-Sep-05 | 6.50 | Worked on expert report |
| **Total** | **42.00** | |
| **Jane Nettesheim** | | |
| 02-Sep-05 | 2.00 | Review case documents |
| 08-Sep-05 | 4.00 | Review case documents; research; draft report |
| 09-Sep-05 | 5.00 | Review case documents; research; draft report |
| 12-Sep-05 | 3.00 | Review case documents; draft report |
| 13-Sep-05 | 2.50 | Draft report and exhibits |
| 14-Sep-05 | 6.00 | Draft report and exhibits |
| 15-Sep-05 | 6.00 | Information analysis |
| 16-Sep-05 | 4.00 | Draft report; information analysis |
| 19-Sep-05 | 4.50 | Draft report and exhibits |
| 20-Sep-05 | 7.00 | Draft report; information analysis |
| 21-Sep-05 | 0.50 | Information analysis; draft report |
| 26-Sep-05 | 8.50 | Draft report and exhibits; call; review case documents |
| 27-Sep-05 | 3.50 | Review case documents |
| 28-Sep-05 | 4.00 | Draft report and exhibits |
| 29-Sep-05 | 4.00 | Draft report and exhibits |
| 30-Sep-05 | 6.00 | Review case documents; calls; draft report and exhibits |
| **Total** | **70.50** | |

**Jason Erpenbeck**

4

# Stanford Consulting Group, Inc.

| | | |
|---|---|---|
| 02-Sep-05 | 1.50 | Industry Index |
| 08-Sep-05 | 5.00 | Update Cisco Trading Model |
| 09-Sep-05 | 6.50 | Build Exhibits |
| 12-Sep-05 | 7.50 | Cisco Industry Index & Exhibits |
| 13-Sep-05 | 1.00 | Data Recovery |
| 13-Sep-05 | 6.00 | Event Study |
| 14-Sep-05 | 5.50 | Event Study and Exhibits |
| 15-Sep-05 | 7.50 | Exhibits, Event Study |
| 16-Sep-05 | 1.25 | Work on Exhibits |
| 19-Sep-05 | 5.00 | Download and Organize Analyst Reports, Trading Model |
| 20-Sep-05 | 7.00 | Trading Model, IBES |
| 21-Sep-05 | 6.50 | IBES, Event Study |
| 22-Sep-05 | 5.50 | Work on Exhibits, Event Study, Trading Model |
| 23-Sep-05 | 6.50 | Industry Index with Post Period |
| 26-Sep-05 | 6.75 | TAQ Data, Conference Call, Exhibits |
| 27-Sep-05 | 5.50 | TAQ Data, Citations and Industry Index |
| 28-Sep-05 | 4.00 | Exhibits, Document List |
| 29-Sep-05 | 1.50 | Exhibits |
| 30-Sep-05 | 6.50 | Update Regression, Exhibits, Acquisitions |
| **Total** | **96.50** | |

**Tim Hoffman**

| | | |
|---|---|---|
| 26-Sep-05 | 5.25 | Review analyst reports and news |
| 30-Sep-05 | 2.50 | Review analyst reports |
| **Total** | **7.75** | |

**Period Total**      **232.75**

5

# THOMSON
# FINANCIAL.

INVOICE



| Invoice #: | 585136 |
|---|---|
| Agreement #: | 167757 |
| Billing Date: | 15-Aug-2005 |
| Due Date: | Due Upon Invoice |
| Amount Enclosed: | |
| Amount Due: | $768.75 |

☐ Check here if you have an address change. Please note changes on reverse side.

**Customer:**
Stanford Consulting Group Inc
Christina Broadwin
702 Marshall Street
Suite 200
Redwood City, CA   94063

**Remit Payment To:**

Thomson Financial
P.O. Box 5136
Carol Stream, IL  60197-5136

To ensure proper credit to your account, please include the invoice number on the check. Please detach and return top portion with payment.

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - -

Keep this portion for your records.

| User Company Name | User Name: | Bill-To Contact Name | Invoice # | Invoice Date |
|---|---|---|---|---|
| Stanford Consulting Group Inc | Christina Broadwin | Christina Broadwin | 585136 | 15-Aug-2005 |

| Qty | Product | Service Period | Amount |
|---|---|---|---|
| 1 | Thomson Value Add - Insider Data Feed Updates | 01-Aug-2005 - 31-Aug-2005 | $768.75 |

| | |
|---|---|
| Subtotal | $768.75 |
| Sales Tax | $0.00 |
| Invoice Total | $768.75 |
| Adjustments | $0.00 |
| Amount Due | $768.75 |

| Total Amount Due | $768.75 |
|---|---|

For invoice copies or payment questions, please call 888-TF1-Bill (888-831-2455) or e-mail: tf.billing@thomson.com.

Payments made after 14-Sep-2005 will be subject to a finance charge of 18% per YEAR

**Wire Transfer Information:**
| Wire Number: | 00-456-688 |
|---|---|
| Routing Number: | 031-001-033 |
| Swift Number: | BKTRUS33 |
| Beneficiary Bank: | Thomson Financial / Deutsche Bank Trust Company Americas 60 Wall Street |

**Payment by Check:**
Thomson Financial
P.O. Box 5136
Carol Stream, IL  60197-5136

## August 2005 Thomson Financial (Insider Data Feed)

| Project Name | Project Code | Percent of Time per Project 8/1/05 - 8/31/05 | Regular Thomson Financial Fee (Insider Data Feed) |
|---|---|---|---|
|  |  |  | $ |
|  |  |  | $ |
|  |  |  | $ |
| CISCO | 895 | 4.52 | $         34.72 |
|  |  |  | $ |
|  |  |  | $ |
|  |  |  | $ |
|  |  |  | $ |

| | Totals: | 100.00 | $         768.75 |
|---|---|---|---|



FactSet Research Systems Inc.
601 Merritt 7
Norwalk, Connecticut 06851

203.810.1000 / 203.810.1001 Fax

Invoice #32680508

August 31, 2005

Stanford Consulting Group, Inc.
702 Marshall Street
Suite 200
Redwood City, CA 94063

**FACTSET**

Attn: Ms. Christina Broadwin

Balance due at August 1, 2005

$4,750.00

| Services August 2005 | Quantity | Unit Price | Total |
|---|---|---|---|
| Basic Service Fee | 1 | 2,700.00 | 2,700.00 |
| LionShares Data | 1 | 750.00 | 750.00 |
| Fixed Income - Global | 1 | 1,500.00 | 1,500.00 |

Total Services August 2005

4,950.00

Payments received in August 2005

(4,750.00)

Balance due at August 31, 2005

$4,950.00
DUE UPON RECEIPT

*Danielle Friedel*

Danielle Friedel
Manager, Client Billing Services
Invoices@FactSet.com
203.810.1559

PLEASE REMIT TO:

Factset Research Systems, Inc.
General Post Office
PO Box 26710
New York, NY 10087-6710

Wiring instructions:Chase Manhattan Bank, New York, NY, ABA# 021 000 021 001  D  17  7

| From: | Spence Burkholz |
|---|---|
| To: | Jim DeGuelle |
| Date: | 11/9/2005 2:00:51 PM |
| Subject: | Fwd: Cisco |

ok to pay.  Damage expert bill for Cisco.

>>> Rika Ellis 11/09/05 11:02 AM >>>

## August 2005 Factset Usage



| Project Name | Project Code | Percent of Time per Project 8/1/05 – 8/31/05 | Regular Factset Fee | Fixed Income Fee | Total Amount to Allocate for Factset |
|---|---|---|---|---|---|
|  |  |  |  |  |  |
|  |  |  |  |  |  |
| CISCO | 895 | 4.52 | $ 155.81 |  | $ 155.81 |
|  |  |  |  |  |  |
|  |  |  |  |  |  |
|  |  |  |  |  |  |
| **Totals:** |  | 100.00 | $ 3,450.00 | $ 1,500.00 | $ 4,950.00 |

gave to BN 9-13-05

 **REUTERS**

Reuters Research Inc.
General Post Office
P.O. Box 26803
New York, NY 10087-6803

```
                 Page    2
Invoice #        MTX505090975
Invoice Date     09/01/2005
Customer #       V49667
```

INVOICE

Stanford Consulting Group
702 Marshall Street
Suite 200
Attn: Christine Broadwin
Redwood City CA 94063

---

**REMITTANCE SUMMARY**                                                    Extension

---

Please include this page with payment which is due in 30 days.

RECURRING CHARGES:
    RECURRING SERVICE CHARGES                                USD      1,250.00
                                                  --------------

TOTAL RECURRING CHARGES                                            USD      1,250.00

------------------------------------------------
                              Net Amount    USD      1,250.00


================================================
CURRENT INVOICE TOTAL    USD      1,250.00

Notes:
    Payment due 09/30/2005.
    If you have inquiries regarding your invoice,
    please contact at.

                                         mtx

## August 2005 Reuters Usage

| Project Name | Project Code | Percent of Time per Project 8/1/05 - 8/31/05 | Reuters Fee (Analyst Reports, Financials, Analyst Estimates and Forecasts) |
|---|---|---|---|
| ████████████ | ██ | ████ | $ ████ |
| | | | $ |
| | | | $ |
| CISCO | 895 | 4.52 | $ 56.45 |
| ████████████ | ██ | ████ | $ ████ |
| | | | $ |
| █████ | ██ | ████ | $ ████ |
| | | | $ |
| | | | $ |

| Totals | | 100.00 | $ 1,250.00 |
|---|---|---|---|



**S T A N F O R D**
**C O N S U L T I N G**
**G R O U P, I N C**

Blaine F. Nye
*President*

702 Marshall Street, Suite 200
Redwood City, CA 94063
Tel (650) 298-0200
Fax (650) 298-0210
blaine@scginc.com

November 17, 2005

RECD DEC - 6 2005

Spencer A. Burkholz, Esq.
Lerach, Coughlin Stoia Geller Rudman & Robbins
655 West Broadway, Suite 1900
San Diego, CA 92101-

R E C E I V E D

DEC 1 5 2005

A C C O U N T I N G

Dear Spence:

Please find enclosed SCG invoice #10 for fees and expenses incurred during the period
October 1, 2005 through October 31, 2005 relative to the Cisco Systems Securities
Litigation case. If you have any questions or concerns, please give me a call.

Best Regards,

Blaine F. Nye

| For Accounting Use Only | | |
|---|---|---|
| **Date Received:** | | |
| **Vendor No:** | 1811 | |
| **Matter Name/No:** | 20110 CISCO | |
| **Employee ID:** | 00525 | |
| **Disb. Code:** | 11017 | |
| **Voucher No:** | | |
| **Approval:** | | 12/15/05 |

Bena Leslie - Fwd: cisco

| | |
|---|---|
| **From:** | Jim DeGuelle |
| **To:** | Bena Leslie |
| **Date:** | 12/13/2005 10:04:17 AM |
| **Subject:** | Fwd: cisco |

Please print.  Have AP code

>>> Spence Burkholz 12/12/05 9:31 AM >>>
Damage expert bill.  Please pay

# Stanford Consulting Group, Inc.

Cisco Systems Securities Litigation
Case
Invoice # 10
November 17, 2005

Lerach, Coughlin Stoia Geller Rudman & Robbins
655 West Broadway, Suite 1900
San Diego, CA 92101·

Attention:   Spencer A. Burkholz, Esq.

| | |
|---|---|
| Professional Fees | $74,188 |
| Expenses | $3,535 |
| Total Professional Fees and Expenses | $77,722 |

PLEASE REMIT PAYABLE TO

Stanford Consulting Group, Inc.
702 Marshall Street, Suite 200
Redwood City, CA  94063

Federal Employer ID Number  ≈   94-2809516

2

## Stanford Consulting Group, Inc.

### SUMMARY OF PROFESSIONAL FEES
**October 1, 2005  Thru  October 31, 2005**

|                  | Hours  | Rate    | Fees     |
|------------------|--------|---------|----------|
| Blaine F. Nye    | 10.00  | $1,000  | $10,000  |
| Brian Dragun     | 55.00  | $450    | $24,750  |
| Jane Nettesheim  | 33.00  | $450    | $14,850  |
| Jason Erpenbeck  | 81.50  | $200    | $16,300  |
| Tim Hoffman      | 25.50  | $325    | $8,288   |
| Total            |        |         | $74,188  |

### SUMMARY OF EXPENSES
**October 1, 2005  Thru  October 31, 2005**

| | |
|---|---|
| Meals                 | $63     |
| Reference materials   | $125    |
| Data                  | $2,253  |
| Package delivery      | $39     |
| Telephone             | $151    |
| Miscellaneous         | $404    |
| Computer Programming  | $500    |
| Total Expenses        | $3,535  |

3

## Stanford Consulting Group, Inc.

### PROFESSIONAL FEE DETAIL
#### October 1, 2005  Thru  October 31, 2005

| | Date | Hours | Description |
|---|---|---|---|
| **Blaine F. Nye** | | | |
| | 05-Oct-05 | 1.50 | Meetings/discussions; review case documents |
| | 13-Oct-05 | 2.50 | Review case documents |
| | 14-Oct-05 | 1.50 | Meetings/discussions; review case documents |
| | 16-Oct-05 | 3.00 | Meetings/discussions; review case documents |
| | 17-Oct-05 | 1.50 | Meetings/discussions; review case documents |
| | **Total** | **10.00** | |
| **Brian Dragun** | | | |
| | 03-Oct-05 | 8.00 | Expert report |
| | 04-Oct-05 | 8.00 | Expert report |
| | 05-Oct-05 | 2.00 | Expert report. |
| | 05-Oct-05 | 8.00 | Worked on expert report |
| | 07-Oct-05 | 6.50 | Worked on expert report |
| | 10-Oct-05 | 3.50 | Worked on expert report. |
| | 11-Oct-05 | 3.50 | Worked on expert report. |
| | 12-Oct-05 | 4.50 | Worked on expert report |
| | 13-Oct-05 | 3.50 | Reviewed report, discuissions/meetings |
| | 14-Oct-05 | 2.50 | Worked on rebuttal report. |
| | 17-Oct-05 | 5.00 | Expert report |
| | **Total** | **55.00** | |
| **Jane Nettesheim** | | | |
| | 03-Oct-05 | 4.00 | Review case documents |
| | 04-Oct-05 | 1.00 | Analyses |
| | 05-Oct-05 | 2.00 | Call; analyses |
| | 11-Oct-05 | 1.00 | Call; draft report |
| | 12-Oct-05 | 3.00 | Draft report |
| | 13-Oct-05 | 5.00 | Draft report and exhibits |
| | 14-Oct-05 | 4.00 | Draft report and exhibits; review case documents |
| | 16-Oct-05 | 9.00 | Draft report and exhibits; research; review case documents |
| | 17-Oct-05 | 4.00 | Draft report and exhibits |
| | **Total** | **33.00** | |
| **Jason Erpenbeck** | | | |
| | 03-Oct-05 | 8.50 | Exhibits, Event Study, Ribbon |
| | 04-Oct-05 | 5.00 | Industry Index, Damages Analysis |
| | 05-Oct-05 | 7.00 | Damages Analysis, Ribbon, Exhibits |
| | 06-Oct-05 | 7.50 | Damages Analysis, Ribbon, Exhibits |
| | 07-Oct-05 | 5.50 | Damages Analysis |

4

# Stanford Consulting Group, Inc.

|  |  |  |
|---|---|---|
| 10-Oct-05 | 2.00 | Damages Analysis, Work on Report |
| 11-Oct-05 | 5.00 | Work on Report |
| 12-Oct-05 | 7.00 | Work on Report |
| 13-Oct-05 | 8.00 | Work on Report |
| 14-Oct-05 | 8.50 | Work on Report |
| 16-Oct-05 | 6.50 | Work on Report |
| 17-Oct-05 | 8.00 | Finalize Report |
| 18-Oct-05 | 3.00 | Backup Binder |
| **Total** | **81.50** | |

**Tim Hoffman**

|  |  |  |
|---|---|---|
| 03-Oct-05 | 7.00 | Damages analysis for report |
| 04-Oct-05 | 8.00 | Meetings; review analyst reports |
| 16-Oct-05 | 8.00 | Assist BN with report |
| 17-Oct-05 | 2.50 | Assist BN with report |
| **Total** | **25.50** | |

**Period Total** **205.00**

5

 **LexisNexis·**

S FEDERAL TAX ID 52-1471842
ANADIAN GST REGISTRATION NUMBER 123397457RT
'''' AND BRADSTREET NUMBER 87-767-3083
|

| INVOICE NO. | INVOICE DATE |
|---|---|
| 0509057739 | 30-SEP-05 |

BILLING PERIOD   01-SEP-05 - 30-SEP-05

| ACCOUNT NUMBER |
|---|
| 102HTZ |

'''FOR INQUIRIES REGARDING THIS INVOICE
CONTACT YOUR ACCOUNT REPRESENTATIVE '''
FOR THE NAME AND NUMBER OF YOUR
REPRESENTATIVE CALL 800-543-6862.

IVOICE TO:
TTENTION: CHRISTINA BROADWIN
CG INC
)2 MARSHALL ST STE 200
EDWOOD CITY CA 94063-1823
NITED STATES

## INVOICE SUMMARY

| DESCRIPTION | TOTAL AMOUNT |
|---|---|
| **CURRENT PERIOD CHARGES** | |
| LEXISNEXIS ONLINE CHARGES | $70.89 |
| ADMINISTRATIVE CHARGES | $125.00 |
| **CURRENT PERIOD TOTAL** | $195.89 |

*project 895 for $195.89*

*Thx!*
*Christina*

---

**\*\*DETACH AND RETURN THIS PORTION WITH PAYMENT\*\***

**LexisNexis·**

FEDERAL TAX ID 52-1471842
NADIAN GST REGISTRATION NUMBER 123397457RT
N AND BRADSTREET NUMBER 87-767-3083

| INVOICE NO. | INVOICE DATE |
|---|---|
| 0509057739 | 30-SEP-05 |

BILLING PERIOD   01-SEP-05 - 30-SEP-05

| ACCOUNT NUMBER |
|---|
| 102HTZ |

| AMOUNT DUE IN: | |
|---|---|
| US DOLLAR | $195.89 |

PAYMENT TERMS:  NET 10 DAYS FROM RECEIPT

LEXISNEXIS
PO BOX 894166
LOS ANGELES, CA 90189-4166

\*\*\*\*\*\*\*\* AUP2 \* MIXED AADC 442
ATTENTION: CHRISTINA BROADWIN
SCG INC
702 MARSHALL ST STE 200
REDWOOD CITY CA 94063-1823
UNITED STATES

AMOUNTS WHICH HAVE NOT BEEN PAID WITHIN 30 DAYS AFTER
THE INVOICE DATE WILL THEREAFTER, UNTIL PAID, BE
SUBJECT TO A LATE PAYMENT CHARGE AT A RATE EQUAL TO
18.000% PER ANNUM (OR, IF LESS, THE MAXIMUM RATE
PERMITTED UNDER APPLICABLE LAW).

102HTZ3200509300509057739000000195898

1



| INVOICE NO. | INVOICE DATE |
|---|---|
| 0509057739 | 30-SEP-05 |

**BILLING PERIOD** 01-SEP-05 - 30-SEP-05

| ACCOUNT NUMBER |
|---|
| 102NTZ |

VVOICE TO:
:CG INC
02 MARSHALL ST STE 200
WOOD CITY CA 94063-1823
.ENTION: CHRISTINA BROADWIN

## CURRENT PERIOD CHARGES, CREDITS AND TAX

**LEXISNEXIS ONLINE CHARGES**

TRANSACTIONAL USE

| | | GROSS AMOUNT | DISCOUNT AMOUNT | NET AMOUNT | TOTAL AMOUNT |
|---|---|---|---|---|---|
| USE PRINT | | $70.89 | $0.00 | $70.89 | |
| | SUBTOTAL | $0.00 | $0.00 | $0.00 | |
| | | | | $70.89 | |
| TOTAL TRANSACTIONAL USE INFORMATION | | | | | |
| TOTAL LEXISNEXIS ONLINE CHARGES | | | | | $70.89 |
| | | | | | $70.89 |

| | QUANTITY | NET AMOUNT | |
|---|---|---|---|
| ADMINISTRATIVE CHARGES FIRST BUILDING | 1 | $125.00 | |
| | | | $125.00 |

CURRENT PERIOD CHARGES, CREDITS AND TAX

| |
|---|
| $195.89 |

2

 LexisNexis·

| INVOICE NO. | INVOICE DATE |
|---|---|
| 0509057739 | 30-SEP-05 |

BILLING PERIOD    01-SEP-05 - 30-SEP-05

| ACCOUNT NUMBER |
|---|
| 102HT2 |

IVOICE TO:
FG INC
MARSHALL ST STE 200
WOOD CITY CA 94063-1823
TTENTION: CHRISTINA BROADWIN

## IMPORTANT INFORMATION

FYI...
$1 PER SEARCH IS ALLOCATED TO TELECOMMUNICATION CHARGES OTHER THAN SEARCHES CONDUCTED OVER THE
INTERNET AND IS TAXABLE IN THE FOLLOWING STATES:
MA, NJ, KS, WA, NC, RI, TN, OK, PA & WI.

YOU CAN VIEW YOUR CURRENT, UP TO DATE, STATEMENT OF ACCOUNT VIA POWERINVOICE AT
WWW.LEXISNEXIS.COM/POWERINVOICE.

4