UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| In re CISCO SYSTEMS, INC. SECURITIES LITIGATION ) ) ) | Master File No. C-01-20418-JW(PVT) |
| ) | <u>CLASS ACTION</u> |
| This Document Relates To: ) ) ALL ACTIONS. ) ) | [PROPOSED] REVISED FINAL JUDGMENT AND ORDER OF DISMISSAL WITH PREJUDICE |
| | DATE:     December 5, 2006<br>TIME:      9:00 a.m.<br>COURTROOM:  The Honorable James Ware |

This matter came before the Court for hearing pursuant to the Order Preliminarily Approving Settlement and Providing for Notice ("Order") dated September 11, 2006, on the application of the parties for approval of the settlement set forth in the Stipulation of Settlement dated as of August 28, 2006 (the "Stipulation"). Due and adequate notice having been given to the Class as required in said Order, and the Court having considered all papers filed and proceedings had herein and otherwise being fully informed in the premises and good cause appearing therefore, IT IS HEREBY ORDERED, ADJUDGED AND DECREED that:

1.   This Judgment incorporates by reference the definitions in the Stipulation, and all terms used herein shall have the same meanings as set forth in the Stipulation, unless otherwise set forth herein.

2.   This Court has jurisdiction over the subject matter of the Litigation and over all parties to the Litigation, including all Members of the Class.

3.   "Class" means all Persons (other than those Persons who timely and validly requested exclusion from the Class) who purchased Cisco securities between November 10, 1999 and February 6, 2001 and held those securities on the last day of that period. Excluded from the Class are the Defendants and officers and directors of the Defendants, as well as their families, and the families of any Defendant. Also excluded from the Class are those Persons identified in Exhibit 1 hereto.

4.   Pursuant to Federal Rule of Civil Procedure 23, this Court hereby approves the settlement set forth in the Stipulation and finds that said settlement is, in all respects, fair, just, reasonable and adequate to the Class.

5.   The Court hereby approves the settlement set forth in the Stipulation and finds that:

(a)   said Stipulation is, in all respects, fair, reasonable and adequate and in the best interest of the Class;

(b)   there was no collusion in connection with the Stipulation;

(c)   the Stipulation was the product of informed, arm's-length negotiations among competent, able counsel; and

(d)   the record is sufficiently developed and complete to have enabled the Lead Plaintiffs and Defendants to have adequately evaluated and considered their positions.

6. Accordingly, the Court authorizes and directs implementation of all the terms and provisions of the Stipulation, as well as the terms and provisions hereof. The Court hereby dismisses the Litigation and all Released Claims of the Class with prejudice, without costs as to any Settling Party, except as and to the extent provided in the Stipulation and herein.

7. The Court finds that the Stipulation and settlement are fair, just, reasonable and adequate as to each of the Settling Parties, and that the Stipulation and settlement are hereby finally approved in all respects, and the Settling Parties are hereby directed to perform its terms.

8. Upon the Effective Date hereof, the Lead Plaintiffs shall, and each of the Class Members shall be deemed to have, and by operation of the Judgment shall have, fully, finally, and forever released, relinquished and discharged all Released Claims against the Released Persons, whether or not such Class Member executes and delivers the Proof of Claim and Release.

9. All Class Members are hereby forever barred and enjoined from prosecuting any of the Released Claims against any of the Released Persons.

10. Upon the Effective Date hereto, each of the Defendants shall be deemed to have, and by operation of this Judgment shall have, fully, finally, and forever released, relinquished and discharged each and all of the Class Members and counsel to the Lead Plaintiffs from all claims (including Unknown Claims) arising out of, relating to, or in connection with the institution, prosecution, assertion, settlement or resolution of the Litigation or the Released Claims.

11. The Notice of Pendency and Proposed Settlement of Class Action given to the Class was the best notice practicable under the circumstances, including the individual notice to all Members of the Class who could be identified through reasonable effort. Said notice provided the best notice practicable under the circumstances of those proceedings and of the matters set forth therein, including the proposed settlement set forth in the Stipulation, to all Persons entitled to such notice, and said notice fully satisfied the requirements of Federal Rule of Civil Procedure 23 and the requirements of due process.

12. Any Plan of Allocation submitted by Plaintiffs' Co-Lead Counsel or any order entered regarding any attorneys' fee and expense application shall in no way disturb or affect this Final Judgment and shall be considered separate from this Final Judgment.

13. Neither the Stipulation nor the settlement contained therein, nor any act performed or document executed pursuant to or in furtherance of the Stipulation or the settlement: (a) is or may be deemed to be or may be used as an admission of, or evidence of, the validity of any Released Claim, or of any wrongdoing or liability of the Defendants or their respective Related Parties, or (b) is or may be deemed to be or may be used as an admission of, or evidence of, any fault or omission of any of the Defendants or their respective Related Parties in any civil, criminal or administrative proceeding in any court, administrative agency or other tribunal. Defendants and/or their respective Related Parties may file the Stipulation and/or the Judgment from this action in any other action that may be brought against them in order to support a defense or counterclaim based on principles of *res judicata*, collateral estoppel, release, good faith settlement, judgment bar or reduction or any theory of claim preclusion or issue preclusion or similar defense or counterclaim.

14. Without affecting the finality of this Judgment in any way, this Court hereby retains continuing jurisdiction over: (a) implementation of this settlement and any award or distribution of the Settlement Fund, including interest earned thereon; (b) disposition of the Settlement Fund; (c) hearing and determining applications for attorneys' fees, interest and expenses in the Litigation; and (d) all parties hereto for the purpose of construing, enforcing and administering the Stipulation.

15. The Court finds that during the course of the Litigation, the Settling Parties and their respective counsel at all times complied with the requirements of Federal Rule of Civil Procedure 11.

16. In the event that the settlement does not become effective in accordance with the terms of the Stipulation, or the Effective Date does not occur, or in the event that the Settlement Fund, or any portion thereof, is returned to the Defendants or their insurers, then this Judgment shall be rendered null and void to the extent provided by and in accordance with the Stipulation and shall be vacated and, in such event, all orders entered and releases delivered in connection herewith shall be null and void to the extent provided by and in accordance with the Stipulation.

17. Without further order of the Court, the Settling Parties may agree to reasonable extensions of time to carry out any of the provisions of the Stipulation.

18. There is no reason for delay in the entry of this Final Judgment and Order of Dismissal with Prejudice and immediate entry by the Clerk of the Court is expressly directed pursuant to Rule 54(b) of the Federal Rules of Civil Procedure.

IT IS SO ORDERED.

DATED: ___December 5, 2006___  _____
THE HONORABLE JAMES WARE
UNITED STATES DISTRICT JUDGE

Submitted by:

LERACH COUGHLIN STOIA GELLER
   RUDMAN & ROBBINS LLP
WILLIAM S. LERACH
KEITH F. PARK
SPENCER A. BURKHOLZ
DANIEL S. DROSMAN
JONAH H. GOLDSTEIN
MATTHEW P. MONTGOMERY
LUCAS F. OLTS
JESSICA D. TALLY


_____s/Spencer A. Burkholz_____
      SPENCER A. BURKHOLZ

655 West Broadway, Suite 1900
San Diego, CA 92101
Telephone: 619/231-1058
619/231-7423 (fax)

[PROPOSED] REVISED FINAL JUDGMENT AND ORDER OF DISMISSAL
WITH PREJUDICE - C-01-20418-JW(PVT)  - 4 -

| | |
|---|---|
| 1 | |
| 2 | LERACH COUGHLIN STOIA GELLER<br>  RUDMAN & ROBBINS LLP<br>PATRICK J. COUGHLIN |
| 3 | LESLEY E. WEAVER<br>100 Pine Street, Suite 2600 |
| 4 | San Francisco, CA  94111<br>Telephone: 415/288-4545 |
| 5 | 415/288-4534 (fax) |
| 6 | LERACH COUGHLIN STOIA GELLER<br>  RUDMAN & ROBBINS LLP |
| 7 | SANDRA STEIN<br>1845 Walnut Street, 25th Floor |
| 8 | Philadelphia, PA  19103<br>Telephone: 215/988-9546 |
| 9 | 215/988-9885 (fax) |
| 10 | LEVIN, PAPANTONIO, THOMAS, MITCHELL, |
| 11 |   ECHSNER & PROCTOR, P.A.<br>TIMOTHY M. O'BRIEN |
| 12 | 316 South Baylen Street, Suite 600<br>Pensacola, FL  32501 |
| 13 | Telephone: 850/435-7000<br>850/497-7057 (fax) |
| 14 | |
| | Co-Lead Counsel for Plaintiffs |
| 15 | |
| 16 | O'DONOGHUE & O'DONOGHUE LLP<br>LOUIS P. MALONE |
| 17 | 4748 Wisconsin Avenue, N.W.<br>Washington, DC  20016<br>Telephone: 202/362-0041 |
| 18 | 202/362-2640 (fax) |
| 19 | Additional Counsel for Plaintiffs |
| 20 | S:\Settlement\Cisco.set\REVISED JUDGMENT 00036812.doc |

[PROPOSED] REVISED FINAL JUDGMENT AND ORDER OF DISMISSAL WITH PREJUDICE - C-01-20418-JW(PVT)     - 5 -

CERTIFICATE OF SERVICE

I hereby certify that on December 1, 2006, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the e-mail addresses denoted on the attached Electronic Mail Notice List, and I hereby certify that I have mailed the foregoing document or paper via the United States Postal Service to the non-CM/ECF participants indicated on the attached Manual Notice List.

I further certify that I caused this document to be forwarded to the following designated Internet site at: http://securities.lerachlaw.com/.

 s/Spencer A. Burkholz
SPENCER A. BURKHOLZ

LERACH COUGHLIN STOIA GELLER
   RUDMAN & ROBBINS LLP
655 West Broadway, Suite 1900
San Diego, CA 92101
Telephone: 619/231-1058
619/231-7423 (fax)
E-mail: SpenceB@lerachlaw.com

# Mailing Information for a Case 5:01-cv-20418-JW

**Electronic Mail Notice List**

The following are those who are currently on the list to receive e-mail notices for this case.

- **George E. Barrett**
  gbarrett@barrettjohnston.com
- **Eric J. Belfi**
  ebelfi@labaton.com ElectronicCaseFiling@labaton.com
- **Stuart L. Berman**
  sberman@sbclasslaw.com
- **Ronald S Betman**
  rbetman@winston.com
- **Patrice L. Bishop**
  service@ssbla.com
- **Norman J. Blears**
  nblears@hewm.com susan.griffin-preston@hellerehrman.com;yvonne.somek@hellerehrman.com;victor.gonzales@hellerehrman.com
- **Ruth Marian Bond, Esq**
  ruth.bond@sfgov.org blanca.martin@sfgov.org
- **Jennifer Corinne Bretan**
  jbretan@fenwick.com
- **George H. Brown**
  gbrown@hewm.com nsims@hewm.com;rsazegari@hewm.com
- **Spencer A. Burkholz**
  SpenceB@lerachlaw.com e_file_sd@lerachlaw.com;e_file_sf@lerachlaw.com
- **Connie M. Cheung**
  conniec@lerachlaw.com
  e_file_sd@lerachlaw.com;e_file_sf@lerachlaw.com;KiyokoH@lerachlaw.com
- **James Nixon Daniel**
  jnd@beggslane.com
- **Daniel S. Drosman**
  DanD@lerachlaw.com e_file_sd@lerachlaw.com;e_file_sf@lerachlaw.com
- **Krista M. Enns**
  kenns@winston.com hhammon@winston.com
- **Kathryn Fritz**
  kfritz@fenwick.com
- **Donald P. Gagliardi**
  dgagliardi@be-law.com vross@be-law.com
- **Bruce C. Gibney**
  bgibney@hewm.com
- **Daniel C. Girard**
  girardgibbs@girardgibbs.com cma@girardgibbs.com

- **Lionel Z. Glancy**
  info@glancylaw.com
- **Jonah Goldstein**
  jonahg@lerachlaw.com
- **Mark Gordon**
- **John Halebian**
  jhalebian@lshllp.com lshscanner@lshllp.com
- **Thomas J. Harrison**
- **Alice L. Jensen**
  ajensen@fenwick.com vadelman@fenwick.com
- **Robert A. Jigarjian**
  CAND.USCOURTS@CLASSCOUNSEL.COM
- **Willem F. Jonckheer**
  wjonckheer@schubert-reed.com
- **Dean S. Kristy**
  dkristy@fenwick.com
- **Felix Lee**
  flee@fenwick.com
- **William S. Lerach**
  e_file_sd@lerachlaw.com
- **Robert L. Michels**
  rmichels@winston.com
- **Matthew Paul Montgomery**
  mattm@lerachlaw.com e_file_sd@lerachlaw.com;e_file_sf@lerachlaw.com
- **Kevin P. Muck**
  kmuck@fenwick.com cprocida@fenwick.com
- **Lucas Olts**
  LukeO@Lerachlaw.com
- **Troy Alan Rafferty**
  trafferty@levinlaw.com balverson@levinlaw.com
- **Brian J. Robbins**
  robbins@ruflaw.com
  zimmer@ruflaw.com;maytorena@ruflaw.com;sputtick@ruflaw.com
- **Darren J. Robbins**
- **Daniel T. Rockey**
  drockey@hewm.com nsims@hewm.com;rsazegari@hewm.com
- **Michael L. Rugen**
  mrugen@hewm.com
- **Robert Yale Sperling**
  rsperling@winston.com
- **James G. Stranch, III**
  jgs@branstetterlaw.com rjordan@branstetterlaw.com
- **Jessica Tally**
  JessicaT@lerachlaw.com
- **Carol Lynn Thompson**
  CTHOMPSON@HEWM.COM

- **Lesley E. Weaver**
  lesleyw@lerachlaw.com e_file_sf@lerachlaw.com
- **Dan Keith Webb**
  dwebb@winston.com
- **Ethan Richard York**
  eyork@winston.com ECF_CH@winston.com

## Manual Notice List

The following is the list of attorneys who are **not** on the list to receive e-mail notices for this case (who therefore require manual noticing). You may wish to use your mouse to select and copy this list into your word processing program in order to create notices or labels for these recipients.

```
J. Erik Connolly
Winston & Strawn LLP
West  Wacker Drive
Chicago, IL 60601-9703

Christopher Alan Garcia
Attorney at Law
Dell, Inc
1 Dell Way-Legal
Round Rock, TX 78682

Frederick W. Gerkens, III
Wechsler Harwood Halebian & Feffer, LLP
488 Madison Avenue, 8th Floor
New York,, NY 10022

Corey D. Holzer
Holzer Holzer & Cannon LLC
1117 Perimeter Center West
Suite E-107
Atlanta, GA 30338

Peter Lawrence Kaufman
Levin Papantonio Thomas Mitchell Echsner
316 South Baylen Street, Suite 600
Pensacola, FL 32502

Frederick T. Kuykendall
Levin Papantonio Thomas Mitchell Echsner
316 South Baylen Street, Suite 600
Pensacola, Fl 32501

Christopher R. Leclerc
Heller Ehrman LLP
275 Middlefield Road
Menlo Park, Ca 94025-3506
```

Fredric G. Levin
Levin PapantonioThomas Mitchell Echsner
316 South Baylen Street, Suite 600
Pensacola, fL 32501

Timothy M. O'Brien
Levin Papantonio Thomas Mitcgell Echsner
316 South Baylen Street, Suite 600
Pensacola, Fl 32501

J. Papantonio Papantonio
Levin, Papantonio, Thomas, Mitchell, Ech
316 South Baylen Street, Suite 600
Pensacola,, Fl 32501

Joe Scarborough
Levin, Papantonio, Thomas, Mitchell, Ech
316 South Baylen Street, Suite 600
Pensacola,, Fl 32501

Robert E. Smith, JR
Levin Papantonio thomas Mitchell Echsner
316 South Baylen St., Ste 400
Pensacola, FL 32502

Melvyn I. Weiss
Attorney at Law
One Pennsylvania Plaza
New York, NY 10119-1063

Manual Service List (cont.)
*In re Cisco Systems, Inc. Sec. Litig.*
Master File No. C-01-20418-JW(PVT)

Stephen B. Morris, APC
MORRIS and ASSOCIATES
401 West "A" Street, Suite 2200
San Diego, CA 92101
Telephone: 619/239-1300

Wayne Schneider, General Counsel
NEW YORK STATE TEACHERS' RETIREMENT SYSTEM
10 Corporate Woods Drive
Albany, NY 12211-2395
Telephone: 800/356-3128

Richard P. Bosson
2703 Montague Court East
Clearwater, FL 33761

Charles W. Morgan
2220 Calle Opalo
San Clemente, CA 92673
Telephone: 949/498-8296

John P. Dillman
Tara L. Grundemeier
1301 Travis, Suite 300
Houston, TX 77002
Telephone: 713/844-3436

John R. Ihms
19149 Sierra Estates Drive
Newhall, CA 91321-2272

Lee M. Cassidy
1503 North Colonial Court
Arlington, VA 22209

Steven L. Moldane
3309 142nd Place NE
Bellevue, WA 98007-3249
Telephone: 425/376-2830