UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| In re CISCO SYSTEMS, INC. SECURITIES LITIGATION | Master File No. C-01-20418-JW(PVT) |
| | CLASS ACTION |
| This Document Relates To:<br><br>ALL ACTIONS. | [~~PROPOSED~~] REVISED ORDER AWARDING PLAINTIFFS' COUNSEL'S ATTORNEYS FEES AND REIMBURSEMENT OF EXPENSES |
| | DATE:   December 5, 2006<br>TIME:   9:00 a.m.<br>COURTROOM:   The Honorable James Ware |

This matter having come before the Court on December 5, 2006, on the application of plaintiffs' counsel for an award of attorneys' fees and reimbursement of expenses incurred in the Litigation, the Court, having considered all papers filed and proceedings conducted herein, having found the settlement of this action to be fair, reasonable and adequate and otherwise being fully informed in the premises and good cause appearing therefor;

IT IS HEREBY ORDERED, ADJUDGED AND DECREED that:

1. All of the capitalized terms used herein shall have the same meanings as set forth in the Stipulation of Settlement dated as of August 28, 2006 (the "Stipulation"), and filed with the Court.

2. This Court has jurisdiction over the subject matter of this application and all matters relating thereto, including all Members of the Class who have not timely and validly requested exclusion.

3. The Court hereby awards plaintiffs' counsel attorneys' fees of $15 million plus reimbursement of litigation expenses in the amount of $8,732,524.27 together with the interest earned thereon for the same time period and at the same rate as that earned on the Settlement Fund until paid. The Court finds that the amount of fees awarded is appropriate and that the amount of fees awarded are fair and reasonable under the "percentage-of-recovery" method and when cross-checked under the lodestar/multiplier method, given the substantial risks of non-recovery, the time and effort involved, and the result obtained for the Class.

4. The fees shall be allocated among plaintiffs' counsel by Lerach Coughlin Stoia Geller Rudman & Robbins LLP in a manner which reflects each such plaintiffs' counsel's contribution to the institution, prosecution and resolution of the Litigation.

5. The awarded attorneys' fees and expenses and interest earned thereon shall immediately be paid to plaintiffs' counsel subject to the terms, conditions and obligations of the

[PROPOSED] REVISED ORDER AWARDING PLAINTIFFS' COUNSEL'S
ATTORNEYS' FEES AND EXPENSES - C-01-20418-JW(PVT)                                    - 1 -

1 | Stipulation, and in particular ¶6.4 thereof which terms, conditions and obligations are incorporated
2 | herein.

3      6.     Lead Plaintiffs Central States, Southeast and Southwest Areas Pension Fund, Alexander Nehring and John J. Petrera, Jr. are awarded $16,023.28, $75,000.00 and $18,000.00, respectively, as reimbursement for their expenses incurred in the Litigation.

IT IS SO ORDERED.

DATED: December 5, 2006

_____
THE HONORABLE JAMES WARE
UNITED STATES DISTRICT JUDGE

Submitted by:

LERACH COUGHLIN STOIA GELLER
  RUDMAN & ROBBINS LLP
WILLIAM S. LERACH
KEITH F. PARK
SPENCER A. BURKHOLZ
DANIEL S. DROSMAN
JONAH H. GOLDSTEIN
MATTHEW P. MONTGOMERY
LUCAS F. OLTS
JESSICA D. TALLY


     s/Spencer A. Burkholz
    SPENCER A. BURKHOLZ

655 West Broadway, Suite 1900
San Diego, CA 92101
Telephone: 619/231-1058
619/231-7423 (fax)

[PROPOSED] REVISED ORDER AWARDING PLAINTIFFS' COUNSEL'S
ATTORNEYS' FEES AND EXPENSES - C-01-20418-JW(PVT)       - 2 -

LERACH COUGHLIN STOIA GELLER
  RUDMAN & ROBBINS LLP
PATRICK J. COUGHLIN
LESLEY E. WEAVER
100 Pine Street, Suite 2600
San Francisco, CA 94111
Telephone: 415/288-4545
415/288-4534 (fax)

LERACH COUGHLIN STOIA GELLER
  RUDMAN & ROBBINS LLP
SANDRA STEIN
1845 Walnut Street, 25th Floor
Philadelphia, PA 19103
Telephone: 215/988-9546
215/988-9885 (fax)

LEVIN, PAPANTONIO, THOMAS, MITCHELL,
  ECHSNER & PROCTOR, P.A.
TIMOTHY M. O'BRIEN
316 South Baylen Street, Suite 600
Pensacola, FL 32501
Telephone: 850/435-7000
850/497-7057 (fax)

Co-Lead Counsel for Plaintiffs

O'DONOGHUE & O'DONOGHUE LLP
LOUIS P. MALONE
4748 Wisconsin Avenue, N.W.
Washington, DC 20016
Telephone: 202/362-0041
202/362-2640 (fax)

Additional Counsel for Plaintiffs

S:\Settlement\Cisco.set\REVISED ORD FEE 00036731.doc

[~~PROPOSED~~] REVISED ORDER AWARDING PLAINTIFFS' COUNSEL'S
ATTORNEYS' FEES AND EXPENSES - C-01-20418-JW(PVT)                    - 3 -

CERTIFICATE OF SERVICE

I hereby certify that on December 1, 2006, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the e-mail addresses denoted on the attached Electronic Mail Notice List, and I hereby certify that I have mailed the foregoing document or paper via the United States Postal Service to the non-CM/ECF participants indicated on the attached Manual Notice List.

I further certify that I caused this document to be forwarded to the following designated Internet site at: http://securities.lerachlaw.com/.

    s/Spencer A. Burkholz
SPENCER A. BURKHOLZ

LERACH COUGHLIN STOIA GELLER
   RUDMAN & ROBBINS LLP
655 West Broadway, Suite 1900
San Diego, CA 92101
Telephone: 619/231-1058
619/231-7423 (fax)
E-mail: SpenceB@lerachlaw.com

# Mailing Information for a Case 5:01-cv-20418-JW

## Electronic Mail Notice List

The following are those who are currently on the list to receive e-mail notices for this case.

- **George E. Barrett**
  gbarrett@barrettjohnston.com
- **Eric J. Belfi**
  ebelfi@labaton.com ElectronicCaseFiling@labaton.com
- **Stuart L. Berman**
  sberman@sbclasslaw.com
- **Ronald S Betman**
  rbetman@winston.com
- **Patrice L. Bishop**
  service@ssbla.com
- **Norman J. Blears**
  nblears@hewm.com susan.griffin-preston@hellerehrman.com;yvonne.somek@hellerehrman.com;victor.gonzales@hellerehrman.com
- **Ruth Marian Bond, Esq**
  ruth.bond@sfgov.org blanca.martin@sfgov.org
- **Jennifer Corinne Bretan**
  jbretan@fenwick.com
- **George H. Brown**
  gbrown@hewm.com nsims@hewm.com;rsazegari@hewm.com
- **Spencer A. Burkholz**
  SpenceB@lerachlaw.com e_file_sd@lerachlaw.com;e_file_sf@lerachlaw.com
- **Connie M. Cheung**
  conniec@lerachlaw.com
  e_file_sd@lerachlaw.com;e_file_sf@lerachlaw.com;KiyokoH@lerachlaw.com
- **James Nixon Daniel**
  jnd@beggslane.com
- **Daniel S. Drosman**
  DanD@lerachlaw.com e_file_sd@lerachlaw.com;e_file_sf@lerachlaw.com
- **Krista M. Enns**
  kenns@winston.com hhammon@winston.com
- **Kathryn Fritz**
  kfritz@fenwick.com
- **Donald P. Gagliardi**
  dgagliardi@be-law.com vross@be-law.com
- **Bruce C. Gibney**
  bgibney@hewm.com
- **Daniel C. Girard**
  girardgibbs@girardgibbs.com cma@girardgibbs.com

- **Lionel Z. Glancy**
  info@glancylaw.com
- **Jonah Goldstein**
  jonahg@lerachlaw.com
- **Mark Gordon**
- **John Halebian**
  jhalebian@lshllp.com lshscanner@lshllp.com
- **Thomas J. Harrison**
- **Alice L. Jensen**
  ajensen@fenwick.com vadelman@fenwick.com
- **Robert A. Jigarjian**
  CAND.USCOURTS@CLASSCOUNSEL.COM
- **Willem F. Jonckheer**
  wjonckheer@schubert-reed.com
- **Dean S. Kristy**
  dkristy@fenwick.com
- **Felix Lee**
  flee@fenwick.com
- **William S. Lerach**
  e_file_sd@lerachlaw.com
- **Robert L. Michels**
  rmichels@winston.com
- **Matthew Paul Montgomery**
  mattm@lerachlaw.com e_file_sd@lerachlaw.com;e_file_sf@lerachlaw.com
- **Kevin P. Muck**
  kmuck@fenwick.com cprocida@fenwick.com
- **Lucas Olts**
  LukeO@Lerachlaw.com
- **Troy Alan Rafferty**
  trafferty@levinlaw.com balverson@levinlaw.com
- **Brian J. Robbins**
  robbins@ruflaw.com
  zimmer@ruflaw.com;maytorena@ruflaw.com;sputtick@ruflaw.com
- **Darren J. Robbins**
- **Daniel T. Rockey**
  drockey@hewm.com nsims@hewm.com;rsazegari@hewm.com
- **Michael L. Rugen**
  mrugen@hewm.com
- **Robert Yale Sperling**
  rsperling@winston.com
- **James G. Stranch, III**
  jgs@branstetterlaw.com rjordan@branstetterlaw.com
- **Jessica Tally**
  JessicaT@lerachlaw.com
- **Carol Lynn Thompson**
  CTHOMPSON@HEWM.COM

- **Lesley E. Weaver**
  lesleyw@lerachlaw.com e_file_sf@lerachlaw.com
- **Dan Keith Webb**
  dwebb@winston.com
- **Ethan Richard York**
  eyork@winston.com ECF_CH@winston.com

## Manual Notice List

The following is the list of attorneys who are **not** on the list to receive e-mail notices for this case (who therefore require manual noticing). You may wish to use your mouse to select and copy this list into your word processing program in order to create notices or labels for these recipients.

```
J. Erik Connolly
Winston & Strawn LLP
West  Wacker Drive
Chicago, IL 60601-9703

Christopher Alan Garcia
Attorney at Law
Dell, Inc
1 Dell Way-Legal
Round Rock, TX 78682

Frederick W. Gerkens, III
Wechsler Harwood Halebian & Feffer, LLP
488 Madison Avenue, 8th Floor
New York,, NY 10022

Corey D. Holzer
Holzer Holzer & Cannon LLC
1117 Perimeter Center West
Suite E-107
Atlanta, GA 30338

Peter Lawrence Kaufman
Levin Papantonio Thomas Mitchell Echsner
316 South Baylen Street, Suite 600
Pensacola, FL 32502 .

Frederick T. Kuykendall
Levin Papantonio Thomas Mitchell Echsner
316 South Baylen Street, Suite 600
Pensacola, Fl 32501

Christopher R. Leclerc
Heller Ehrman LLP
275 Middlefield Road
Menlo Park, Ca 94025-3506
```

Fredric G. Levin
Levin PapantonioThomas Mitchell Echsner
316 South Baylen Street, Suite 600
Pensacola, fL 32501

Timothy M. O'Brien
Levin Papantonio Thomas Mitcgell Echsner
316 South Baylen Street, Suite 600
Pensacola, Fl 32501

J. Papantonio Papantonio
Levin, Papantonio, Thomas, Mitchell, Ech
316 South Baylen Street, Suite 600
Pensacola,, Fl 32501

Joe Scarborough
Levin, Papantonio, Thomas, Mitchell, Ech
316 South Baylen Street, Suite 600
Pensacola,, Fl 32501

Robert E. Smith, JR
Levin Papantonio thomas Mitchell Echsner
316 South Baylen St., Ste 400
Pensacola, FL 32502

Melvyn I. Weiss
Attorney at Law
One Pennsylvania Plaza
New York, NY 10119-1063

Manual Service List (cont.)
*In re Cisco Systems, Inc. Sec. Litig.*
Master File No. C-01-20418-JW(PVT)

Stephen B. Morris, APC
MORRIS and ASSOCIATES
401 West "A" Street, Suite 2200
San Diego, CA 92101
Telephone: 619/239-1300

Wayne Schneider, General Counsel
NEW YORK STATE TEACHERS' RETIREMENT SYSTEM
10 Corporate Woods Drive
Albany, NY 12211-2395
Telephone: 800/356-3128

Richard P. Bosson
2703 Montague Court East
Clearwater, FL 33761

Charles W. Morgan
2220 Calle Opalo
San Clemente, CA 92673
Telephone: 949/498-8296

John P. Dillman
Tara L. Grundemeier
1301 Travis, Suite 300
Houston, TX 77002
Telephone: 713/844-3436

John R. Ihms
19149 Sierra Estates Drive
Newhall, CA 91321-2272

Lee M. Cassidy
1503 North Colonial Court
Arlington, VA 22209

Steven L. Moldane
3309 142nd Place NE
Bellevue, WA 98007-3249
Telephone: 425/376-2830